B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Jeffrey Marc Siskind ,  
          Debtor

Case No. 13-13096

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| SEE ATTACHED SCHEDULE | | | | |

Date: 2-20-2013

_____  
Debtor

*[Declaration as in Form 2]*

## Schedule of Twenty (20) largest creditors

1.     Name: HSBC Bank USA, N.A.
   Contact: Robert P. Charbonneau, Esquire
   PH#: (305) 722-2002
   Address: 501 Brickell Key Drive, Suite 300
   Miami, FL 33131
   Nature: Mortgage Lender
   Type: Disputed; subject to setoff
   Amount: $1,150,000 estimated
   Security: $ -0- Remaining Value

2.     Name: Bank of America, N.A.
   Contact: Brittany Gramsky, Esquire
   PH#: (813) 221-4743
   Address: Albertelli Law
   P.O. Box 23028
   Tampa, FL 33623
   Nature: Mortgage Loan
   Type: Unliquidated
   Amount: $2,800,000 estimated
   Security: $1,600,000 value

3.     Name: Optimumbank
   Contact: Ben Harris, Esquire
   PH#: (305) 679-5700
   Address: Jones, Walker, Waechter et al.
   201 S. Biscayne Boulevard, Suite 2600
   Miami, FL 33131
   Nature: Foreclosure Judgment
   Type: Disputed; subject to setoff
   Amount: $1,558,376.55
   Security: $780,000 value

4.     Name: George & Jeri Maler
   Contact: George Maler
   PH#: (561) 333-252
   Address: 12509 World Cup Lane
   Wellington, FL 33414
   Nature: Mortgage/Collateralized Loan
   Type: Unliquidated

|   |           |                                       |
|---|-----------|---------------------------------------|
|   | Amount:   | $145,000.00                           |
|   | Security: | $90,000.00 value                      |
| 5 | Name:     | Flagstar Bank, FSB                    |
|   | Contact:  | Cheri Zmija                           |
|   | PH#:      | (216) 685-1000                        |
|   | Address:  | 323 W. Lakeside Avenue, Ste. 200      |
|   |           | Cleveland, OH 44113                   |
|   | Nature:   | Mortgage Loan                         |
|   | Type:     | Unliquidated                          |
|   | Amount:   | $550,000 estimated                    |
|   | Security: | $ -0- value                           |
| 6 | Name:     | Sara Dozier                           |
|   | Contact:  | Michael Brown, Esquire                |
|   | PH#:      | (561) 848-4306                        |
|   | Address:  | 2655 N. Ocean Drive, Ste. 200         |
|   |           | Riviera Beach, FL 33404               |
|   | Nature:   | Judgment                              |
|   | Type:     | Liquidated                            |
|   | Amount:   | $403,186.27                           |
|   | Security: | N/A                                   |
| 7 | Name:     | BankUnited, FSB                       |
|   | Contact:  | Thomas Crowder, Esquire               |
|   | PH#:      | (954) 382-3486                        |
|   | Address:  | Kahane & Assocaites, P.A.             |
|   |           | 8201 Peters Road, Ste. 3000           |
|   |           | Plantation, FL 33324                  |
|   | Nature:   | Mortgage Loan                         |
|   | Type:     | Unliquidated                          |
|   | Amount:   | $240,000 estimated                    |
|   | Security: | $100,000 value                        |
| 8 | Name:     | Fiore at the Gardens Condominium Assoc. |
|   | Contact:  | Esquire                               |
|   | PH#:      | (561) 655-8994                        |
|   | Address:  | 1601 Forum Place, Suite 700           |
|   |           | West Palm Beach, FL 33401             |
|   | Nature:   | Judgment of Foreclosure               |
|   | Type:     | Liquidated                            |

