B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re: __Jeffrey M. Siskind_____,          Case No. __13-13096_____
          Debtor                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                                 SOURCE

                                                        Legal Fees

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $175,000.00 | Settlement of Law Suit |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850\*. If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached Schedule

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6. **Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

7. **Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8. **Losses**

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DebtorCC | 2/2013 | 9.95 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| 3465 Residential Trust c/o Debtor | | Single Family Home |
| 7102 Fiore Trust c/o Debtor | 04/16/2012 | Condominium |

None ☐ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Same as above | | |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Suntrust Bank | Ckg 9140 -0-, Ckg 3254 -0- | 2/2013 |

### 12. Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| 341 53rd St Trust | Duplex | 341 53rd St. West Palm Beach |

### 15. Prior address of debtor

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Siskind Legal Svcs TP5 LLC | 3282 | 525 S. Flagler | Legal Svcs | |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                       DATES SERVICES RENDERED

Erik Planet                                                            2011-2013
525 S. Flagler Drive, West Palm Beach, FL 33401

None ☐   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                   DATES SERVICES RENDERED

Same as above

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                                                 ADDRESS

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS                           DATE ISSUED

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                                                     DOLLAR AMOUNT
                                                                                                     OF INVENTORY
      DATE OF INVENTORY        INVENTORY SUPERVISOR    (Specify cost, market or other basis)

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                                                                     NAME AND ADDRESSES
                                                                                                     OF CUSTODIAN
      DATE OF INVENTORY                                                          OF INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

      NAME AND ADDRESS            NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                                                    NATURE AND PERCENTAGE
      NAME AND ADDRESS                     TITLE           OF STOCK OWNERSHIP

### 22. Former partners, officers, directors and shareholders

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ☐ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |

### 25. Pension Funds.

None ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  03/07/2013     Signature of Debtor  *[signature]*

Date  _____   Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____   Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer     Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# SCHEDULE OF PAYMENTS TO CREDITORS

| | | | | |
|---|---|---|---|---|
| CHK 1923 2/8/2013 Printed | George Maler<br>Loan Payment | C | 986.67 | -427.04 |
| CHK 1924 2/8/2013 Printed | Intelexigent | C | 700.00 | -1,127.04 |
| CHK 1922 2/8/2013 Printed | Erik's EZ Tax Service<br>Through February 8, 2013 | C | 500.00 | -1,627.04 |
| CHK 1921 2/8/2013 Printed | Intelexigent<br>Through February 8, 2013 | C | 1,000.00 | -2,627.04 |
| CHK 1918 2/1/2013 Printed | Intelexigent<br>*Final Payment Caso* | C | 1,000.00 | -4,008.04 |
| CHK 1920 2/1/2013 Printed | Federal Express | C | 150.75 | -4,158.79 |
| CHK 1919 2/1/2013 Printed | South Florida Helicopters<br>818VH Repairs | C | 2,000.00 | -6,158.79 |
| PMT 1/28/2013 | Florida Keys Aquaduct Authority<br>REef Water Bill | C | 38.89 | -6,197.68 |
| CHK 1916 1/26/2013 Printed | Intelexigent | C | 500.00 | -6,997.68 |
| CHK 1915 1/26/2013 Printed | Erik's EZ Tax Service<br>Pymt on Account | C | 500.00 | -7,497.68 |
| CHK 1914 1/18/2013 Printed | Intelexigent | C | 500.00 | -7,997.68 |
| CHK 1913 1/18/2013 Printed | Erik's EZ Tax Service<br>Pymt on Account | C | 500.00 | -8,497.68 |
| CHK 1912 1/11/2013 Printed | Erik's EZ Tax Service<br>Pymt on Account | C | 500.00 | -8,997.68 |
| CHK 1911 1/11/2013 Printed | Intelexigent | C | 500.00 | -9,497.68 |
| CHK 1909 1/6/2013 Printed | Florida Airmotive | C | 281.36 | -10,029.04 |
| CHK 1908 1/6/2013 Printed | Jeff Barnard Pool Service<br>3465 Santa Barbara | C | 90.00 | -10,119.04 |
| CHK 1907 1/4/2013 Printed | Erik's EZ Tax Service<br>Pymt on Account | C | 500.00 | -10,619.04 |

