UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              Case No. 13-13096-PGH

Jeffrey Marc Siskind,                               Chapter 11

       Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Jeffrey Marc Siskind, files this Chapter 11 Case Management Summary and states:

The following represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11: February 11, 2013.

2. Names, case numbers and dates of filing of related debtors: None.

3. Description of debtor's business: Debtor is a practicing attorney.

4. Locations of debtor's operations and whether the business premises are leased or owned: Debtor's office is located at 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401. The premises are owned by a related business entity doing business as TP5 (a lapsed Florida limited liability company).

5. Reasons for filing chapter 11: The primary reasons for filing for protection were (1) the general economic downturn which resulted in a loss of legal business, and (2) Debtor's inability to resolve a dispute with a shareholder of Casinos Del Caribe, SA, an entity which operates a profitable casino in the Dominican Republic and which is partly owned by the Debtor, which dispute has prevented Debtor from obtaining its proportionate share of the profits from same.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: Not applicable.

7. Debtor's fiscal or calendar year to date gross income: $89,180.00, and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition: $402,681.61 net of client refunds.

8. Amounts owed to various creditors:

(a) Obligations owed to priority creditors including priority tax obligations: $29,276.00

(b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims;

| Name | Amount | Desc. Collateral | Value |
|---|---|---|---|
| George Maler | $145,000 | Real Estate & Vehicles | $73,500 |
| Bank of America | $2.7 million* | Homestead Residence | $1.8 million |
| Flagstar Bank FSB | $550,000* | Homestead Residence | $1.8 million |
| Trisun Financial | $150,000* | Homestead Residence | $1.8 million |
| Miriam Siskind Tr. | $390,000* | Key Largo Property | $600,000 |
| JP Morgan Chase | $250,000* | Key Largo Property | $600,000 |
| Entrust/HSBC | $1.1 million* | Key Largo Property | $600,000 |
| Bankunited FSB | $250,000* | NPB Condominium | $110,000 |

*estimated

and (c) Amount of unsecured claims: $2,023,833.70

9. General Description and approximate value of the Debtor's assets:
   Real Property        $   600,000
   Personal Property    $ 2,562,427

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and the date the policy expires:

| Policy Coverage | Insurer | Amount | Current | Next | Expires |
|---|---|---|---|---|---|
| 2002 Explorer | State Farm | ACV | Yes | 4-6-2013 | 8-6-2013 |
| 2005 Navigator | State Farm | ACV | Yes | 4-6-2013 | 8-6-2013 |
| Auto – Cadillac | Amer. Collectors | 6,000 | Yes | 1-12-2014 | 1-12-2014 |
| Waverunner/Trailer | Amer. Collectors | ACV | Yes | 3-13-2014 | 3-13-2014 |
| Key Largo Wind | Citizens | 341,724 | Yes | 12-17-2013 | 12-17-2013 |
| Key Largo Flood | USAA | Limits | Yes | 1-28-2014 | 1-28-2014 |

Note:   ACV = Actual Cash value

11.   Number of employees and amounts of wages owed as of petition date: None.

12.   Status of Debtor's payroll and sales tax obligations, if applicable. No taxes are due and owing.

13.   Anticipated emergency relief to be requested within 14 days from the petition date: None.

_____
Debtor

_____
Debtor's Attorney
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401
FBN 138746

## Certificate of Service

I HEREBY CERTIFY that the above paper was served in accordance with Local Rule 2002-1(F) on all parties on the attached service list, by CM/ECF and U.S. Mail, as applicable.

