B 6B (Official Form 6B) (12/07)

In re Jeffrey Marc Siskind                          ,          Case No. 13-13096
                Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | On person and in petty cash | J | 2,200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SunTrust Acct. ...7442<br>SunTrust Acct. ...9840<br>SunTrust Acct. ...3254 | H | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | # | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. furnishings, fixtures & equip. | J | 10,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. artwork | J | 5,000.00 |
| 6. Wearing apparel. | | Misc. clothing | H | 1,000.00 |
| 7. Furs and jewelry. | | Watches | H | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | # | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | # | | | |
| 10. Annuities. Itemize and name each issuer. | # | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | # | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Jeffrey Marc Siskind                ,          Case No.  13-13096-PGH
           Debtor                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | # | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Constellation Energy shares | H | 350.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | Law office receivables (as of filing date) | H | 22,847.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | # | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | # | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | # | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Enterprise Trust beneficial interest | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Casino Del Caribe claim | H | 2,500,000.00 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Jeffrey Marc Siskind                    ,                Case No.  13-13096-PGH
                Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | # | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Private Pilot License #2234758 | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | # | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford Explorer, 2005 Lincoln Navigator, 1981 Cadillac Fleetwood | J | 12,000.00 |
| 26. Boats, motors, and accessories. | | 2001 Kawasaki STX 1100di w/trailer | J | 1,500.00 |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. furnishings, fixtures and equip. | J | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computers, copier, facsimile & misc. items | J | 1,300.00 |
| 30. Inventory. | # | | | |
| 31. Animals. | # | Two dogs (one mixed breed, one Bull Mastiff) | J | 230.00 |
| 32. Crops - growing or harvested. Give particulars. | # | | | |
| 33. Farming equipment and implements. | # | | | |
| 34. Farm supplies, chemicals, and feed. | # | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Home shop tools | J | 1,000.00 |

_____0_____ continuation sheets attached    Total▶    $    2,562,427.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)