UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                      )          Case No. 13-13096

    Jeffrey M. Siskind                )          Chapter 11

    Debtor.                              )

## RESPONSE TO RULE 2004 EXAMINATION OF THE DEBTOR DUCES TECUM

    NOW COMES the Debtor in response to HSBC Bank USA, N.A.'s Notice of Taking Rule 2004 Examination of the Debtor Duces Tecum, and responds as follows to the document request contained therein:

    1.    Debtor objects to production of documents which may be deemed to be privileged due to Debtor's representation of one or more entities associated with the transactions referred to in issuer's notice.

    2.    Notwithstanding Debtor's above objection, Debtor responds as follows to issuer's enumerated requests as follows:

        1.    Debtor does not have any such documents in its possession.

        2.    Debtor does not have any such documents in its possession, but refers the issuer to the Monroe County, Florida circuit court case styled HSBC Bank USA, N.A. v. Jeffrey M. Siskind et al., and to the official public records of Monroe County, Florida.

        3.    Debtor does not have any such documents in its possession, but refers the issuer to the Monroe County, Florida circuit court case styled HSBC Bank USA, N.A. v. Jeffrey M. Siskind et al., and to the official public records of Monroe County, Florida.

        4.    Debtor does not have any such documents in its possession, but refers the issuer to William L. Siskind, whose address is 8376 Belize Place, Wellington, Florida  33401; phone number (443) 653-2514.

5.      Debtor does not have any such documents in its possession, but refers the issuer to William L. Siskind, whose address is 8376 Belize Place, Wellington, Florida  33401; phone number (443) 653-2514.

6.      Debtor does not have any such documents in its possession, but refers the issuer to William L. Siskind, whose address is 8376 Belize Place, Wellington, Florida  33401; phone number (443) 653-2514.

7.      Debtor does not have any such documents in its possession, but refers the issuer to William L. Siskind, whose address is 8376 Belize Place, Wellington, Florida  33401; phone number (443) 653-2514.

8.      Debtor does not have any such documents in its possession, but refers the issuer to William L. Siskind, whose address is 8376 Belize Place, Wellington, Florida  33401; phone number (443) 653-2514.

3.      Debtor has undertaken to discover said original documents in its current files within the time allotted, and reserves the right to supplement this document request in the event that Debtor is able to obtain any of the requested documents by means of additional discovery, in which case Debtor shall forward same to issuer.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind
FBN 138746
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL    (561) 832-7720
FAX    (561) 832-7668
jeffsiskind@msn.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing  was served by facsimile and U.S. Mail to issuer of the above styled Subpoena Duces Tecum on May 14, 2013.


_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind