UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Jeffrey Marc Siskind,

Case No.: 13-13096-PGH
Chapter 11

Debtor.
_____/

### NOTICE OF FILING OF MONTHLY REVENUE & EXPENSES COMPARISON TABLE REFERENCED IN DEBTOR-IN-POSSESSION'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

The Debtor-in-Possession, **Jeffrey Marc Siskind.**, hereby files the attached Monthly Revenue & Expenses Comparison Table which was referenced in Debtor-in-Possession's Motion for Extension of Time in Which to File a Plan of Reorganization and Disclosure Statement as its 'profit and loss statement.'

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on the 10th day of June, 2013 by CM/ECF to all parties registered thereon and to all parties not so registered.

By: ____/S/__ _Jeffrey M. Siskind_____
Jeffrey M. Siskind, Pro Se
FBN 138746
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL   (561) 832-7720
FAX   (561) 832-7668

Monthly Revenue & Expenses Comparison Table

|                | FEB - Actual | FEB - Adj. | MAR | APR | MAY - Est. | MAY - Actual |
|---|---|---|---|---|---|---|
| Bus. Revenue   | $4,691.11 | $7,297.28 | $12,572.00 | $13,502.00 | $21,976.00 | $22,626.00 |
| Total Expenses | $2,687.55 | $4,180.63 | $12,698.00 | $14,668.44 | $17,475.35 | $17,465.35 |
| Less to Draw   | $0.00 | $0.00 | $7,875.00 | $8,800.00 | $9,500.00 | $11,050.00 |
| Net Ops. Profit| $2,003.56 | $3,116.65 | $7,749.00 | $7,633.56 | $16,197.65 | $16,210.65 |

Note: February adjusted amount is normalized by multiplying February Actual Amount by 28/18.