UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Jeffrey Marc Siskind,                Case No. 13-13096-PGH

    Debtor.                                 Chapter 11

_____/

**OBJECTION TO PROOF OF CLAIM NOS. 1-1 AND 1-2 OF
FILED BY INTERNAL REVENUE SERVICE**

**IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim(s) filed in this case:

1. Claim No. 1-1 in the amount of 85,242.18 filed March 15, 2013
2. Claim No. 1-2 in the amount of $87,446.33 filed April 8, 2013

Basis for Objection.  Debtor objects to both Claim No. 1-1, the "Original IRS Claim" and Claim No. 1-2, the "Amended IRS Claim" on the following basis:  Both the Original IRS Claim and the Amended IRS Claim include 'Tax Due' amounts based upon reviews which failed to credit against Debtor's taxable income legitimate and properly documented business expenses represented by debtor on Sched. C, Pg. 2 for Tax Years 2008 through 2011, inclusive, which expenses included postage/delivery, clerk and misc. fees, computer and internet costs, parking, tolls, dues and publications, legal research and payments to suppliers.

In addition, Claimant failed to recognize Debtor's insolvency in Tax Year 2009 and improperly taxed Debtor for additional income in the amount of $85,933 in debt forgiveness amounts, and failed to credit against debtor's taxable income expenses directly related to a sale of real property in Tax Year 2010, as evidenced by a HUD-1 Settlement Statement.

Recommended Disposition.   Debtor's original calculated taxable income for Tax Years 2008 through 2011 should be adopted by the Court as the correct amount upon which Claimant may assess tax due and owing to Claimant for those years, for a total amount due to Claimant in the amount of $28,932, plus $9,904 due for Tax year 2012.

Certificate of Service

I hereby certify that the foregoing was served this 11th day of June, 2013 by CM/ECF to parties on the attached Electronic Service List, and by U.S. Mail to those parties listed below which are not registered thereon.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind
FBN 138746
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL    (561) 832-7720
FAX    (561) 832-7668
jeffsiskind@msn.com

**ELECTRONIC SERVICE LIST**

**Fiore at the Gardens Condominium Association, Inc.**
Theresa M Lemme
tml@stjohnrossin.com


**HSBC Bank USA, N.A.**
Stacy Hope Bressler, Esq.
sobkmail@wolfelawfl.com

Jaqueline Calderin, Esq.
jc@ecclegal.com

Robert P. Charbonneau, Esq.
rpc@ecccounsel.com

Elan A Gershoni, Esq.
EGershoni@ecclegal.com


**JP Morgan Chase Bank N.A.**
Samantha Carr, Esq.
sacarr@logs.com

Kevin L Hing, Esq.
khing@logs.com


**Ocean Reef Community Association, Inc.**
Jed L Frankel, Esq.
jfrankel@eisingerlaw.com


**Office of the US Trustee**
Heidi A Feinman
Heidi.A.Feinman@usdoj.gov


**Optimum Bank**
Stephen P. Drobny, Esq.
sdrobny@joneswalker.com


**Trisum Financial Group, LLC**
Larry M Mesches, Esq.

lmesches@kmjlawgroup.com

**Trump Plaza of the Palm Beaches Condominium Association, Inc.**
Anthony Kang, Esq.
akang@arnstein.com

**U.S. Bank National Association**
John C. Brock, Esq.
bkfl@albertellilaw.com

## NON-CM/ECF REGISTRANTS

**AT&T**
PO Box 5014
Carol Stream, IL 60197-5014

**Bank of America, N.A.**
c/o Brittany Gramsky, Esquire
Albertelli Law
P.O.Box 23028
Tampa, FL 33623

**Bank United, FSB**
c/o Thomas Crowder, Esquire
Kahane & Associates, P.A.
8201 Peters Road, Ste. 3000
Plantation, FL 33324

**Bengel Trust**
c/o William L. Siskind
8376 Belize Place
Wellington, FL 33414

**Brown & Associates, P.A.**
c/o Michael Brown, Esquire
2655 N. Ocean Drive, Ste. 200
Riviera Beach, FL 33404

**Dockside Canvas, LLC**
c/o Fred Volkwein
409 24th Street
West Palm Beach, FL 33407

**Estate of Robin Disston**

c/o Todd Disston
193 Riverbank Road
Stamford, CT 06903

**First Intracoastal Realty, LLC**
c/o Sue Zabloudil, Esquire
One Southeast Third Avenue, 25th Floor
Miami, FL 33131

**Flagstar Bank, FSB**
c/o Cheri Zmija
323 W. Lakeside Avenue, Ste. 200
Cleveland, OH 44113

**FP&L**
PO Box 025576
Miami, FL 33102

**George & Jeri Maler**
12509 World Cup Lane
Wellington, FL 33414

**George Schuhmann**
3107 Lowell Avenue
Louisville, KY 40205

**HSBC Bank USA, N.A.**
c/o Carlton Fields
Attn: Alan Rosenthal
100 S.E. Second St., Ste. 4200
Miami, FL 33131-2113

**JPMorgan Chase Bank, N.A.**
c/o Kevin L. Hing
Shapiro, Fishman & Gach, LLP
4630 Woodland Corporate Boulevard, Suite
Tampa, FL 33614

**Miriam Siskind Trust**
c/o William Siskind TTE
8376 Belize Place
Wellington, FL 33414

**OB Real Estate Holdings 1732, LLC**
c/o Stephen P. Drobny, Esq.

Jones Walker LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131

**Optimum Bank**
c/o Ben Harris, Esquire Jones, Walker, Waechter et al.
201 S. Biscayne Boulevard, Suite 2600
Miami, FL 33131

**Palm Beach County Tax Collector**
PO Box 3715
West Palm Beach, FL 33402-3715

**Sara Dozier**
c/o Michael Brown, Esq.
2655 N. Ocean Drive,
Ste. 200
Riviera Beach, FL 33404

**Sheila Mouzer Smith, TTE**
702 Marshall Road
West Palm Beach, FL 33413

**Trump Plaza of the Palm Beaches Condominium Association**
c/o Joshua M. Atlas, Esq.
515 North Flagler Drive, Suite 600
West Palm Beach, Florida 33401

**US Dept. of Education**
c/o Conserve
P.O. Box 457
Fairport, NY 14450

**US IRS**
c/o Chuck Corbitt
1900 Palm Beach Lakes Blvd.
West Palm Beach, FL 33401

**Zokaites Properties, LLC**
c/o Frank Zokaites
35 Golfside Drive
Wexford, PA  15090