UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                          )

JEFFREY MARC SISKIND,              )          Case No. 13-13096-PGH

          Debtor.                              )          Chapter 13

_____)

**RESPONSE TO SUBPOENA DUCES TECUM**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW Jeffrey Marc Siskind ("Deponent") as issuing agent for Mortgagee Policy No. 3742314 issued by Attorneys' Title Insurance Fund and responds to HSBC Bank USA, N.A>'s Notice of Taking Rule 2004 Examination of Jeffrey Marc Siskind as issuing agent for Mortgage Policy No. MP-3742314 issued by Attorneys' Title Insurance Fund and states as follows:

1.     On or about September 4, 2013, HSBC Bank USA, N.A. ("HSBC") filed a subpoena duces tecum, within which closing and other documents pertaining to real property located at 401 Carysfort Road, Key Largo, Florida.

2.     Said subpoena was furnished to Deponent in his capacity as issuing agent for Mortgage Policy No. MP-3742314 issued by Attorneys' Title Insurance Fund.

3.     Deponent searched its records for document identified in Exhibit A attached to said request for production but was unable to locate any responsive documents.

4.     Deponent in his individual capacity did at one time prior to this request provide HSBC Bank USA, N.A. with requested documents, which documents were responsive to that party's notice of deposition duces tecum, and therefore identifies same, but which documents Deponent discerns from definitions attached to the immediate request need not be provided again.

5.	Pursuant to the asserted definition of "control," Deponent believes that it will be able to obtain and provide responsive documents which relate to liens, mortgages, and encumbrances by securing them from other persons and/or entities in possession of same, and will diligently undertake to obtain them but requires additional time within which to do so, for which Deponent requests that the Court issue a protective order in the event that HSBC and Deponent cannot agree on a timetable which will permit Deponent to obtain same.

6.	In the event that HSBC requires said documents possessed by others to be produced, HSBC should be required to provide for the payment of reasonable attorneys' fees and expenses related to obtaining same, which requirements should be included in the text of a protective order in the event that HSBC and Deponent cannot agree to terms of reimbursement.

7.	In such event, Deponent requests that HSBC notify Deponent that it desires Deponent to request said documents from others, the necessity of which notice should be included in the text of a protective order in the event that HSBC and Deponent cannot agree upon the need for notice by HSBC.

WHEREFORE, Deponent notices its compliance with said subpoena duces tecum and requests provision for payment of reasonable attorneys' fees and expenses and any and all additional time necessary in order to diligently request and obtain additional responsive documents possessed by others.

    /s/ Jeffrey M. Siskind\_\_\_\_
Jeffrey M. Siskind, Pro Se
FBN 138746
525 South Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL    (561) 832-7720
FAX    (561) 832-7668
jeffsiskind@msn.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Response to Subpoena Duces Tecum Request for Production of Documents was served upon counsel for HSBC by CM/ECF this 18th day of September, 2013.

                                                          /s/ Jeffrey M. Siskind
                                                    Jeffrey M. Siskind, Pro Se