IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO: 13-13096-PGH

IN RE:

JEFFREY M. SISKIND,

    Debtor.
_____/

## MOTION FOR PROTECTIVE ORDER

AND NOW comes the Debtor, Jeffrey M. Siskind, *Pro Se,* and pursuant to FRBP 2004 and Local Rule 2004-1(c), moves for a protective order from this Court barring Debtor from having to respond to the production request attached to Creditor HSBC Bank USA, N.A.'s ("Creditor's") Notice of Rule 2004 Examination [DE 97], and in support thereof states as follows:

1. On October 11, 2013, Creditor filed its Rule 2004 Notice of Examination Duces Tecum, attached to which was a document production request ten pages long and which requested production of hundreds of documents.

2. Creditor permitted Debtor until October 25, 2013 to produce documents which would require Debtor an estimated six months to gather, and which would require Debtor to expend an inordinate sum of money to enlist equipment and the assistance of others to do so.

3. The document request, except for the first page of same to which Debtor already timely responded, is actually Creditor's second demand to Debtor to produce documents in anticipation of Debtor's deposition. Debtor therefore objects to said portion of Creditor's demand for production.

4. The document request demands that Debtor produce many documents which are

1

not relevant to any claims which Creditor may possess in this case, and also demands documents which are privileged matters concerning Debtor's clients. Debtor therefore objects to said portion of Creditor's demand for production.

5. The document request demands production of records for entities in which Debtor has never had any ownership interest or control. Debtor therefore objects to said portion of Creditor's demand for production.

6. The document request demands that Debtor produce many documents which are not in Debtor's possession or control. Debtor therefore objects to said portion of Creditor's demand for production.

7. The Debtor will make a good faith effort and endeavor to provide Creditor with a response on or prior to October 25, 2013 which at the very least informs Creditor as to which of Creditor's document requests for which Debtor knows it does not possess responsive documents, however Debtor is traveling out of town today and up to and including October 24, 2013. Said travel plans and Debtor's attending to its normal business activity may prevent Debtor from doing so, however.

WHEREFORE, the Debtor, Jeffrey M. Siskind, respectfully requests this Honorable Court enter a protective order barring Debtor from having to respond to Creditor's demands to produce documents objected to herein, require that Debtor be permitted a reasonable amount of time to gather and provide responsive documents and receive remuneration equal to its out of pocket expenditures incurred in responding to Creditor's document requests.

Respectfully submitted,

_____/s/ Jeffrey M. Siskind_____

|  |  |
|---|---|
|  | Jeffrey M. Siskind, Pro Se |
|  | FBN 138746 |
|  | Trump Plaza Office Center |
|  | 525 S. Flagler Drive, Suite 500 |
|  | West Palm Beach, Fl 33401 |
|  | jeffsiskind@msn.com |
|  |  |
|  | (561) 832-7720 (Telephone) |
| Dated:  October 23, 2013 | (561) 832-7668 (Facsimile) |

**CERTIFICATE OF SERVICE:**

I hereby certify that on this 23rd day of October, 2013, a true and correct copy of the foregoing Motion served by CM/ECF to Creditor, the Office of the U.S. Trustee and all parties registered thereon.

      /s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Pro Se

3