

**ORDERED in the Southern District of Florida on November 1, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*                                                                    CASE NO. 13-13096-PGH

**JEFFREY MARC SISKIND,**                                Chapter 11

        **Debtor**                                    /

### ORDER GRANTING-IN-PART DEBTOR'S
### MOTION FOR PROTECTIVE ORDER

**THIS MATTER** came before the Court on October 29, 2012 at 9:30 a.m. on Debtor's Motion for Protective Order (the "Motion") [ECF #100]. The Court, having heard argument from the Debtor and creditor HSBC Bank USA, N.A. and being fully advised in the premises, ORDERS AND ADJUDGES:

1.      The Motion is GRANTED-IN-PART.

2	The Debtor shall respond to creditor's production request with responsive documents on or before November 15, 2013, except as to documents which Debtor claims are privileged or are not available to Debtor. Debtor shall state that Debtor does not possess responsive documents to the extent that Debtor does not possess documents which respond to any specific request, and shall provide a privilege log as to documents which Debtor asserts are privileged by November 15, 2013.

3.	The deposition of Debtor that is currently scheduled for November 6, 2013 at 10:00 a.m. shall be continued to such date as is agreed by the parties, but shall take place no later than November 29, 2013.

###

Submitted by:

Jeffrey M. Siskind, Esquire
FBN 138746
525 S. Flagler Drive, Suite 500
West Palm Beach, FL33401
jeffsiskind@msn.com