UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    Case No. 13-13096-PGH

Jeffrey Marc Siskind,                     Chapter 11

Debtor.
_____/

**OBJECTION OF WILLIAM SISKIND TO HSBC BANK, USA N.A.'S
PROPOSED LIQUIDATION PLAN AND DISCLOSURE STATEMENT**

COMES NOW, William Siskind, and objects to HSBC BANK USA N.A.'s Proposed Liquidation Plan and Disclosure Statement as follows:

1. On or about July 6, 2008, in my bankruptcy case (Case No. 02-65786-ESD) which was administered in the District of Maryland, the Court avoided a transfer of the real property located at 401 Carysfort Road, Key largo, Florida (the "Property") from the Debtor and myself to Transamerican Comercial, Ltd. (the "Order," attached as an Exhibit hereto).

2. As a result of that avoidance, I was restored to the status of co-owner of the Property.

3. HSBC's purported lien was placed against the Property after the date of the avoided transfer without my knowledge or consent.

4. Nor did I receive any benefit from the loan made to the Debtor which was associated with the purported lien against the Property.

4. HSBC's lien is therefore ineffective, at least as against my interest in the Property, which interest is not within the jurisdiction of this Court.

5. Neither the disclosure statement or proposed liquidation plan addresses or gives recognition to my stake in the Property, which cannot be affected by any action which fails to recognize the Order of the Maryland Bankruptcy Court.

6. For this reason, the disclosure statement and proposed liquidation plan are defective, and are also misleading to creditors.

7. The disclosure statement and proposed plan of liquidation must be amended in order to recognize, and so as not to affect, my interest in the Property.

WHEREFORE, I request that approval of the disclosure statement and proposed plan of liquidation be denied.

By: _____
William L. Siskind

### Certificate of Service

On this 12th day of December 2013, I served all interested creditors (attached) by U.S. Mail.

By: _____
William L. Siskind

Submitted by:

William L. Siskind
8376 Belize Place
Wellington, FL  33414

Entered: July 08, 2008
Signed: July 07, 2008
**SO ORDERED**

I hereby certify that the foregoing is a true copy of the original thereof now on file in this office.

Dated this 23rd day of April 2012

M. Fraus
Clerk, U.S. Bankruptcy Court
for the District of Maryland



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re: )
) Case No. 02-65786-ESD
WILLIAM L. SISKIND, ) Chapter 11
)
Debtor. )
)
GRAY & ASSOCIATES, LLC )
) Adv. Proc. 04-2099
Substituted Plaintiff, )
)
v. )
)
TRANSAMERICAN COMMERCIAL, LTD.)
)
Defendant. )

**ORDER DENYING MOTION OF JEFFREY SISKIND TO VACATE ORDER GRANTING MOTION OF GRAY & ASSOCIATES, LLC FOR SANCTIONS AGAINST DEFENDANT TRANSAMERICAN COMMERCIAL, LTD. AND ENTERING JUDGMENT IN FAVOR OF GRAY & ASSOCIATES, LLC AND GRANTING MOTION OF LIQUIDATING TRUSTEE FOR RECONSIDERATION OF ORDER GRANTING MOTION OF PLAINTIFF GRAY & ASSOCIATES, LLC FOR SANCTIONS AGAINST DEFENDANT TRANSAMERICAN COMMERCIAL, LTD. AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF GRAY & ASSOCIATES, LLC**

