UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                             Case No. 13-13096-PGH

Jeffrey Marc Siskind,                              Chapter 11

    Debtor.
_____/

### OBJECTION OF MIRIAM M. SISKIND TRUST TO HSBC BANK, USA N.A.'S PROPOSED LIQUIDATION PLAN AND DISCLOSURE STATEMENT

COMES NOW, the Miriam M. Siskind Trust, by its sole trustee, William Siskind, and objects to HSBC BANK USA N.A.'s ("HSBC") Proposed Liquidation Plan and Disclosure Statement as follows:

1. The Miriam M. Siskind Trust ("Trust") holds a valid first secured mortgage lien on the real property located at 401 Carysfort Road, Key largo, Florida (the "Property"), which lien is recognized by HSBC.

2. Prior to my deposition, I provided HSBC with a copy of the Trust, a promissory note to the Trust which was signed by my wife and I, who owned the Property at the time, and the mortgage associated therewith which was recorded more than fifteen years ago.

3. Contrary to what is stated by HSBC in the proposed liquidation plan and disclosure statement, the Debtor is not a co-trustee of the Trust.

4. Nor does Debtor in any way control the Trust as alleged by HSBC

5. Nor is the Debtor the sole beneficiary of the Trust as alleged by HSBC.

6. Debtor does not therefore meet the requirements to be an insider.

7. Nor did the Trust engage in any "type of inequitable conduct" which "resulted in injury" to a creditor as alleged by HSBC.

7. As a result, the Trust's interest in the Property cannot be subrogated to the lien which HSBC claims to hold against the Property.

6. For these reasons, the disclosure statement and proposed liquidation plan are defective, and are also misleading to creditors.

7. The disclosure statement and proposed plan of liquidation must be amended in order to recognize, and so as not to diminish, the Trust's first secured lien against the Property.

WHEREFORE, the Miriam M. Siskind Trust, by its sole trustee, William Siskind, request that approval of the disclosure statement and proposed plan of liquidation be denied.

Miriam M. Siskind Trust

By: _____

William L. Siskind, Trustee

### Certificate of Service

On this 12th day of December 2013, I served all interested creditors (attached) by U.S. Mail.

By: _____

William L. Siskind, Trustee

Submitted by:

William L. Siskind
8376 Belize Place
Wellington, FL 33414