UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                          CHAPTER 11

JEFFREY M. SISKIND                                              CASE NO. 13-13096-BKC-PGH

        Debtor.
_____/

**PALM BEACH COUNTY TAX COLLECTOR'S
OBJECTION TO FIRST AMENDED DISCLOSURE STATEMENT
IN CONNECTION WITH PLAN PROPONENT'S PLAN OF LIQUIDATION**

      COMES NOW, ANNE M. GANNON, Constitutional Tax Collector, Serving Palm Beach County ("Tax Collector") by and through her undersigned Counsel files this *Objection to the First Amended Disclosure Statement in Connection with Plan Proponent's Plan of Liquidation* [D.E. 121] based on the following:

      1.    On January 1, 2012, the Debtor, pursuant to Florida Statutes §§ 197.122(1) and 192.053, incurred ad valorem real property and tangible personal property ("TPP") taxes assessed against property located in Palm Beach County, Florida. These taxes are secured by a first lien, superior to all other liens on the subject properties. Under Florida law, liens for *ad valorem* property taxes arise automatically and do not require any action on the part of the tax collector to perfect these liens.

      2.    The Tax Collector is owed real property taxes for tax years 2012 and 2013 assessed against real property located at 341 53rd Street, West Palm Beach, Florida, identified by property control number 74-43-43-04-12-000-0010. In addition, the Tax Collector is owed taxes assessed against TPP for the 2007 tax year, identified by account number 149285 located at

375 S. County Road, Palm Beach, Florida and 2012 taxes assessed against TPP, located at 525 S. Flagler Dr., #500, West Palm Beach, Florida identified by account number 195367.

3. On November 18, 2013, HSBC Bank filed a First Amended Disclosure Statement in Connection with Plan Proponent's Plan of Liquidation [D.E. #121]. Pursuant to Exhibit "C," the Schedule of Allowed Priority Tax Claims, the Tax Collector is classified as Class 1, as a holder of an Allowed Priority Tax Claim under § 507(a)(8) of the Code. The First Amended Disclosure Statement describes the intent of HSBC Bank in the proposed plan to create a Liquidating Trust and to appoint a Liquidating Trustee to oversee the individual Chapter 11 estate.

4. Tax Collector objects to the proposed treatment of its claims to be classified under § 507(a)(8) of the Bankruptcy Code ("Code") as such treatment is contrary to Florida law. The Tax Collector's claims are secured pursuant to Sections 197.122 and 197.053, Florida Statutes and must be treated as such under § §506 of the Code. The Tax Collector is allowed statutory interest on its claims pursuant to §511 of the Code.

5. WHEREFORE, the Tax Collector respectfully requests that this Court not approve the amended disclosure statement or require amendment thereto allowing the Tax Collector claims to be reclassified as secured claims to include statutory interest as provided herein under §§ 506 and 511 of the Code, and for such other and further relief this Court deems just and proper.

Respectfully submitted,

James M. Brako, Esq.
Florida Bar No.: 493211
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Florida Bar No. 493211
(561) 355-2141

By:___/s/ James M. Brako_____
      Attorney for Anne M. Gannon
      Constitutional Tax Collector
      Serving Palm Beach County

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Objection to the First Amended Disclosure Statement in Connection with Plan Proponent's Plan of Liquidation* has been furnished this __12th___ day of December, 2013 by Notice of Electronic Filing to Jacqueline Calderin, Esq., Ehrenstein Charbonneau Calderin, Counsel for the Plan Proponent, jc@ecclegal.com; Jeffrey M. Siskind, jeffsiskind@msn.com and Office of the United States Trustee, Attn: Heidi A. Feinman, Esq., Heidi.A.Feinman@usdoj.gov and to all others receiving electronic notice.

       ___/s/ James M. Brako_____
       James M. Brako, Esq.