UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
JEFFREY MARC SISKIND,             CASE NO. 13-13096-PGH

         Debtor.    /             Chapter 11

## DEBTOR'S MOTION TO TENDER POST-PETITION RETAINER

COMES NOW the Debtor and Debtor-in-Possession, Jeffrey Marc Siskind ("Debtor"), and files this *Motion to Tender Post-Petition Retainer* and in support thereof states:

1. On February 11, 2013, the Debtor filed this Chapter 11 case in the Southern District of Florida as a *pro se* Debtor. The Debtor continues to operate his business affairs as a debtor-in-possession.

2. The Debtor is an individual who owns various parcels of real property and other businesses. The Debtor is also a licensed attorney.

3. During the pendency of this case the Debtor has determined that he requires the services of bankruptcy counsel experienced in handling Chapter 11 cases. To that end, the Debtor has requested, contemporaneously with the filing of this motion, that the undersigned be retained as general bankruptcy counsel.

4. The undersigned is requesting that the Court approve a request to receive a post-petition retainer in the amount of $15,000.00, payable by an entity not owned by the Debtor and which is a gift to the Debtor (the entity paying the retainer is wholly-owned by the Debtor's parents).

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order granting the relief requested herein and granting such other and further relief as the court deems just and proper.

## CERTIFICATES

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished TO ALL CREDITORS as set forth in the service list below on February 3, 2014.

> Respectfully submitted,
> **OZMENT MERRILL**
>
> BY  /s/  *David Lloyd Merrill, Esq.*
> David Lloyd Merrill, Esquire,
> Fla Bar No.: 99155
> 2001 Palm Beach Lakes Blvd
> Suite 410
> West Palm Beach, FL 33409
> (o) +1.561.689.6789
> (f)  +1.561.689.6767
> david@ombkc.com
> Attorneys for the Debtor

## SERVICE LIST

**13-13096-PGH Notice will be electronically mailed to:**

James M Brako on behalf of Creditor Palm Beach County Tax Collector
LegalServices@pbctax.com, JBrako@pbctax.com

John C. Brock, Esq. on behalf of Creditor U.S. Bank National Association
bkfl@albertellilaw.com

Jacqueline Calderin, Esq. on behalf of Creditor HSBC Bank USA, N.A.
jc@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;ecala@ecclegal.com;jbetancourt@ecclegal.com

Samantha Carr on behalf of Creditor JPMorgan Chase Bank N.A
sacarr@logs.com, electronicbankruptcynotices@logs.com

Robert P. Charbonneau, Esq. on behalf of Creditor HSBC Bank USA, N.A.
rpc@ecccounsel.com,
nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com

Stephen P. Drobny, Esq. on behalf of Creditor OptimumBank
sdrobny@joneswalker.com, rbruckmann@joneswalker.com;tsnow@joneswalker.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jed L Frankel on behalf of Creditor Ocean Reef Community Association, Inc.
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Daniel L. Gold, Esq. on behalf of Creditor HSBC Bank USA, N.A.
dgold@ecccounsel.com,
bankruptcy@ecclegal.com,nsocorro@ecclegal.com;ecala@ecclegal.com,jbetancourt@ecclegal.com

Nicole M Grimal on behalf of Creditor HSBC Bank USA, N.A.
ng@ecclegal.com,
nsocorro@ecclegal.com;bankruptcy@ecclegal.com;ecala@ecclegal.com;jbetancourt@ecclegal.com

Owen G Hare, Esq. on behalf of Creditor U.S. Bank National Association
ohare@closingsource.net,
gwise@closingsource.net;mpeery@closingsource.net;flecf@closingsource.net

Kevin L Hing on behalf of Creditor JPMorgan Chase Bank N.A

khing@logs.com, electronicbankruptcynotices@logs.com

Anthony Kang, Esq. on behalf of Creditor Trump Plaza of the Palm Beaches Condominium Association, Inc.
akang@arnstein.com

Theresa M Lemme on behalf of Creditor Fiore at the Gardens Condominium Association, Inc.
tml@stjohnrossin.com, linda@stjohnrossin.com

David L. Merrill, Esq. on behalf of Debtor Jeffrey Marc Siskind
david@ombkc.com, ecf@ombkc.com;zoraida@ombkc.com

Larry M Mesches on behalf of Creditor Trisun Financial Group, LLC
lmesches@kmjlawgroup.com, lhollywood@kmjlawgroup.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank N.A
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Jeffrey M Siskind on behalf of Defendant TP5 LLC
jeffsiskind@msn.com, siskindlegal@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, siskindlegal@gmail.com

**13-13096-PGH Notice will not be electronically mailed to:**

Miriam M. Siskind Trust
c/o William L. Siskind Trustee
8373 Belize Place
Wellington, FL 33414

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Bank of America, N.A.
c/o Brittany Gramsky, Esquire
Albertelli Law
P.O. Box 23028
Tampa, FL 33623-2028|

BankUnited, FSB c/o Thomas Crowder, Esquire
Kahane & Assocaites, P.A.
8201 Peters Road, Ste. 3000
Plantation, FL 33324-3292

Brown & Associates, P.A.
c/o Michael Brown, Esquire
655 N. Ocean Drive, Ste. 200
Riviera Beach, FL 33404-4752

Dockside Canvas, LLC
c/o Fred Volkwein
409 24th Street
West Palm Beach, FL 33407-5401

Estate of Robin Disston
c/o Todd Disston
93 Riverbank Road
Stamford, CT 06903-3715

FP&L
PO Box 025576
Miami, FL 33102-5576

First Intracoastal Realty, LLC
c/o Sue Zabloudil, Esquire
One Southeast Third Avenue, 25th Floor
Miami, FL 33131-1700

Flagstar Bank, FSB
c/o Cheri Zmija
323 W. Lakeside Avenue, Ste. 200
Cleveland, OH 44113-1009

George & Jeri Maler
12509 World Cup Lane
Wellington, FL 33414-3502

George Schuhmann
3107 Lowell Avenue
Louisville, KY 40205-3041

OB Real Estate Holdings 1732, LLC
c/o Stephen P. Drobny, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131-4341

Sara Dozier
c/o Michael Brown, Esquire
2655 N. Ocean Drive, Ste. 200
Riviera Beach, FL 33404-4752

Sheila Mouzer Smith, TTE
702 Marshall Road
West Palm Beach, FL 33413-3344

US Dept. of Education
c/o Conserve
P.O. Box 457
Fairport, NY 14450-0457

US IRS c/o Chuck Corbitt
1900 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-3504

Zokaites Properties, LLC
c/o Frank Zokaites
375 Golfside Drive|Wexford 15090-9419