UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                Case No. 13-13096-PGH

Jeffrey Marc Siskind,                 Chapter 11

   Debtor.
_____/

OBJECTION OF WILLIAM L. SISKIND TO PROPOSED PLAN AND DISCLOSURE STATEMENT

COMES NOW William L. Siskind ("Trustee"), and objects to the proposed Chapter 11 Plan of Reorganization ("Plan") and Disclosure Statement ("Disclosure") filed at Docket Entry No. 184 and 185 for the following reasons:

1. By order of the Maryland Bankruptcy Court in Case No. 02-65786-ESD, I possess an interest in the real property located at 401 Carysfort Road, Key Largo, Florida 33037 (the "Property").

2. My interest was not accounted for in the Plan or Disclosure.

3. Debtor and I have engaged in negotiations which may lead to an accommodation, but these negotiations have not been finalized as of this date.

WHEREFORE, except tin the event that an accommodation is not reached which is acceptable to Trustee, the Plan and Disclosure must be amended in order to account for the Trust's interest in the Property.

MIRIAM M. SISKIND TRUST

By: _____

William L. Siskind, Trustee

Certificate of Service

ON this 17th day of June, 2014, I served all interested creditors (attached) by U.S. Mail.

_____
William L. Siskind

Submitted by:

William L. Siskind
8376 Belize Place
Wellington, FL  33414

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 13-13096-PGH<br>Southern District of Florida<br>West Palm Beach<br>Tue Jun 17 15:44:31 EDT 2014 | Christiana Trust<br>1610 East St. Andrew Pl #B150<br>Santa Ana, CA 92705-4931 | Fiore at the Gardens Condominium Association<br>c/o St. John Rossin Podesta Burr & Lemme<br>Centurion Tower, Suite 700<br>1601 Forum Place<br>West Palm Beach, FL 33401-8106 |
| JPMorgan Chase Bank N.A<br>SHAPIRO, FISHMAN & GACHE, LLP<br>c/o Samantha Carr<br>2424 North Federal Highway, Suite 360<br>Boca Raton, FL 33431-7701 | Miriam M. Siskind Trust<br>c/o William L. Siskind Trustee<br>8373 Belize Place<br>Wellington, FL 33414 | Ocean Reef Community Association, Inc.<br>Eisinger, Brown, Lewis & Frankel, P.A.<br>Jed L. Frankel, Esq.<br>4000 Hollywood Boulevard<br>Suite 265-S<br>Hollywood, FL 33021-6782 |
| OptimumBank<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>201 S. Biscayne Blvd.<br>Suite 2600<br>Miami, FL 33131-4341 | Palm Beach County Tax Collector<br>c/o James M. Brako, Esq.<br>P. O. Box 3715<br>West Palm Beach, FL 33402-3715 | Trisun Financial Group, LLC<br>c/o Larry Mesches, Esq.<br>2855 PGA Blvd., Suite 100<br>Palm Beach Gardens, FL 33410-2910 |
| AT&T<br>PO Box 5014<br>Carol Stream, IL  60197-5014 | Bank of America, N.A.<br>c/o Brittany Gramsky, Esquire<br>Albertelli Law<br>P.O. Box 23028<br>Tampa, FL 33623-2028 | BankUnited, FSB<br>c/o Thomas Crowder, Esquire<br>Kahane & Assocaites, P.A.<br>8201 Peters Road, Ste. 3000<br>Plantation, FL 33324-3292 |
| Bengel Trust<br>c/o William L. Siskind<br>8376 Belize Place<br>Wellington, FL 33414-6447 | Brown & Associates, P.A.<br>c/o Michael Brown, Esquire<br>2655 N. Ocean Drive, Ste. 200<br>Riviera Beach, FL 33404-4752 | Dockside Canvas, LLC<br>c/o Fred Volkwein<br>409 24th Street<br>West Palm Beach, FL 33407-5401 |
| Estate of Robin Disston<br>c/o Todd Disston<br>193 Riverbank Road<br>Stamford, CT 06903-3715 | FP&L<br>PO Box 025576<br>Miami, FL 33102-5576 | Fiore At the Gardens Condo Assoc Inc<br>c/o St. John Rossin Podesta Burr & Lemme<br>1601 Forum Place, Ste 700<br>West Palm Beach, FL 33401-8106 |
| Fiore at the Gardens Condominium Assoc.<br>c/o Thomas E. Rossin, Esquire<br>1601 Forum Place, Suite 700<br>West Palm Beach, FL 33401-8106 | First Intracoastal Realty, LLC<br>c/o Sue Zabloudil, Esquire<br>One Southeast Third Avenue, 25th Floor<br>Miami, FL 33131-1700 | Flagstar Bank, FSB<br>c/o Cheri Zmija<br>323 W. Lakeside Avenue, Ste. 200<br>Cleveland, OH 44113-1009 |
| George & Jeri Maler<br>12509 World Cup Lane<br>Wellington, FL 33414-3502 | George Schuhmann<br>3107 Lowell Avenue<br>Louisville, KY 40205-3041 | HSBC Bank USA, N.A.<br>c/o Carlton Fields<br>Attn: Alan Rosenthal, Esq.<br>100 S.E. Second St., Ste. 4200<br>Miami, Florida  33131-2113 |
| HSBC Bank USA, National Association<br>Payment Processing<br>MAC X2302-04C<br>One Home Campus<br>Des Moines, IA 50328-0001 | J.P. Morgan Chase Bank<br>c/o Bankruptcy Team<br>2901 Kinwest Parkway<br>Irving, TX 75063-5816 | JPMorgan Chase Bank, N.A.<br>c/o Kevin L. Hing<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Boulevard, Suite<br>Tampa, FL 33614-2415 |
| Miriam M. Siskind Trust<br>876 Belize Place<br>Wellington, FL 33414 | Miriam Siskind Trust<br>c/o William Siskind TTE<br>8376 Belize Place<br>Wellington, FL 33414-6447 | OB Real Estate Holdings 1732, LLC<br>c/o Stephen P. Drobny, Esq.<br>Jones Walker LLP<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131-4341 |

