UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  Case No. 13-13096-PGH

Jeffrey Marc Siskind,                   Chapter 11

    Debtor.
_____/

OBJECTION OF MIRIAM M. SISKIND TRUST TO PROPOSED PLAN AND DISCLOSURE STATEMENT

COMES NOW the Miriam M. Siskind Trust, by its sole trustee, William L. Siskind ("Trustee"), and objects to the proposed Chapter 11 Plan of Reorganization ("Plan") and Disclosure Statement ("Disclosure") filed at Docket Entry No. 184 and 185 for the following reasons:

1. The Miriam M. Siskind Trust ("Trust") holds a valid first secured mortgage lien on the real property located at 401 Carysfort Road, Key Largo, Florida 33037 (the "Property").

2. This lien was not accounted for in the Plan or Disclosure.

3. Debtor and Trustee have engaged in negotiations which may lead to an accommodation by Trustee, but these negotiations have not been finalized as of this date.

WHEREFORE, except tin the event that an accommodation is not reached which is acceptable to Trustee, the Plan and Disclosure must be amended in order to account for the Trust's interest in the Property.

MIRIAM M. SISKIND TRUST

By: _____

William L. Siskind, Trustee

Certificate of Service

ON this 17th day of June, 2014, I served all interested creditors (attached) by U.S. Mail.

_____
William L. Siskind, Trustee

Submitted by:

William L. Siskind
8376 Belize Place
Wellington, FL 33414

```
Label Matrix for local noticing            Christiana Trust                          Fiore at the Gardens Condominium Association
113C-9                                     1610 East St. Andrew Pl #B150             c/o St. John Rossin Podesta Burr & Lemme
Case 13-13096-PGH                          Santa Ana, CA 92705-4931                  Centurion Tower, Suite 700
Southern District of Florida                                                         1601 Forum Place
West Palm Beach                                                                      West Palm Beach, FL 33401-8106
Tue Jun 17 15:44:31 EDT 2014

JPMorgan Chase Bank N.A                    Miriam M. Siskind Trust                   Ocean Reef Community Association, Inc.
SHAPIRO, FISHMAN & GACHE, LLP              c/o William L. Siskind Trustee            Eisinger, Brown, Lewis & Frankel, P.A.
c/o Samantha Carr                          8373 Belize Place                         Jed L. Frankel, Esq.
2424 North Federal Highway, Suite 360      Wellington, FL 33414                      4000 Hollywood Boulevard
Boca Raton, FL 33431-7701                                                            Suite 265-S
                                                                                     Hollywood, FL 33021-6782

OptimumBank                                Palm Beach County Tax Collector           Trisun Financial Group, LLC
c/o Stephen P. Drobny, Esq.                c/o James M. Brako, Esq.                  c/o Larry Mesches, Esq.
Jones Walker LLP                           P. O. Box 3715                            2855 PGA Blvd., Suite 100
201 S. Biscayne Blvd.                      West Palm Beach, FL 33402-3715            Palm Beach Gardens, FL 33410-2910
Suite 2600
Miami, FL 33131-4341

AT&T                                       Bank of America, N.A.                     BankUnited, FSB
PO Box 5014                                c/o Brittany Gramsky, Esquire             c/o Thomas Crowder, Esquire
Carol Stream, IL  60197-5014               Albertelli Law                            Kahane & Assocaites, P.A.
                                           P.O. Box 23028                            8201 Peters Road, Ste. 3000
                                           Tampa, FL 33623-2028                      Plantation, FL 33324-3292

Bengel Trust                               Brown & Associates, P.A.                  Dockside Canvas, LLC
c/o William L. Siskind                     c/o Michael Brown, Esquire                c/o Fred Volkwein
8376 Belize Place                          2655 N. Ocean Drive, Ste. 200             409 24th Street
Wellington, FL 33414-6447                  Riviera Beach, FL 33404-4752              West Palm Beach, FL 33407-5401

Estate of Robin Disston                    FP&L                                      Fiore At the Gardens Condo Assoc Inc
c/o Todd Disston                           PO Box 025576                             c/o St. John Rossin Podesta Burr & Lemme
193 Riverbank Road                         Miami, FL 33102-5576                      1601 Forum Place, Ste 700
Stamford, CT 06903-3715                                                              West Palm Beach, FL 33401-8106

Fiore at the Gardens Condominium Assoc.    First Intracoastal Realty, LLC            Flagstar Bank, FSB
c/o Thomas E. Rossin, Esquire              c/o Sue Zabloudil, Esquire                c/o Cheri Zmija
1601 Forum Place, Suite 700                One Southeast Third Avenue, 25th Floor    323 W. Lakeside Avenue, Ste. 200
West Palm Beach, FL 33401-8106             Miami, FL 33131-1700                      Cleveland, OH 44113-1009

George & Jeri Maler                        George Schuhmann                          HSBC Bank USA, N.A.
12509 World Cup Lane                       3107 Lowell Avenue                        c/o Carlton Fields
Wellington, FL 33414-3502                  Louisville, KY 40205-3041                 Attn: Alan Rosenthal, Esq.
                                                                                     100 S.E. Second St., Ste. 4200
                                                                                     Miami, Florida  33131-2113

HSBC Bank USA, National Association        J.P. Morgan Chase Bank                    JPMorgan Chase Bank, N.A.
Payment Processing                         c/o Bankruptcy Team                       c/o Kevin L. Hing
MAC X2302-04C                              2901 Kinwest Parkway                      Shapiro, Fishman & Gach, LLP
One Home Campus                            Irving, TX 75063-5816                     4630 Woodland Corporate Boulevard, Suite
Des Moines, IA 50328-0001                                                            Tampa, FL 33614-2415

Miriam M. Siskind Trust                    Miriam Siskind Trust                      OB Real Estate Holdings 1732, LLC
876 Belize Place                           c/o William Siskind TTE                   c/o Stephen P. Drobny, Esq.
Wellington, FL 33414                       8376 Belize Place                         Jones Walker LLP
                                           Wellington, FL 33414-6447                 201 S. Biscayne Blvd., Suite 2600
                                                                                     Miami, FL 33131-4341
```

