UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

ZOKAITES
AUG 28 2014
RECEIVED
SEP - 9 2014

*In re:*

**JEFFREY M. SISKIND,**

Case No.: 13-13096-BKC-PGH

Chapter 11

Debtor.
_____/

REVISED BALLOT

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]**

*The Second Amended Plan [ECF# 222] filed by Creditor, HSBC Bank, NA, by and through its agent, Attorney's Title Insurance Fund, Plan Proponent on August 18, 2014 can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

This ballot is for creditor (insert name) __Zokaites Properties__ for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☒ Allowed General Unsecured Creditors | 7 | $ 250,000 |

The undersigned [Check One Box] ☐ Accepts     ☒ Rejects
the plan for reorganization of the above-named debtor.

Signed: /s/
Print Name: F. ZOKAITES
Address: 375 GOLFSIDE DR WEXFORD PA 15090
Phone: 724-935-5257
Date: 9/4/14

★★★ FILE THIS BALLOT ON OR BEFORE __September 16, 2014__ ★★★

with:    Clerk of Bankruptcy Court
         ☒ 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida 33401

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

LF-33 (rev. 12/01/09)