UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

JEFFREY M. SISKIND,

       Debtor.             /

Case No.: 13-13096-PGH

Chapter 11

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN,
REPORT ON AMOUNT TO BE DEPOSITED,
CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

Robert Charbonneau, the undersigned attorney for Creditor, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc. Asset Backed Certificates, Series 2007-1 ("HSBC Bank"), certifies the following:

1. I have examined the court files in this proceeding, particularly as to claims, schedules and ballots filed.

2. A total of fourteen (14) ballots were filed on or before the deadline date of Wednesday, September 24, 2014, set by court order dated September 18, 2014 [ECF# 284]. Exhibit A is a summary of ballots submitted by class. Exhibit B is a list of all ballots filed. Class 1 and 2 are not impaired and not entitled to vote. Classes 3, 4, 5, 6, and 7 are impaired and entitled to vote. Class 8 is unimpaired and not entitled to vote.

3. Exhibit C lists each creditor to be paid pursuant to the plan. Exhibit D lists the cash flow projections. Below is a summary of the amount of money to be deposited for confirmation pursuant to plan:

| CLASSIFICATION | CLASS DESCRIPTION | DOLLAR AMOUNT NEEDED FOR CONFIRMATION |
|---|---|---|
| Unclassified | Administrative Expense claims for costs or expenses of administering the Debtor's case, which are allowed under Section 503(b) of the Bankruptcy Code and fees payable to the Clerk of the Bankruptcy Court and the Office of the United States Trustee that were incurred during the course of the case. | $9,705.00 |

4. All fees required by 28 U.S.C. §1930 have been paid.

DATED: September 29, 2014

        EHRENSTEIN CHARBONNEAU CALDERIN
        Attorneys for Creditor, HSBC Bank, N.A.
        501 Brickell Key Drive, Suite 300
        Miami, FL 33131
        T. 305.722.2002     F. 305.722.2001
        www.ecclegal.com

By:   */s/Robert Charbonneau*
      Robert P. Charbonneau, Esq.
      Florida Bar No.: 968234
      rpc@ecclegal.com
      Nicole Grimal, Esq.
      Florida Bar No.: 86937
      ng@ecclegal.com

**EXHIBIT "A" SUMMARY OF BALLOTS**

CLASS: __1__
    Not Impaired; Not Entitled to Vote

CLASS: __2__
    Not Impaired; Not Entitled to Vote

CLASS: __3__

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $0.00 | % of total = | 0% |
| Total Rejections in Dollar Amount | $3,112,789.16[1] | % of total = | 100% |
| Total # of Acceptances Filed | 0 | % of total = | 0% |
| Total # of Rejections Filed | 2 | % of total = | 100% |

CLASS: __4__

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $1,265,178.55 | % of total = | 100% |
| Total Rejections in Dollar Amount | $ | % of total = | 0% |
| Total # of Acceptances Filed | 1 | % of total = | 100% |
| Total # of Rejections Filed | | % of total = | 0% |

CLASS: __5__

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $ | % of total = | 0% |
| Total Rejections in Dollar Amount | $145,000.00 | % of total = | 100% |
| Total # of Acceptances Filed | | % of total = | 0% |
| Total # of Rejections Filed | 1 | % of total = | 100% |

CLASS: __6__

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $ | % of total = | % |
| Total Rejections in Dollar Amount | $ | % of total = | % |
| Total # of Acceptances Filed | | % of total = | % |
| Total # of Rejections Filed | | % of total = | % |

CLASS: __7__

| | | | |
|---|---|---|---|
| Total Acceptances in Dollar Amount | $2,658,605.52[2]* | % of total = | 60,21% |
| Total Rejections in Dollar Amount | $1,757,315.45 | % of total = | 39,79% |
| Total # of Acceptances Filed | 7 | % of total = | 70% |
| Total # of Rejections Filed | 3 | % of total = | 30% |

CLASS: __8__
    Unimpaired; Not Entitled to Vote

---

[1] US Bank National Associate filed an accepting ballot on September 24, 2014 based on a proposed compromise. However, Plan Proponent is unable to consummate this compromise based on the Debtor joining as co-proponent, and therefore this accepting ballot is deemed to reject.

