

ORDERED in the Southern District of Florida on October 22, 2014.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No. 13-13096-PGH

Chapter 11

Jeffrey Marc Siskind,

_____Debtor_____/

### ORDER RESOLVING CLAIM NOS. 1-3 (US IRS) AND 13-1 (FIORE AT THE GARDENS CONDOMINIUM ASSOCIATION, INC.)

THIS MATTER came before the Court on Debtor's objection to Claim No. 1-3 filed by the US IRS and Claim No. 13-1 filed by Fiore at the Gardens Condominium Association, Inc., which objection was field on negative notice in accordance with Local Rule 3007-1(D) at DE 250, and Certificate of No Response and Request for Entry of Order.  There being no timely response by either claimant, it is accordingly,

ORDERED that the total claim of the US IRS (Claim No. 1-3) is reduced to $38,836.00, of which an amount proportionate to the original claim, shall be a priority unsecured claim, to wit; $32,466.90 shall be a priority unsecured claim, and $6,369.10 shall be a non-priority claim), and that the claim of Fiore at the Gardens Condominium Association, Inc. (Claim No. 13-1) is disallowed.

###

Submitted by:
Jeffrey M. Siskind, Esq.
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401

Jeffrey M. Siskind shall serve a copy of this order and file a certificate of service in accordance with the rules.