

ORDERED in the Southern District of Florida on March 21, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourts.gov

In Re:
JEFFREY MARC SISKIND,                           Case No.: 13-13096-BKC-PGH

　　　　Debtor.                                  Chapter 11
_____/

### ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE

THIS MATTER came before the Court on March 14, 2017 at 9:30 AM upon the *Order Continuing Post-Confirmation Status Conference* [DE#489] and the Court having heard the argument of counsel and for the reasons set forth on the record does hereby

ORDER as follows:

1.  The continued Post-Confirmation Status Conference is set for July 18, 2017 at 9:30 AM at Flagler Waterview Building, 1515 N Flagler Drive, Courtroom A, West Palm Beach, Florida 33401.

###

Submitted by: David Lloyd Merrill, Esq. (for the Debtor), who is directed to furnish a conformed copy of this order on all appropriate parties upon receipt of same and to file a certificate of service with the court.