UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JEFFREY MARC SISKIND,   CASE NO.  13-13096
   CHAPTER 11
       Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR

    COMES NOW the Brian K. McMahon and Brian K. McMahon, P.A., and files this Motion to Withdraw as Counsel for Belmar Winds and state that irreconcilable differences have arisen between them.

    I HEREBY CERTIFY that a copy of the foregoing was provided either electronically or via U.S. Mail to Belmar Winds, c/o Teresa Santalucia, 3570 S. Ocean Blvd, Unit 801, Palm Beach, FL 33480 and David Merrill, Esquire, dlmerrill@merrillpa.com this 17th day of April, 2017.

                                        BRIAN K. MCMAHON, P.A.
                                        1401 Forum Way, 6th Floor
                                        West Palm Beach, FL 33401
                                        Tel (561)478-2500
                                        Fax (561)478-3111
                                        briankmcmahon@gmail.com

                                        __s/ Brian K. McMahon_____
                                        Brian K. McMahon
                                        FL Bar No. 853704