# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: }  CASE NUMBER:  13-13096-PGH
}
Jeffrey M. Siskind }
} JUDGE
}
DEBTOR. } CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**  1-Jan-17  **TO**  31-Mar-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  7/17/2017

/s/ Jeffrey M. Siskind
Debtor

Debtor's Address
and Phone Number:
Jeffrey M. Siskind
3465 Santa Barbara Drive
Wellington, FL  33414

Tel. (561) 352-9166

Attorney's Address
and Phone Number:
David L. Merrill
2001 Palm Beach Lakes Blvd. Ste. 410
West Palm Beach, FL  33409
Bar No. 99155
Tel. (561) 689-6789

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Jeffrey M. Siskind |
|------------|--------------------|
| Case Number: | 13-13096-PGH |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month<br>Jan. - Mar., 2017 | Cumulative<br>Total |
|---|---:|---:|
| **CASH- Beginning of Month (Household)** | 37.27 | |
| **CASH- Beginning of Month (Business)** | 551.55 | |
| | | |
| **Total Household Receipts** | 26,041.71 | 1,261,642.85 |
| **Total Business Receipts** | 11,983.49 | 1,810,823.98 |
| **Total Receipts** | 38,025.20 | 3,072,466.83 |
| | | |
| **Total Household Disbursements** | 26,733.87 | 1,254,440.99 |
| **Total Business Disbursements** | 12,485.03 | 1,683,802.34 |
| **Total Disbursements** | 39,218.90 | 2,938,243.33 |
| | | |
| **NET CASH FLOW  (Total Receipts minus Total Disbursements)** | -1,193.70 | 135,762.73 |
| | | |
| **CASH- End of Month (Individual)** | 17.05 | |
| **CASH- End of Month (Business)** | -14.99 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---:|---|
| **TOTAL DISBURSEMENTS (From Above)** | 39,218.90 | |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | 1,500.00 | |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | 37,718.90 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 17th day of July, 2017.                                    /s/ Jeffrey M. Siskind

                                                              Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jan. - Mar., 2017 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 37.27 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 1,550.00 | 1,158,888.88 |
| Wages from Other Sources (attach list to this report) | | 58,795.00 |
| Interest or Dividend Income | 15,000.00 | 15,000.00 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources | | |
| Other - uncategorized revenue | 9,497.71 | 10,856.71 |
| Other - deposit from cash | | 5,275.00 |
| Other - bank fee refunds | | 210.00 |
| Other - return of items (to Business Account in October) | | -4,027.64 |
| **TOTAL RECEIPTS** | 26,047.71 | 1,156,722.85 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 7,535.00 |
| Gifts & Other Misc. Disbursemetns | 1,040.00 | 1,040.00 |
| Household Expenses/Food/Clothing | | 77,521.63 |
| Household Repairs & Maintenance (includes HOA fees) | 373.96 | 111,670.90 |
| Insurance | 519.12 | 47,661.86 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | 2,824.02 |
| Mortgage Payment(s) | | 625,605.18 |
| Other Secured Payments | | 19,195.67 |
| Taxes - Personal Property | | 244.90 |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | 58,751.20 |
| Travel & Entertainment | | 19,279.42 |
| Tuition/Education/Extracurricular/Vacation | 360.00 | 22,391.55 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 3,197.10 | 72,170.19 |
| Vehicle Expenses | | 7,859.16 |
| Vehicle Secured Payment(s) | 391.07 | 3,351.08 |
| U. S. Trustee Quarterly Fees | 650.00 | 20,742.20 |
| Professional Fees (Legal, Accounting) | | 25.00 |
| Other: Mobile Phones | 1,316.12 | 14,120.10 |
| Other: Transfer to Cash & Plan Payments | 15,600.00 | 82,906.56 |
| Other: Home Office Supplies & Alarm Fee | | 93.44 |
| Other: Filing Fees Pd by Debit Card | | 516.25 |
| Other: Bank Acct. Fees (net) | 98.00 | 2,149.50 |
| Other: Postage & Delivery | | 30.01 |
| Other : Living Exp. Pd. Cash | | 13,582.00 |
| Other: Minor Misc. & POA Expenses | | 19,428.52 |
| Other: Refunds & Transfers to Business | 3,188.50 | 27,997.22 |
| **Total Household Disbursements** | 26,733.87 | 1,266,556.88 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | 17.05 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Jan. - Mar., 2017 | Cumulative<br>Total |
|---|---|---|
| CASH - Beginning of Month | 551.55 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 11,983.49 | 1,608,992.47 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list) | | |
| Rental Income | | 34,050.07 |
| Sale of Business Assets (attach list to this report) | | 115,000.00 |
| Other - refund from Household DIP Acct. | | 5,225.00 |
| Other - bank fee refunds | | 252.00 |
| Other - returned deposits & refunds | | -20,331.22 |
| Other - negate earlier check(s) | | -4,470.00 |
| **Total Business Receipts** | 11,983.49 | 1,738,718.32 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 4,200.00 | 1,147,219.59 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (per statement) | | 19,216.04 |
| Contract Labor (Subcontractors) | 4,200.00 | 228,379.64 |
| Inventory Purchases | | 12,148.00 |
| Secured/Lease Payments | | 54,527.00 |
| Utilities -Electric, Phone & Internet | 299.78 | 42,374.39 |
| Insurance & Licenses | | 11,848.68 |
| Vehicle Expenses | | 503.52 |
| Travel & Entertainment | | 236.25 |
| Repairs and Maintenance | | 60,864.01 |
| Supplies - includes subscriptions | 70.45 | 3,592.86 |
| Charitable Contributions/Gifts | | 9,410.00 |
| Purchase of Fixed Assets | | 76,034.95 |
| Advertising | | 46,705.00 |
| Other - Unassigned | 3,614.80 | 60,264.85 |
| Bank Fees | 30.00 | 2,657.40 |
| Other - Process Server & Court Reporter(s) | | 6,706.69 |
| Other - Filing Fees & Mediator Services | 70.00 | 32,308.32 |
| Other- Postage & Courier | | 1,415.03 |
| Other - BKR, Bar Assoc., Filing, Appearance & Server Fees | | 16,773.10 |
| **Total Business Disbursements** | 12,485.03 | 1,833,185.32 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | -14.99 | |