|    |           |                              |
|----|-----------|------------------------------|
|    | Amount:   | $28,000 estimated            |
|    | Security: | $100,000                     |
| 9  | Name:     | Zokaites Properties, LLC     |
|    | Contact:  | Frank Zokaites               |
|    | PH#:      | (412) 724-935-5257           |
|    | Address:  | 375 Golfside Drive           |
|    |           | Wexford  15090               |
|    | Nature:   | Secured Loan                 |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $350,000 estimated           |
|    | Security: | $55,000 value                |
| 10 | Name:     | US Dept. of Education        |
|    | Contact:  | Conserve                     |
|    | PH#:      | (866) 521-3100               |
|    | Address:  | P.O. Box 457                 |
|    |           | Fairport, NY  14450          |
|    | Nature:   | Student Loan                 |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $22,771.02                   |
|    | Security: | N/A                          |
| 11 | Name:     | US IRS                       |
|    | Contact:  | Chuck Corbitt                |
|    | PH#:      | (561) 616-2115               |
|    | Address:  | 1900 Palm Beach Lakes Blvd.  |
|    |           | West Palm Beach, FL  33401   |
|    | Nature:   | Form 1040 Taxes              |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $17, 445.67                  |
|    | Security: | N/A                          |
| 12 | Name:     | Trisun Financial Group, Inc. |
|    | Contact:  | Marc Hurwitz                 |
|    | PH#:      | (410) 653-5550               |
|    | Address:  | 1777 Reisterstown Road       |
|    |           | Pikesville, MD  21208        |
|    | Nature:   | N/A                          |
|    | Type:     | Mortgage Loan                |
|    | Amount:   | $130,000 estimated           |
|    | Security: | $ -0- Remaining Value        |

| | | |
|---|---|---|
| 13 | Name: | Dockside Canvas, LLC |
| | Contact: | Fred Volkwein |
| | PH#: | (561) 832-5400 |
| | Address: | 409 24th Street |
| | | West Palm Beach, FL 33407 |
| | Nature: | Unsecured Loan |
| | Type: | Unliquidated |
| | Amount: | $250,000 estimated |
| | Security: | N/A |
| 14 | Name: | J.P. Morgan Chase Bank |
| | Contact: | Bankruptcy Team |
| | PH#: | (866) 520-6447 |
| | Address: | 2901 Kinwest Parkway |
| | | Irving, TX 75063 |
| | Nature: | Mortgage Loan |
| | Type: | Disputed |
| | Amount: | $220,000 estimated |
| | Security: | $150,000 remaining value |
| 15 | Name: | Trump Plaza of the Palm Beaches Condominium Association, Inc. |
| | Contact: | Michael Kampy (MGR) |
| | PH#: | (561) 655-2555 |
| | Address: | 525 S. Flagler Drive |
| | | West Palm Beach, FL 33401 |
| | Nature: | Condominium Fees |
| | Type: | Unliquidated |
| | Amount: | $ 10,189.96 |
| | Security: | $780,000 value |
| 16 | Name: | First Intracoastal Realty, LLC |
| | Contact: | Sue Zabloudil, Esquire |
| | PH#: | (305) 374-5600 |
| | Address: | One Southeast Third Avenue, 25th Floor |
| | | Miami, FL 33131 |
| | Nature: | Mortgage Loan |
| | Type: | Unliquidated |
| | Amount: | $120,000 estimated |
| | Security: | $ -0- Remaining Value |
| 17 | Name: | Brown & Associates, P.A. |
| | Contact: | Michael Brown, Esquire |

|    |           |                              |
|----|-----------|------------------------------|
|    | PH#:      | (561) 848-4306               |
|    | Address:  | 2655 N. Ocean Drive, Ste. 200 |
|    |           | Riviera Beach, FL 33404      |
|    | Nature:   | Judgment                     |
|    | Type:     | Liquidated                   |
|    | Amount:   | $26,000 estimated            |
|    | Security: | N/A                          |
| 18 | Name:     | Sheila Mouzer Smith, TTE     |
|    | Contact:  | Sheila Mouzer, TTE           |
|    | PH#:      | UNKNOWN                      |
|    | Address:  | 702 Marshall Road            |
|    |           | West Palm Beach, FL 3343     |
|    | Nature:   | Unsecured Loan               |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $23,000 estimated            |
|    | Security: | N/A                          |
| 19 | Name:     | Bengel Trust                 |
|    | Contact:  | William L. Siskind           |
|    | PH#:      | (443) 653-2514               |
|    | Address:  | 8376 Belize Place            |
|    |           | Wellington, FL 33414         |
|    | Nature:   | Unsecured Loan               |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $100,000 estimated           |
|    | Security: | N/A                          |
| 20 | Name:     | Estate of Robin Disston      |
|    | Contact:  | Todd Disston                 |
|    | PH#:      | (845) 494-6785               |
|    | Address:  | 193 Riverbank Road           |
|    |           | Stamford, CT 06903           |
|    | Nature:   | Unsecured Loan               |
|    | Type:     | Unliquidated                 |
|    | Amount:   | $37,000 estimated            |
|    | Security: | N/A                          |