| | | | | |
|---|---|---|---|---|
| CHK 1904 12/31/2012 Printed | George Maler Loan Payment | C | 986.67 | -11,705.71 |
| CHK 1903 12/28/2012 Printed | State Farm Florida Insurance Company Acct. No. 1214-4458-19 | C | 175.59 | -11,881.30 |
| CHK 1902 12/28/2012 Printed | Palm Beach Recording Service Vernon Heights v. Ortiz | C | 521.59 | -12,402.89 |
| CHK 1899 12/28/2012 Printed | FPL Acct. 14987-96067 (Wellington house) | C | 530.82 | -13,108.71 |
| CHK 1898 12/28/2012 Printed | Erik's EZ Tax Service Pymt on Account | C | 500.00 | -13,608.71 |
| CHK 1897 12/28/2012 Printed | Intelexigent | C | 1,300.00 | -14,908.71 |
| CHK 1896 12/26/2012 Printed | Southfields of P.B. Polo & C.C. HOA, Inc. 3465 Santa Barbara | C | 381.16 | -15,289.87 |
| CHK 1895 12/26/2012 Printed | Monroe County Court Reporters Hearing Transcript | C | 116.75 | -15,406.62 |
| PMT 12/26/2012 | Citibank | C | 3,000.00 | -21,817.02 |
| PMT 12/26/2012 | Ocean Reef Club JMS Acct. | C | 6,052.30 | -27,869.32 |
| PMT 12/26/2012 | Florida Keys Aquaduct Authority REef Water Bill | C | 1,383.50 | -29,252.82 |
| CHK 1893 12/26/2012 Printed | Village of Wellington 3465 Water | C | 240.83 | -29,493.65 |
| CHK 1892 12/26/2012 Printed | TGI Office Automation Copies | C | 169.08 | -29,662.73 |
| CHK 1890 12/24/2012 Printed | Intelexigent | C | 250.00 | -34,762.73 |
| CHK 1889 12/21/2012 Blank Printed | South End Service Center Auto Repairs | C | 926.30 | -35,689.03 |
| CHK 1885 12/15/2012 Printed | Client Protection Fund Acct. No. 9709040010 | C | 155.00 | -36,219.03 |