_____
Debtor's Attorney
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401
FBN 138746

```
Label Matrix for local noticing          Fiore at the Gardens Condominium Association   JPMorgan Chase Bank N.A
113C-9                                   c/o St. John Rossin Podesta Burr & Lemme       SHAPIRO, FISHMAN & GACHE, LLP
Case 13-13096-PGH                        Centurion Tower, Suite 700                     c/o Samantha Carr
Southern District of Florida             1601 Forum Place                               2424 North Federal Highway, Suite 360
West Palm Beach                          West Palm Beach, FL 33401-8106                 Boca Raton, FL 33431-7701
Wed Mar 13 16:28:52 EDT 2013

OptimumBank                              AT&T                                           Bank of America, N.A.
c/o Stephen P. Drobny, Esq.              PO Box 5014                                    c/o Brittany Gramsky, Esquire
Jones Walker LLP                         Carol Stream, IL   60197-5014                  Albertelli Law
201 S. Biscayne Blvd.                                                                   P.O. Box 23028
Suite 2600                                                                              Tampa, FL 33623-2028
Miami, FL 33131-4341

BankUnited, FSB                          Bengel Trust                                   Brown & Associates, P.A.
c/o Thomas Crowder, Esquire              c/o William L. Siskind                         c/o Michael Brown, Esquire
Kahane & Assocaites, P.A.                8376 Belize Place                              2655 N. Ocean Drive, Ste. 200
8201 Peters Road, Ste. 3000              Wellington, FL 33414-6447                      Riviera Beach, FL 33404-4752
Plantation, FL 33324-3292


Dockside Canvas, LLC                     Estate of Robin Disston                        FP&L
c/o Fred Volkwein                        c/o Todd Disston                               PO Box 025576
409 24th Street                          193 Riverbank Road                             Miami, FL 33102-5576
West Palm Beach, FL 33407-5401           Stamford, CT 06903-3715



Fiore at the Gardens Condominium Assoc.  First Intracoastal Realty, LLC                 Flagstar Bank, FSB
c/o Thomas E. Rossin, Esquire            c/o Sue Zabloudil, Esquire                     c/o Cheri Zmija
1601 Forum Place, Suite 700              One Southeast Third Avenue, 25th Floor         323 W. Lakeside Avenue, Ste. 200
West Palm Beach, FL 33401-8106           Miami, FL 33131-1700                           Cleveland, OH 44113-1009



George & Jeri Maler                      HSBC Bank USA, N.A.                            J.P. Morgan Chase Bank
12509 World Cup Lane                     c/o Carlton Fields                             c/o Bankruptcy Team
Wellington, FL 33414-3502                Attn: Alan Rosenthal, Esq.                     2901 Kinwest Parkway
                                         100 S.E. Second St., Ste. 4200                 Irving, TX 75063-5816
                                         Miami, Florida   33131-2113


Miriam Siskind Trust                     Office of the US Trustee                       Optimumbank
c/o William Siskind TTE                  51 S.W. 1st Ave.                               c/o Ben Harris, Esquire
8376 Belize Place                        Suite 1204                                     Jones, Walker, Waechter et al.
Wellington, FL 33414-6447                Miami, FL 33130-1614                           201 S. Biscayne Boulevard, Suite 2600
                                                                                        Miami, FL 33131-4341


Sara Dozier                              Sheila Mouzer Smith, TTE                       Trisun Financial Group, Inc.
c/o Michael Brown, Esquire               702 Marshall Road                              c/o Marc Hurwitz
2655 N. Ocean Drive, Ste. 200            West Palm Beach, FL 33413-3344                 1777 Reisterstown Road
Riviera Beach, FL 33404-4752                                                            Pikesville, MD 21208-1318



Trump Plaza of the Palm Beaches Condominium   US Dept. of Education                     US IRS
c/o Michael Kampy (MGR)                  c/o Conserve                                   c/o Chuck Corbitt
525 S. Flagler Drive                     P.O. Box 457                                   1900 Palm Beach Lakes Blvd.
West Palm Beach, FL 33401-5922           Fairport, NY 14450-0457                        West Palm Beach, FL 33409-3504



Zokaites Properties, LLC                 Jeffrey M Siskind                              Jeffrey Marc Siskind
c/o Frank Zokaites                       525 S Flagler Dr #500                          3465 Santa Barbara Drive
375 Golfside Drive                       West Palm Beach, FL 33401-5938                 Wellington, FL 33414-7269
Wexford    15090-9419
```