Upon consideration of (a) the Motion of Jeffrey Siskind to Vacate Order Granting Motion of Gray & Associates, LLC for Sanctions Against Transamerican Commercial, Ltd. and Entering Judgment in Favor of Gray & Associates, LLC (the "Motion to Vacate") filed by Jeffrey Siskind

and the Opposition to the Motion to Vacate filed by the Liquidating Trustee Gray & Associates, LLC (the "Liquidating Trustee"); (b) the Motion Of Liquidating Trustee For Reconsideration Of Order Granting Motion Of Plaintiff Gray & Associates, LLC For Sanctions Against Defendant Transamerican Commercial, Ltd. And Entering Judgment In Favor Of Plaintiff Gray & Associates, LLC (the "Motion for Reconsideration") filed by the Liquidating Trustee, and the lack of any response thereto; and (c) the arguments raised at the hearing on the Motion to Vacate and Motion for Reconsideration which took place on June 10, 2008; it is by the United States Bankruptcy Court for the District of Maryland (Baltimore Division) hereby FOUND THAT

A. On August 7, 2007, the Liquidating Trustee filed the Motion to Compel against Transamerican requesting that Transamerican be compelled to respond to written discovery and appear at a deposition;

B. On December 10, 2007, this Court granted the Motion to Compel and ordered that Transamerican appear for deposition in 30 days and provide written discovery responses and produce documents by December 15, 2007 (the "Compel Order");

C. Transamerican failed to comply with the Compel Order, did not provide written discovery responses, produce documents or appear for a deposition;

D. On March 21, 2008, the Liquidating Trustee sent a letter to Transamerican regarding its failure to comply with the Compel Order;

E. Transamerican did not respond to the March 21st letter;

F. On March 25, 2008, the Liquidating Trustee filed the Motion for Sanctions requesting that judgment be entered against Transamerican for its failure to provide discovery and comply with the Compel Order;

BALTI\4436794.1                    2

G.  No party to this adversary proceeding, including Transamerican, filed a response to the Motion for Sanctions;

H.  On May 16th, this Court entered the Order Granting Motion Of Plaintiff Gray & Associates, LLC For Sanctions Against Defendant Transamerican Commercial, Ltd. And Entering Judgment In Favor Of Plaintiff Gray & Associates, LLC entered by this Court on May 16, 2008 [Docket No. 51] (the "Sanctions Order"). The Sanctions Order provided that judgment was entered in favor of the Liquidating Trustee against Transamerican and avoided the transfer of the real property located at 401 Carysfort Road in Key Largo, Florida by the Debtor William L. Siskind (the "Debtor") and Jeffrey Siskind to Transamerican (the "Transfer") on February 14, 2002, which was recorded with the Land Records of Monroe County, Florida on March 11, 2002. This Court struck without prejudice the entry of a monetary judgment in favor of the Liquidating Trustee against Transamerican for this Transfer;

I.  The Liquidating Trustee filed the Motion Of Liquidating Trustee For Reconsideration Of Order Granting Motion Of Plaintiff Gray & Associates, LLC For Sanctions Against Defendant Transamerican Commercial, Ltd. And Entering Judgment In Favor Of Plaintiff Gray & Associates, LLC (the "Motion for Reconsideration") requesting that this Court enter a monetary judgment in favor of the Liquidating Trustee against Transamerican for the transfer;

J.  Jeffrey Siskind filed the Motion of Jeffrey Siskind to Vacate Order Granting Motion of Gray & Associates, LLC for Sanctions Against Transamerican Commercial, Ltd. and Entering Judgment in Favor of Gray & Associates, LLC (the "Motion to Vacate"). The Liquidating Trustee filed an opposition to the Motion to Vacate;

BALT1\4436794.1                          3

K. On June 10, 2008, this Court held a hearing on the Motion for Reconsideration and Motion to Vacate.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

A. The Motion to Vacate is DENIED;

B. The Motion for Reconsideration is GRANTED;

C. Judgment is entered in favor of the Plaintiff and against Transamerican for the Transfer, the amount of which Judgment (plus interest at the legal rate from the date of the Transfer together with any costs of this action) shall be determined at a subsequent damages hearing to be scheduled by this Court;

D. Except as expressly provided in this Order, the terms of the Sanctions Order remain in full force and effect as of the date the Sanctions Order was entered; and

E. This Court shall schedule a hearing on damages.

### END OF ORDER