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Optimumbank
c/o Ben Harris, Esquire
Jones, Walker, Waechter et al.
201 S. Biscayne Boulevard, Suite 2600
Miami, FL 33131-4341

Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402-3715

Sara Dozier
c/o Michael Brown, Esquire
2655 N. Ocean Drive, Ste. 200
Riviera Beach, FL 33404-4752

Sheila Mouzer Smith, TTE
702 Marshall Road
West Palm Beach, FL 33413-3344

Trisun Financial Group, Inc.
c/o Marc Hurwitz
1777 Reisterstown Road
Pikesville, MD 21208-1318

Trump Plaza of the Palm Beaches Condominium
c/o Joshua N. Atlas, Esq.
515 North Flagler Drive, Suite 600
West Palm Beach, Florida 33401-4321

Trump Plaza of the Palm Beaches Condominium
c/o Michael Kampy (MGR)
525 S. Flagler Drive
West Palm Beach, FL 33401-5922

U.S. Bank National Association, as Trustee
c/o JPMorgan Chase Bank, N.A.
3415 Vision Drive
OH4-7133
Columbus, OH 43219-6009

U.S.Bank National Association,as Trustee
c/o Select Portfolio Servicing Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412

US Dept. of Education
c/o Conserve
P.O. Box 457
Fairport, NY 14450-0457

US IRS
c/o Chuck Corbitt
1900 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-3504

Zokaites Properties, LLC
c/o Frank Zokaites
375 Golfside Drive
Wexford   15090-9419

David L. Merrill Esq.
Ozment Merrill
2001 Palm Beach Lakes Blvd, Suite 410
West Palm Beach, FL 33409-6516

Jeffrey M Siskind
525 S Flagler Dr #500
West Palm Beach, FL 33401-5938

Jeffrey Marc Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

William L. Siskind
8376 Belize Place
Wellington, FL 33414-6447

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Bank USA, N.A.

(u)Trump Plaza of the Palm Beaches Condominiu

(u)U.S. Bank National Association

(u)West Palm Beach

End of Label Matrix
Mailable recipients    46
Bypassed recipients     4
Total                  50