| | | |
|---|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Optimumbank<br>c/o Ben Harris, Esquire<br>Jones, Walker, Waechter et al.<br>201 S. Biscayne Boulevard, Suite 2600<br>Miami, FL 33131-4341 | Palm Beach County Tax Collector<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 |
| Sara Dozier<br>c/o Michael Brown, Esquire<br>2655 N. Ocean Drive, Ste. 200<br>Riviera Beach, FL 33404-4752 | Sheila Mouzer Smith, TTE<br>702 Marshall Road<br>West Palm Beach, FL 33413-3344 | Trisun Financial Group, Inc.<br>c/o Marc Hurwitz<br>1777 Reisterstown Road<br>Pikesville, MD 21208-1318 |
| Trump Plaza of the Palm Beaches Condominium<br>c/o Joshua M. Atlas, Esq.<br>515 North Flagler Drive, Suite 600<br>West Palm Beach, Florida 33401-4321 | Trump Plaza of the Palm Beaches Condominium<br>c/o Michael Kampy (MGR)<br>525 S. Flagler Drive<br>West Palm Beach, FL 33401-5922 | U.S. Bank National Association, as Trustee<br>c/o JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH4-7133<br>Columbus, OH 43219-6009 |
| U.S.Bank National Association,as Trustee<br>c/o Select Portfolio Servicing Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | US Dept. of Education<br>c/o Conserve<br>P.O. Box 457<br>Fairport, NY 14450-0457 | US IRS<br>c/o Chuck Corbitt<br>1900 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409-3504 |
| Zokaites Properties, LLC<br>c/o Frank Zokaites<br>375 Golfside Drive<br>Wexford   15090-9419 | David L. Merrill Esq.<br>Ozment Merrill<br>2001 Palm Beach Lakes Blvd, Suite 410<br>West Palm Beach, FL 33409-6516 | Jeffrey M Siskind<br>525 S Flagler Dr #500<br>West Palm Beach, FL 33401-5938 |
| Jeffrey Marc Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | William L. Siskind<br>8376 Belize Place<br>Wellington, FL 33414-6447 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HSBC Bank USA, N.A. | (u)Trump Plaza of the Palm Beaches Condominiu | (u)U.S. Bank National Association |
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     4<br>Total                   50 | |