[2] US Bank National Associate filed an accepting ballot on September 24, 2014 based on a proposed compromise. However, Plan Proponent is unable to consummate this compromise based on the Debtor joining as a co-proponent, and therefore this accepting ballot is deemed to reject.

*All ballots rejecting the plan by Bengel Trust, Miriam M. Siskind Trust, OB Real Estate Holdings 1732, LLC, and George Schuhamann are deemed accepting votes pursuant to the compromise and settlement announced on the record at the hearing scheduled by the Court on Friday, September 26, 2014.

# EXHIBIT "B": LIST OF ALL BALLOTS FILED

| BALLOT# | CLASS | NAME OF CREDITOR | AMOUNT SCHED/OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| 1 | 7 | Zokaites Properties | $250,00.00 | 9/4/14 | $0.00 | $250,000.00 | Yes |
| 2 | 4 | HSBC Bank USA | $1,265,178.55 | 9/15/14 | $1,265,178.55 | $0.00 | Yes |
| 3 | 3 | Trisun Financial Group, LLC | $195,473.71 | 9/16/14 | $0.00 | $195,473.71 | Yes |
| 4 | 7 | Sara Dozier | $400,000.00 | 9/16/14 | $400,000.00 | $0.00 | Yes |
| 5 | 7 | Michael Brown, Esq. | $25,000.00 | 9/16/14 | $25,000.00 | $0.00 | Yes |
| 6 | 7 | Christiana Trust | $152,668.37 | 9/16/14 | $152,668.37 | $0.00 | Yes |
| 7 | 7 | Dockside Canvas LLC | $250,000.00 | 9/16/14 | $0.00 | $250,000.00 | Yes |
| 8 | 7 | George & Jeri Maler | $145,000.00 | 9/16/14 | $0.00 | $145,000.00 | Yes |
| 9 | 7 | Bengel Trust | $120,000.00 | 9/16/14 | $120,000.00 | $0.00 | Yes |
| 10 | 7 | Miriam M. Siskind | $390,000.00 | 9/16/14 | $390,000.00 | $0.00 | Yes |
| 11 | 7 | OB Real Estate Holdings 1732 LLC | $1,563,852.15 | 9/16/14 | $1,563,852.15 | $0.00 | Yes |
| 12 | 7 | George Schuhmann | $7,085.00 | 9/16/14 | $7,085.00 | $0.00 | Yes |
| 13 | 3 | U.S. Bank NA | $2,917,315.45 | 9/24/14 | $0.00 | $2,917,315.45 | Yes |
| 14 | 7 | U.S. Bank NA | $1,117,315.45 | 9/24/14 | $0.00 | $1,117,315.45 | Yes |