**MONTHLY OPERATING REPORT - INDIVDUAL**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | • |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | • |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | • |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | • |
| 5. Have any post-petition loans been received by the debtor from any party? | | • |
| 6. Are any post-petition payroll taxes past due? | | • |
| 7. Are any post-petition state or federal income taxes past due? | | • |
| 8. Are any post-petition state or local sales taxes past due? | | • |
| 9. Are any post-petition real estate taxes past due? | | • |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | • |
| 11. Are any wage payments past due? | | • |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | • | |
| 2. Are all premium payments current? | • | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY          and          CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto - State Farm on 2002 Ford Explorer and Mercedes 250 & 350 | thru 8-6-15 | 519.12 monthly | 0 |
| Auto - American Collectors on 1981 Cadillac | thru 1-12-16 | 0 | 0 |
| Auto - thru American Collectors on PWC | thru 3-13-16 | 0 | 0 |
| Wind thru Citizens | thru 12/17/2017 | 0 | 0 |
| Flood thru USAA | thru 1-28-2018 | 0 | 0 |

  X  Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: n/a

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Chase | Chase | | |
| Account Number: | ...0683 | ...2061 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 17.05 | -14.99 | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 17.05 | -14.99 | | |
| TOTAL OF ALL ACCOUNTS | | | | 2.06 |
| | | | | |