| Check | Date | Payee | | Amount | Balance |
|---|---|---|---|---|---|
| CHK 1884 Printed | 12/15/2012 | Intelexigent | C | 200.00 | -36,419.03 |
| CHK 1883 Printed | 12/15/2012 | South End Service Center<br>Explorer Repair | C | 3,765.93 | -40,184.96 |
| CHK 1881 Printed | 11/20/2012 | Erik's EZ Tax Service<br>Payment on Account | C | 300.00 | -40,584.96 |
| CHK 1874 Printed | 11/19/2012 | Erik's EZ Tax Service<br>Payment on Account | C | 1,000.00 | -41,584.96 |
| CHK 1880 Printed | 11/17/2012 | FPL<br>Acct. 20825-75362 | C | 680.77 | -42,265.73 |
| CHK 1879 Printed | 11/17/2012 | Village of Wellington<br>3465 Santa Barbara Dr. | C | 27.69 | -42,293.42 |
| CHK 1878 Printed | 11/17/2012 | Pinch A Penny<br>3465 Santa Barbara | C | 170.00 | -42,463.42 |
| CHK 1877 Blank Printed | 11/15/2012 | Robert Gibson | C | 1,000.00 | -43,463.42 |
| CHK 1876 Blank Printed | 11/15/2012 | Bold Impressions Aviation, Inc.<br>Printed blank check, to be filled in at later time | C | 6,000.00 | -49,463.42 |
| CHK 1873 Printed | 11/14/2012 | Erik's EZ Tax Service<br>Payment on Account | C | 500.00 | -49,963.42 |
| CHK 1278 Printed | 2/8/2013 | Florida Keys Aquaduct Authority<br>Reef Water Bill | C | 28.31 | 2,649.97 |
| CHK 1276 Printed | 2/8/2013 | George Maler<br>loan | C | 2,500.00 | 87.25 |
| CHK 1279 Printed | 2/8/2013 | Intelexigent | C | 300.00 | -212.75 |
| CHK 1277 Printed | 2/4/2013 | FPL<br>Office Electric (20825-75362) | C | 386.99 | -1,099.74 |
| CHK 1276 Printed | 2/4/2013 | Jeff Barnard Pool Service<br>3465 Pool Maintenance | C | 90.00 | -1,189.74 |
| CHK 1274 Printed | 2/1/2013 | Erik's EZ Tax Service<br>Pymt on Account | C | 500.00 | -1,689.74 |
| CHK 1272 Printed | 1/24/2013 | Village of Wellington<br>Acct. No. 22403-209064 | C | 80.51 | -3,570.25 |
| CHK 1271 | 1/24/2013 | AT&T | C | 85.00 | -3,655.25 |

| | | | | | |
|---|---|---|---|---|---|
| Printed | | Acct. No. 121757893-1 | | | |
| CHK 1269 | 1/17/2013 | Intelexigent | C | 500.00 | -5,275.25 |
| Printed | | | | | |
| CHK 1267 | 12/31/2012 | Trump Plaza | C | 19,928.24 | -26,203.49 |
| Printed | | 5th Floor 3rd & 4th QTRS, 2012 | | | |
| CHK 1264 | 12/20/2012 | Erik's EZ Tax Service | C | 500.00 | -51,703.49 |
| Printed | | Payment on Account | | | |
| CHK 1263 | 12/20/2012 | Intelexigent | C | 1,000.00 | -52,703.49 |
| Printed | | | | | |
| CHK 1265 | 12/18/2012 | Sheila Mouzer Smith | C | 1,000.00 | -53,703.49 |
| Printed | | Payment on Loan Balance | | | |
| CHK 1262 | 12/17/2012 | Erik's EZ Tax Service | C | 500.00 | -54,203.49 |
| Printed | | Pymt. on acct. | | | |
| CHK 1260 | 12/17/2012 | George Maler | C | 2,000.00 | -56,203.49 |
| Printed | | Loan Repayment | | | |
| CHK 1259 | 12/17/2012 | Comptroller, Orange County | C | 10.70 | -56,214.19 |
| Printed | | Record Columbo Deed | | | |
| CHK 1258 | 12/13/2012 | Erik's EZ Tax Service | C | 250.00 | -56,464.19 |
| Printed | | Payment on Account | | | |
| CHK 1257 | 12/10/2012 | A. Judson Bennett | C | 500.00 | -56,964.19 |
| Printed | | | | | |
| CHK 1256 | 12/10/2012 | A. Judson Bennett | C | 10,000.00 | -66,964.19 |
| Printed | | Loan Repayment | | | |
| CHK 1253 | 12/7/2012 | David Griffith | C | 545.00 | -68,003.39 |
| Printed | | Aircraft - pitot, transponder, heater checks | | | |
| CHK 1250 | 12/3/2012 | George Maler | C | 986.67 | -68,990.06 |
| Blank Printed | | Loan Pymt. | | | |
| CHK 1249 | 11/30/2012 | Intelexigent | C | 1,000.00 | -70,001.26 |
| Printed | | | | | |
| CHK 1248 | 11/30/2012 | Erik's EZ Tax Service | | | |
| Printed | | Payment on Account | | | |