## EXHIBIT "C": CREDITORS TO BE PAID PURSUANT TO THE PLAN

| Scheduled | ECF# | Proof of Claim # | Class | Creditor | Claimed or Scheduled Amount | Allowed Secured Amount | Allowed Unsecured Amount | Allowed Priority Amount |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 1&7 | Internal Revenue Service | $ 87,446.33 | | $ 12,884.60 | $ 66,113.34 |
| | | 2 | 2 | Palm Beach County Tax Collector | $ 2,433.30 | | | $ 2,433.30 |
| | | 3 | 2 | Palm Beach County Tax Collector | $ 114.00 | | | $ 114.00 |
| | | 4 | 2 | Palm Beach County Tax Collector | $ 206.78 | | | $ 206.78 |
| | | 5 | 7 | George Schuhmann | $ 7,085.00 | | $ 7,085.00 | |
| | | 6 | 3 | U.S. Bank National Association | $ 2,917,315.45 | $ 2,917,315.45 | | |
| | | 7 | 7 | OB Real Estate Holdings 1732, LLC | $ 1,563,852.15 | | $ 1,563,852.15 | |
| | | 8 | 7 | Trump Plaza of the Palm Beaches Condominium Association, Inc. | $ 10,386.20 | | $ 10,386.20 | |
| | | 9 | 7 | JPMorgan Chase Bank, N.A. | $ 217,366.05 | | $ 217,366.05 | |
| | | 10 | 7 | Trisun Financial Group, LLC | $ 195,473.71 | | $ 195,473.71 | |
| | | 11 | 7 | Miriam M. Siskind Trust | $ 385,576.07 | $ 385,576.07 | | |
| | | 12 | 4 | HSBC Bank USA | $ 1,265,178.55 | $ 1,160,000.00 | | |
| | | 13 | 7 | Fiore at Gardens Condominium Association, Inc. | $ 32,997.36 | $ 32,997.36 | | |
| | 218 | 14 | 2 | Palm Beach County Tax Collector | - | | | |
| | 140 | 15 | 2 | Palm Beach County Tax Collector | - | | | |
| | 140 | 16 | 2 | Palm Beach County Tax Collector | - | | | |
| | | 17 | 7 | World Springs 888 International, LLC | $ 118,260.27 | | $ 43,260.27 | |
| D | | | 7 | George & Jeri Maler | $ 145,000.00 | $ 145,000.00 | | |
| D | | | 7 | Flagstar Bank | $ 550,000.00 | | $ 550,000.00 | |
| D | | | 7 | Bank United | $ 250,000.00 | | $ 250,000.00 | |
| F | Waived Claim | | 7 | Optimumbank | $ 750,000.00 | | $ 750,000.00 | |
| F | | | 7 | Sara Dozier | $ 400,000.00 | | $ 400,000.00 | |
| F | | | 7 | Michael Brown, Esquire | $ 25,000.00 | | $ 25,000.00 | |
| F | | | 7 | Conserve | $ 22,771.02 | | $ 22,771.02 | |
| F | | | 7 | FP&L | $ 337.70 | | $ 337.70 | |
| F | | | 7 | AT&T | $ 724.99 | | $ 724.99 | |
| F | | | 7 | Zokaites Properties | $ 250,000.00 | | $ 250,000.00 | |
| F | | | 7 | Dockside Canvas | $ 250,000.00 | | $ 250,000.00 | |
| F | | | 7 | First Intracoastal Realty | $ 110,000.00 | | $ 110,000.00 | |
| F | | | 7 | Shiela Smith TTE | $ 25,000.00 | | $ 25,000.00 | |
| F | | | 7 | Bengel Trust | $ 120,000.00 | | $ 120,000.00 | |
| F | | | 7 | Estate of Robin Disston | $ 40,000.00 | | $ 40,000.00 | |
| | | | | Total | $ 8,992,524.93 | $ 4,640,888.88 | $ 4,094,141.69 | $ 68,867.42 |

## EXHIBIT D -LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS

The following is a list of disputed, contingent or unliquidated claims which are also included in Exhibit C.

Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register and give status of dispute (e.g. objection pending, etc.). Until there is an order on an objection, you must have enough money in the trust account to cover these creditors. If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in your trust account to cover them. They are automatically taken off the case as creditors.

| Scheduled | ECF# | Proof of Claim # | Class | Creditor | Claimed or Scheduled Amount | Status of Claim |
|---|---|---|---|---|---|---|
|  | 250 | 1 | 1&7 | Internal Revenue Service | $ 87,446.33 | Objection pending |
|  | 250 | 5 | 7 | George Schuchmann | $ 7,085.00 | Objection pending |
|  | 250 | 13 | 7 | Fiore at Gardens Condominium Association, Inc. | $ 32,997.36 | Objection pending |
| D |  |  | 7 | George & Jeri Maler | $ 145,000.00 | Unliquidated |
| D |  |  | 7 | Flagstar Bank | $ 550,000.00 | Unliquidated |
| D |  |  | 7 | Bank United | $ 250,000.00 | Unliquidated |
| F |  |  | 7 | Conserve | $ 22,771.02 | Unliquidated |
| F |  |  | 7 | FP&L | $ 337.70 | Unliquidated |
| F |  |  | 7 | AT&T | $ 724.99 | Unliquidated |
| F |  |  | 7 | Zokaites Properties | $ 250,000.00 | Unliquidated |
| F |  |  | 7 | Dockside Canvas | $ 250,000.00 | Unliquidated |
| F |  |  | 7 | First Intracoastal Realty | $ 110,000.00 | Unliquidated |
| F |  |  | 7 | Shiela Smith TTE | $ 25,000.00 | Unliquidated |
| F |  |  | 7 | Bengel Trust | $ 120,000.00 | Unliquidated |
| F |  |  | 7 | Estate of Robin Disston | $ 40,000.00 | Unliquidated |