**Note:** Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach a copy of each investment account statement.

Checks Outstanding - Business:
None

Checks Outstanding - Household:
None

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Chase |
|---|---|
| Account Number | ...2061 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1377 | 2-Feb | FKEC | Utilities - Electric | 102.00 |
| 1378 | 2-Feb | FKAA | Utilities - Water | 245.77 |
| 1379 | 2-Feb | State Farm Ins. | Insurance - Vehicles | 519.12 |
| 1380 | 2-Feb | Southfields | HOA Fee | 358.02 |
| 1381 | 28-Feb | Huntington Learning Center | Education | 300.00 |
| 1382 | 9-Mar | Village of Wellington | Utilities - Water | 90.72 |
| 1383 | 10-Mar | David Beckman | Education | 60.00 |
| 1384 | 10-Mar | Southfields | HOA Fee | 15.94 |
| 1385 | 10-Mar | US Trustee | Quarterly Fee | 650.00 |
| | | | | |
| Electronic Withdrawals: | | | | |
| | 9-Jan | Transfer | C&A Account | 35.00 |
| | 17-Jan | Comcast | Utilities - Cable, Phone, Internet | 381.88 |
| | 19-Jan | Transfer | C&A Account | 400.00 |
| | 19-Jan | Sprint | Cellphones | 454.34 |
| | 20-Jan | Transfer | C&A Account | 300.00 |
| | 30-Jan | ACI | Insurance - Vehicle | 117.44 |
| | 6-Feb | Transfer | Sympatico Account | 250.00 |
| | 6-Feb | Transfer | C&A Account | 250.00 |
| | 7-Feb | Transfer | C&A Account | 500.00 |
| | 7-Feb | Transfer | Sympatico Account | 100.00 |
| | 8-Feb | FPPL | Utilities - Electric | 957.64 |
| | 8-Feb | Sprint | Cellphones | 428.89 |
| | 10-Feb | Transfer | Sympatico Account | 250.00 |
| | 10-Feb | Transfer | C&A Account | 1,000.00 |
| | 13-Feb | Transfer | C&A Account | 500.00 |
| | 14-Feb | Transfer | C&A Account | 200.00 |
| | 17-Feb | Ally | Monthly Payment - Auto | 391.07 |
| | 21-Feb | FPL | Utilities - Electric | 864.94 |
| | 22-Feb | Comcast | Utilities - Cable, Phone, Internet | 436.71 |
| | 27-Feb | Transfer | Sympatico Account | 25.00 |
| | 15-Mar | Transfer | Sympatico Account | 100.00 |
| | 17-Mar | Sprint | Cellphones | 432.89 |
| | 20-Mar | Transfer | Sympatico Account | 125.00 |
| | 23-Mar | Transfer | Sympatico Account | 15.00 |
| | 24-Mar | Transfer | Sympatico Account | 100.00 |
| | 27-Mar | Transfer | Sympatico Account | 75.00 |
| | 31-Mar | Transfer | C&A Account | 3.50 |
| | | | | |
| Fees & Miscellaneous: | | | | |
| | 31-Jan | Chase | Monthly Service Fee | 15.00 |
| | 28-Feb | Chase | Monthly Service Fee | 15.00 |
| | 7-Mar | Withdrawal | Expense Distribution | 15,000.00 |
| | 13-Mar | Chase | Misc. Fee | 34.00 |
| | 16-Mar | Chase | Misc. Fee | 34.00 |
| | 24-Mar | Withdrawal | Expense Distribution | 600.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 26,733.87 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Chase | |
|---|---|---|
| Account Number | ...0683 | |
| Purpose of Account (Business) | | Business |
| Type of Account (e.g., Checking) | Checking | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2548 | 4-Jan | Clerk of Court | Filing Fee | 20.00 |
| 2549 | 13-Jan | Intelexigent | Contract Labor | 850.00 |
| 2550 | 24-Jan | Intelexigent | Contract Labor | 1,100.00 |
| 2551 | 27-Jan | Intelexigent | Contract Labor | 625.00 |
| 2552 | 31-Jan | Intelexigent | Contract Labor | 200.00 |
| 2553 | 1-Feb | Tanya Siskind | Contract Labor | 1,000.00 |
| 2554 | 1-Feb | Intelexigent | Contract Labor | 425.00 |
| 2555 | 2-Feb | Pacer Service Center | Subscription | 45.70 |
| | | | | |
| Transfers & Electronic Withdrawals: | | | | |
| | 3-Jan | Transfer | to Sympatico Acct. | 25.00 |
| | 4-Jan | Transfer | to C&A Acct. | 150.00 |
| | 4-Jan | Transfer | to C&A Acct. | 350.00 |
| | 5-Jan | Transfer | to Sympatico Acct. | 25.00 |
| | 10-Jan | Transfer | to C&A Acct. | 200.00 |
| | 17-Jan | Transfer | to C&A Acct. | 400.00 |
| | 20-Jan | Transfer | to C&A Acct. | 200.00 |
| | 23-Jan | Transfer | to C&A Acct. | 200.00 |
| | 24-Jan | Microsoft | Subscription | 8.25 |
| | 25-Jan | Transfer | to C&A Acct. | 200.00 |
| | 26-Jan | Transfer | to C&A Acct. | 1,000.00 |
| | 30-Jan | Transfer | to Household Acct. | 100.00 |
| | 31-Jan | Transfer | to Household Acct. | 250.00 |
| | 1-Feb | Transfer | to C&A Acct. | 500.00 |
| | 8-Feb | FPL | Utilities - Electric | 299.78 |
| | 21-Feb | Transfer | to C&A Acct. | 50.00 |
| | 22-Feb | Transfer | to Sympatico Acct. | 50.00 |
| | 22-Feb | Transfer | to Household Acct. | 150.00 |
| | 24-Feb | Microsoft | Subscription | 8.25 |
| | 1-Mar | Transfer | to Household Acct. | 50.00 |
| | 2-Mar | USVI Supreme Court | Filing Fee | 50.00 |
| | 7-Mar | Transfer | to Household Acct. | 100.00 |
| | 7-Mar | Transfer | to Household Acct. | 50.00 |
| | 7-Mar | Transfer | to Household Acct. | 25.00 |
| | 14-Mar | Transfer | to Household Acct. | 75.00 |
| | 14-Mar | Microsoft | Subscription | 8.25 |
| | 24-Mar | Transfer | to Sympatico Acct. | 100.00 |
| | 24-Mar | Transfer | to Sympatico Acct. | 100.00 |
| | 24-Mar | Transfer | to Household Acct. | 750.00 |
| | 27-Mar | Transfer | to C&A Acct. | 60.00 |
| | 31-Mar | Transfer | to C&A Acct. | 4.80 |
| | | | | |
| | | | | |
| | | | TOTAL | 9,805.03 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS CONTINUED

| Name of Bank | Chase |
|---|---|
| Account Number | ...0683 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Fees & Miscellaneous: | | | | |
| | 23-Jan | Withdrawal | | 1,000.00 |
| | 31-Jan | Chase | Monthly Service Fee | 15.00 |
| | 28-Feb | Chase | Monthly Service Fee | 15.00 |
| | 13-Mar | Withdrawal | | 200.00 |
| | 23-Mar | Withdrawal | | 1,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 2,730.00 |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month March |
|---|---|---|
| Accounts Receivable Beginning Balance | None | $               - |
| Plus:  Billings During the Month | None | |
| Less: Collections During the Month | None | |
| Adjustments or WriteOffs* | None | $               - |
| Accounts Receivable Ending Balance** | None | $               - |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month March |
|---|---|---|
| 0 - 30 Days | None | $               - |
| 31 - 60 Days | None | $               - |
| 61 - 90 Days | None | $               - |
| Over 90 Days | None | $               - |
| | | |
| Total Accounts Receivable** | None | $               - |

\* Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | NONE | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | NONE | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | March | February | January |
| Accounts Payable Beginning Balance* | 0 | 0 | 0 |
| Plus: New Indebtedness During the Month | 0 | 0 | 0 |
| Less: Amount Paid on Acct. Payables in Month | 0 | 0 | 0 |
| Adjustments or WriteOffs** | 0 | 0 | 0 |
| Accounts Payable Ending Balance | 0 | 0 | 0 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| Ally Financial | 391.07 | 0 | | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

December 31, 2016 through January 31, 2017

Account Number: **000000████2061**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00159182 DRE 021 219 03217 NNNNNNNNNNN  1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

## We changed how we explain ATM Withdrawal Limits

We revised the Deposit Account Agreement to change how we explain ATM withdrawal limits.

Below is the explanation provided in the Deposit Account Agreement for business accounts.

*Your ATM withdrawal limits may be different depending on which type of ATM you use:*

- *When you use a Staffed ATM, the following limitations apply and are separate from all other limits:*

  *Each cardholder can withdraw up to $3,000 each day from all linked accounts of each business. This separate limit does not apply to an Associate card.*

- *When you use an Enhanced ATM, the following limitations apply:*

  *All withdrawals made with any cardholder's ATM, debit or prepaid cards for the same business count toward every card's daily withdrawal limit.*

- *When you use non-Chase ATMs and Chase ATMs that are not Enhanced, you can withdraw up to the card's daily withdrawal limit. Withdrawals using other cards will not count towards that card's daily withdrawal limit.*

You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that changed will be in the Change in Terms section.

If you have questions, please call the number on your statement.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$37.27** |
| Deposits and Additions | 3 | 1,903.71 |
| Electronic Withdrawals | 6 | -1,688.66 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **10** | **$237.32** |



December 31, 2016 through January 31, 2017

Account Number:  000000██████2061

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/17 | Deposit     1654031388 | $1,553.71 |
| 01/30 | Online Transfer From Chk ...0683 Transaction#: 5969685721 | 100.00 |
| 01/31 | Online Transfer From Chk ...0683 Transaction#: 5974071058 | 250.00 |
| **Total Deposits and Additions** | | **$1,903.71** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/09 | 01/08 Online Transfer To Chk ...1866 Transaction#: 5923109429 | $35.00 |
| 01/17 | Comcast      Cable    7697368      Tel ID: 0000213249 | 381.88 |
| 01/19 | 01/19 Online Transfer To Chk ...1866 Transaction#: 5947250475 | 400.00 |
| 01/19 | Sprint8006396111 Achbillpay          PPD ID: 2521616695 | 454.34 |
| 01/20 | 01/20 Online Transfer To Chk ...1866 Transaction#: 5948553868 | 300.00 |
| 01/30 | Aci Collectors I Aci Collec          Tel ID: 1223755714 | 117.44 |
| **Total Electronic Withdrawals** | | **$1,688.66** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/09 | $2.27 |
| 01/17 | 1,174.10 |
| 01/19 | 319.76 |
| 01/20 | 19.76 |
| 01/30 | 2.32 |
| 01/31 | 237.32 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $108.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $101.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **5** |



December 31, 2016 through January 31, 2017
Account Number:      0000001███2061

## SERVICE CHARGE SUMMARY *(continued)*



| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,500.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,500.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



December 31, 2016 through January 31, 2017
Account Number:        000000█████22061

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

February 01, 2017 through February 28, 2017

Account Number:    00000000▓▓▓▓2061

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00163787 DRE 021 219 06017 NNNNNNNNNNN  1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269



## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$237.32** |
| Deposits and Additions | 3 | 7,152.00 |
| Checks Paid | 4 | -1,224.91 |
| Electronic Withdrawals | 14 | -6,154.25 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **22** | **-$4.84** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Deposit     1592603385 | $5,502.00 |
| 02/17 | Deposit     1654481424 | 1,500.00 |
| 02/22 | Online Transfer From Chk ...0683 Transaction#: 6026941504 | 150.00 |
| **Total Deposits and Additions** | | **$7,152.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1377  ^ | | 02/07 | $102.00 |
| 1378  ^ | | 02/13 | 245.77 |
| 1379 | Check # 1379    State Farm Ro 27  Pymt    Arc ID: 9000307003 | 02/07 | 519.12 |
| 1380  ^ | | 02/09 | 358.02 |
| **Total Checks Paid** | | | **$1,224.91** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



February 01, 2017 through February 28, 2017
Account Number: 000000█████2061

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/06 | 02/04 Online Transfer To Chk ...3506 Transaction#: 5986619916 | $250.00 |
| 02/06 | 02/04 Online Transfer To Chk ...1866 Transaction#: 5986620711 | 250.00 |
| 02/07 | 02/07 Online Transfer To Chk ...1866 Transaction#: 5993054543 | 500.00 |
| 02/07 | 02/07 Online Transfer To Chk ...3506 Transaction#: 5993055225 | 100.00 |
| 02/08 | Fpl Direct Debit Elec Pymt  1498796067 Telv Tel ID: 3590247775 | 957.64 |
| 02/08 | Sprint8006396111 Achbillpay          PPD ID: 2521616695 | 428.89 |
| 02/10 | 02/10 Online Transfer To Chk ...3506 Transaction#: 5998359929 | 250.00 |
| 02/10 | 02/10 Online Transfer To Chk ...1866 Transaction#: 5998361165 | 1,000.00 |
| 02/13 | 02/12 Online Transfer To Chk ...1866 Transaction#: 6003657791 | 500.00 |
| 02/14 | 02/14 Online Transfer To Chk ...1866 Transaction#: 6006813890 | 200.00 |
| 02/17 | Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | 391.07 |
| 02/21 | Fpl Direct Debit Elec Pymt  1498796067 Telv Tel ID: 3590247775 | 864.94 |
| 02/22 | Comcast     Cable    4603467     Tel ID: 0000213249 | 436.71 |
| 02/27 | 02/25 Online Transfer To Chk ...3506 Transaction#: 6034609660 | 25.00 |
| **Total Electronic Withdrawals** | | **$6,154.25** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/28 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | $5,739.32 | 02/10 | 1,023.65 | 02/21 | 321.87 |
| 02/06 | 5,239.32 | 02/13 | 277.88 | 02/22 | 35.16 |
| 02/07 | 4,018.20 | 02/14 | 77.88 | 02/27 | 10.16 |
| 02/08 | 2,631.67 | 02/17 | 1,186.81 | 02/28 | -4.84 |
| 02/09 | 2,273.65 | | | | |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $1,846.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $1,854.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Transaction Total** | **12** |



February 01, 2017 through February 28, 2017
Account Number:  000000██████2061



## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,500.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,500.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



February 01, 2017 through February 28, 2017
Account Number:      00000█████2061

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017
Account Number:    000000███2061



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00161647 DRE 021 219 09117 NNNNNNNNNNN 1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$4.84** |
| Deposits and Additions | 12 | 16,992.00 |
| Checks Paid | 3 | -450.72 |
| Electronic Withdrawals | 7 | -851.39 |
| Other Withdrawals | 2 | -15,600.00 |
| Fees | 2 | -68.00 |
| **Ending Balance** | **26** | **$17.05** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Online Transfer From Chk ...0683 Transaction#: 6043340491 | $50.00 |
| 03/03 | Deposit   1672956708 | 15,000.00 |
| 03/07 | Deposit   1643230230 | 100.00 |
| 03/07 | Online Transfer From Chk ...0683 Transaction#: 6059202581 | 100.00 |
| 03/07 | Online Transfer From Chk ...0683 Transaction#: 6059530171 | 50.00 |
| 03/07 | Online Transfer From Chk ...0683 Transaction#: 6059532771 | 25.00 |
| 03/14 | Deposit   1655081021 | 200.00 |
| 03/14 | Online Transfer From Chk ...0683 Transaction#: 6075590423 | 75.00 |
| 03/16 | Deposit   1592603472 | 600.00 |
| 03/24 | Deposit   1683475854 | 25.00 |
| 03/24 | Online Transfer From Chk ...0683 Transaction#: 6100238686 | 750.00 |
| 03/31 | Online Transfer From Chk ...1866 Transaction#: 6117641881 | 17.00 |
| **Total Deposits and Additions** | | **$16,992.00** |

**CHASE** 

March 01, 2017 through March 31, 2017
Account Number:    000000██████2061

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1381 ^ | | 03/06 | $300.00 |
| 1382 ^ | | 03/13 | 90.72 |
| 1383 ^ | | 03/14 | 60.00 |
| **Total Checks Paid** | | | **$450.72** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | 03/15 Online Transfer To Chk ...3506 Transaction#: 6079075008 | $100.00 |
| 03/17 | Sprint8006396111 Achbillpay          PPD ID: 2521616695 | 432.89 |
| 03/20 | 03/20 Online Transfer To Chk ...3506 Transaction#: 6091036280 | 125.00 |
| 03/23 | 03/23 Online Transfer To Chk ...3506 Transaction#: 6095788242 | 15.00 |
| 03/24 | 03/24 Online Transfer To Chk ...3506 Transaction#: 6100682397 | 100.00 |
| 03/27 | 03/27 Online Transfer To Chk ...3506 Transaction#: 6105263217 | 75.00 |
| 03/31 | 03/31 Online Transfer To Chk ...1866 Transaction#: 6117432733 | 3.50 |
| **Total Electronic Withdrawals** | | **$851.39** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | 03/07 Withdrawal | $15,000.00 |
| 03/24 | 03/24 Withdrawal | 600.00 |
| **Total Other Withdrawals** | | **$15,600.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Insufficient Funds Fee For Check #1382 IN The Amount of $90.72 | $34.00 |
| 03/16 | Returned Item Fee For An Unpaid $20,507.38 Item - Details: Select Portfolio Sps 0015683501     Tel ID: 1870465626 | 34.00 |
| **Total Fees** | | **$68.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $45.16 | 03/14 | 110.44 | 03/23 | 3.55 |
| 03/03 | 15,045.16 | 03/15 | 10.44 | 03/24 | 78.55 |
| 03/06 | 14,745.16 | 03/16 | 576.44 | 03/27 | 3.55 |
| 03/07 | 20.16 | 03/17 | 143.55 | 03/31 | 17.05 |
| 03/13 | -104.56 | 03/20 | 18.55 | | |



March 01, 2017  through March 31, 2017
Account Number:    0000002061



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 5 |
| Deposited Items | 2 |
| **Transaction Total** | **13** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $825.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$825.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



March 01, 2017  through  March 31, 2017

Account Number:    00000 ████ 2061

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

December 31, 2016 through January 31, 2017

Account Number:    00000█████0683

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00058174 DRE 021 210 03217 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

## We changed how we explain ATM Withdrawal Limits

We revised the Deposit Account Agreement to change how we explain ATM withdrawal limits.

Below is the explanation provided in the Deposit Account Agreement for business accounts.

*Your ATM withdrawal limits may be different depending on which type of ATM you use:*

- *When you use a Staffed ATM, the following limitations apply and are separate from all other limits:*

  *Each cardholder can withdraw up to $3,000 each day from all linked accounts of each business. This separate limit does not apply to an Associate card.*

- *When you use an Enhanced ATM, the following limitations apply:*

  *All withdrawals made with any cardholder's ATM, debit or prepaid cards for the same business count toward every card's daily withdrawal limit.*

- *When you use non-Chase ATMs and Chase ATMs that are not Enhanced, you can withdraw up to the card's daily withdrawal limit. Withdrawals using other cards will not count towards that card's daily withdrawal limit.*

You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that changed will be in the Change in Terms section.

If you have questions, please call the number on your statement.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$551.55** |
| Deposits and Additions | 5 | 7,400.00 |
| Checks Paid | 5 | -2,795.00 |
| Electronic Withdrawals | 13 | -3,108.25 |
| Other Withdrawals | 1 | -1,000.00 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **25** | **$1,033.30** |



December 31, 2016 through January 31, 2017
Account Number:    0000000■■■■0683

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/09 | Deposit    1592911623 | $200.00 |
| 01/13 | Deposit    1592911768 | 1,250.00 |
| 01/19 | Deposit    1643080208 | 1,250.00 |
| 01/23 | Deposit    1592603354 | 2,500.00 |
| 01/27 | Deposit    1591869452 | 2,200.00 |
| **Total Deposits and Additions** | | **$7,400.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 2548 ^ | | 01/20 | $20.00 |
| 2549 ^ | | 01/13 | 850.00 |
| 2550 ^ | | 01/24 | 1,100.00 |
| 2551 ^ | | 01/27 | 625.00 |
| 2552 ^ | | 01/31 | 200.00 |
| **Total Checks Paid** | | | **$2,795.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | 12/31 Online Transfer To Chk ...3506 Transaction#: 5904771085 | $25.00 |
| 01/04 | 01/04 Online Transfer To Chk ...1866 Transaction#: 5913572657 | 150.00 |
| 01/04 | 01/04 Online Transfer To Chk ...1866 Transaction#: 5914360157 | 350.00 |
| 01/05 | 01/05 Online Transfer To Chk ...3506 Transaction#: 5917361132 | 25.00 |
| 01/10 | 01/10 Online Transfer To Chk ...1866 Transaction#: 5926621226 | 200.00 |
| 01/17 | 01/14 Online Transfer To Chk ...1866 Transaction#: 5938449581 | 400.00 |
| 01/20 | 01/20 Online Transfer To Chk ...1866 Transaction#: 5948554231 | 200.00 |
| 01/23 | 01/23 Online Transfer To Chk ...1866 Transaction#: 5956074204 | 200.00 |
| 01/24 | Microsoft 6041   EDI Paymnt        PPD ID: 1452684001 | 8.25 |
| 01/25 | 01/25 Online Transfer To Chk ...1866 Transaction#: 5960426063 | 200.00 |
| 01/26 | 01/26 Online Transfer To Chk ...1866 Transaction#: 5962177850 | 1,000.00 |
| 01/30 | 01/30 Online Transfer To Chk ...2061 Transaction#: 5969685721 | 100.00 |
| 01/31 | 01/31 Online Transfer To Chk ...2061 Transaction#: 5974071058 | 250.00 |
| **Total Electronic Withdrawals** | | **$3,108.25** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/23 | 01/21 Withdrawal | $1,000.00 |
| **Total Other Withdrawals** | | **$1,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |



December 31, 2016 through January 31, 2017

Account Number:    000000███0683

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 01/03 | $526.55 | 01/17 | 1.55 | 01/25 | 1,023.30 |
| 01/04 | 26.55 | 01/19 | 1,251.55 | 01/26 | 23.30 |
| 01/05 | 1.55 | 01/20 | 1,031.55 | 01/27 | 1,598.30 |
| 01/09 | 201.55 | 01/23 | 2,331.55 | 01/30 | 1,498.30 |
| 01/10 | 1.55 | 01/24 | 1,223.30 | 01/31 | 1,033.30 |
| 01/13 | 401.55 | | | | |



## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $634.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $619.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 5 |
| Deposited Items | 4 |
| **Transaction Total** | **16** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $200.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$200.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |



December 31, 2016 through January 31, 2017

Account Number:  00000█████0683

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

February 01, 2017 through February 28, 2017
Account Number:    00000█████0683

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00062806 DRE 021 210 06017 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938



## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,033.30** |
| Deposits and Additions | 3 | 1,793.75 |
| Checks Paid | 3 | -1,470.70 |
| Electronic Withdrawals | 6 | -1,058.03 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **13** | **$283.32** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Deposit      1591869251 | $1,093.75 |
| 02/01 | Deposit      1592603386 | 200.00 |
| 02/22 | Deposit      1592453318 | 500.00 |
| **Total Deposits and Additions** | | **$1,793.75** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2553  ^ | | 02/01 | $1,000.00 |
| 2554  ^ | | 02/02 | 425.00 |
| 2555  ^ | | 02/08 | 45.70 |
| **Total Checks Paid** | | | **$1,470.70** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



February 01, 2017 through February 28, 2017

Account Number:    00000 ████ 0683

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Online Transfer To Chk ...1866 Transaction#: 5977966860 | $500.00 |
| 02/08 | Fpl Direct Debit Elec Pymt  2082575362 Telv Tel ID: 3590247775 | 299.78 |
| 02/21 | 02/21 Online Transfer To Chk ...1866 Transaction#: 6023231288 | 50.00 |
| 02/22 | 02/22 Online Transfer To Chk ...3506 Transaction#: 6026940692 | 50.00 |
| 02/22 | 02/22 Online Transfer To Chk ...2061 Transaction#: 6026941504 | 150.00 |
| 02/24 | Microsoft 6041   EDI Paymnt         PPD ID: 1452684001 | 8.25 |
| **Total Electronic Withdrawals** | | **$1,058.03** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/01 | $827.05 |
| 02/02 | 402.05 |
| 02/08 | 56.57 |
| 02/21 | 6.57 |
| 02/22 | 306.57 |
| 02/24 | 298.32 |
| 02/28 | 283.32 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $217.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $243.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00 OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 3 |
| Deposited Items | 2 |
| **Transaction Total** | **10** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $500.00 |



February 01, 2017 through February 28, 2017
Account Number: 0000000█████0683



## SERVICE CHARGE SUMMARY *(continued)*

| | AMOUNT |
|---|---|
| **CASH PROCESSING** | |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$500.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

CHASE 

February 01, 2017 through February 28, 2017

Account Number: 00000█████0683

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017

Account Number:    000000■■■■0683



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00062319 DRE 021 210 09117 NNNNNNNNNNN  1 000000000 63 0000
JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

## CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$283.32** |
| Deposits and Additions | 2 | 2,789.74 |
| Electronic Withdrawals | 12 | -1,373.05 |
| Other Withdrawals | 2 | -1,700.00 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **17** | **-$14.99** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Deposit      1592453094 | $289.74 |
| 03/22 | Deposit      873322369 | 2,500.00 |
| **Total Deposits and Additions** | | **$2,789.74** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | 03/01 Online Transfer To Chk ...2061 Transaction#: 6043340491 | $50.00 |
| 03/02 | Supreme Court of Suprvi     861574         CCD ID: 1660431678 | 50.00 |
| 03/07 | 03/07 Online Transfer To Chk ...2061 Transaction#: 6059202581 | 100.00 |
| 03/07 | 03/07 Online Transfer To Chk ...2061 Transaction#: 6059530171 | 50.00 |
| 03/07 | 03/07 Online Transfer To Chk ...2061 Transaction#: 6059532771 | 25.00 |
| 03/14 | 03/14 Online Transfer To Chk ...2061 Transaction#: 6075590423 | 75.00 |
| 03/14 | Microsoft 6041     EDI Paymnt          PPD ID: 1452684001 | 8.25 |
| 03/24 | 03/24 Online Transfer To Chk ...3506 Transaction#: 6097602046 | 100.00 |
| 03/24 | 03/24 Online Transfer To Chk ...3506 Transaction#: 6100237247 | 100.00 |
| 03/24 | 03/24 Online Transfer To Chk ...2061 Transaction#: 6100238686 | 750.00 |
| 03/27 | 03/27 Online Transfer To Chk ...1866 Transaction#: 6105264516 | 60.00 |
| 03/31 | 03/31 Online Transfer To Chk ...1866 Transaction#: 6117427011 | 4.80 |
| **Total Electronic Withdrawals** | | **$1,373.05** |





March 01, 2017 through March 31, 2017
Account Number:    000000⬛⬛⬛0683

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | 03/13 Withdrawal | $200.00 |
| 03/23 | 03/23 Withdrawal | 1,500.00 |
| **Total Other Withdrawals** | | **$1,700.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/01 | $233.32 |
| 03/02 | 183.32 |
| 03/07 | 8.32 |
| 03/13 | 98.06 |
| 03/14 | 14.81 |
| 03/22 | 2,514.81 |
| 03/23 | 1,014.81 |
| 03/24 | 64.81 |
| 03/27 | 4.81 |
| 03/31 | -14.99 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $166.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $175.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| **Transaction Total** | **8** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |





March 01, 2017 through March 31, 2017

Account Number: 0000000█████0683



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



March 01, 2017  through  March 31, 2017

Account Number:     000000██████0683

This Page Intentionally Left Blank