# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  13-13096-PGH |
| | } | |
| Jeffrey M. Siskind | } | |
| | } | JUDGE |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**     1-Mar-17    **TO**    30-Jun-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   7/17/2017

/s/ Jeffrey M. Siskind
Debtor

Debtor's Address
and Phone Number:
Jeffrey M. Siskind
3465 Santa Barbara Drive
Wellington, FL  33414

Tel. (561) 352-9166

Attorney's Address
and Phone Number:
David L. Merrill
2001 Palm Beach Lakes Blvd. Ste. 410
West Palm Beach, FL  33409
Bar No. 99155
Tel. (561) 689-6789

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Jeffrey M. Siskind |
|---|---|
| Case Number: | 13-13096-PGH |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>Apr. - Jun., 2017 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 17.05 | |
| CASH- Beginning of Month (Business) | -14.99 | |
| | | |
| Total Household Receipts | 22,131.00 | 1,283,773.85 |
| Total Business Receipts | 6,818.01 | 1,817,641.99 |
| Total Receipts | 28,949.01 | 3,101,415.84 |
| | | |
| Total Household Disbursements | 20,558.86 | 1,274,999.85 |
| Total Business Disbursements | 7,221.46 | 1,691,023.80 |
| Total Disbursements | 27,780.32 | 2,966,023.65 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1,168.69 | 136,931.42 |
| | | |
| CASH- End of Month (Individual) | -233.30 | |
| CASH- End of Month (Business) | -368.44 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 27,780.32 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 505.00 | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 27,275.32 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 17th day of July, 2017.

/s/ Jeffrey M. Siskind

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Apr. - Jun., 2017 | Cumulative<br>Total |
|---|---|---|
| CASH - Beginning of Month | 17.05 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 505.00 | 1,159,393.88 |
| Wages from Other Sources (attach list to this report) | 21,626.00 | 80,421.00 |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources | | |
| Other - uncategorized revenue | | 10,856.71 |
| Other - deposit from cash | | 5,275.00 |
| Other - bank fee refunds | | 210.00 |
| Other - return of items (to Business Account in October) | | -4,027.64 |
| **TOTAL RECEIPTS** | 22,131.00 | 1,178,853.85 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 7,535.00 |
| Gifts & Other Misc. Disbursemetns | 6,903.45 | 8,983.45 |
| Household Expenses/Food/Clothing | | 77,521.63 |
| Household Repairs & Maintenance (includes HOA fees) | 200.00 | 112,244.86 |
| Insurance | 1,271.59 | 49,452.57 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | 2,824.02 |
| Mortgage Payment(s) | | 625,605.18 |
| Other Secured Payments | | 19,195.67 |
| Taxes - Personal Property | | 244.90 |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | 58,751.20 |
| Travel & Entertainment | | 19,279.42 |
| Tuition/Education/Extracurricular/Vacation | 6,316.50 | 29,068.05 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 3,065.25 | 78,432.54 |
| Vehicle Expenses | | 7,859.16 |
| Vehicle Secured Payment(s) | 1,212.31 | 4,954.46 |
| U. S. Trustee Quarterly Fees | | 21,392.20 |
| Professional Fees (Legal, Accounting) | | 25.00 |
| Other: Mobile Phones | 1,277.76 | 16,713.98 |
| Other: Transfer to Cash & Plan Payments | | 98,506.56 |
| Other: Home Office Supplies & Alarm Fee | | 93.44 |
| Other: Filing Fees Pd by Debit Card | | 516.25 |
| Other: Bank Acct. Fees (net) | 312.00 | 2,559.50 |
| Other: Postage & Delivery | | 30.01 |
| Other : Living Exp. Pd. Cash | | 13,582.00 |
| Other: Minor Misc. & POA Expenses | | 19,428.52 |
| Other: Refunds & Transfers to Business | | 31,185.72 |
| **Total Household Disbursements** | 20,558.86 | 1,313,849.61 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement-<br>Attachment No. 2)** | -233.30 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Apr. - Jun., 2017 | Cumulative<br>Total |
|---|---|---|
| CASH - Beginning of Month | -14.99 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 6,803.01 | 1,615,795.48 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list) | | |
| Rental Income | | 34,050.07 |
| Sale of Business Assets (attach list to this report) | | 115,000.00 |
| Other - refund from Household DIP Acct. | 15.00 | 5,240.00 |
| Other - bank fee refunds | | 252.00 |
| Other - returned deposits & refunds | | -20,331.22 |
| Other - negate earlier check(s) | | -4,470.00 |
| **Total Business Receipts** | 6,818.01 | 1,745,536.33 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 505.00 | 1,151,924.59 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (per statement) | | 19,216.04 |
| Contract Labor (Subcontractors) | 2,400.00 | 234,979.64 |
| Inventory Purchases | | 12,148.00 |
| Secured/Lease Payments | | 54,527.00 |
| Utilities -Electric, Phone & Internet | | 42,674.17 |
| Insurance & Licenses | | 11,848.68 |
| Vehicle Expenses | | 503.52 |
| Travel & Entertainment | | 236.25 |
| Repairs and Maintenance | | 60,864.01 |
| Supplies - includes subscriptions | 63.46 | 3,726.77 |
| Charitable Contributions/Gifts | 291.50 | 9,701.50 |
| Purchase of Fixed Assets & Investments | 2,261.00 | 78,295.95 |
| Advertising | 95.00 | 46,800.00 |
| Other - Unassigned | 200.00 | 64,079.65 |
| Bank Fees | 185.00 | 2,872.40 |
| Other - Process Server & Court Reporter(s) | | 6,706.69 |
| Other - Filing Fees & Mediator Services | 1,220.50 | 33,598.82 |
| Other- Postage & Courier | | 1,415.03 |
| Other - BKR, Bar Assoc., Filing, Appearance & Server Fees | | 16,773.10 |
| **Total Business Disbursements** | 7,221.46 | 1,852,891.81 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | -368.44 | |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | • |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | • |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | • |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | • |
| 5. Have any post-petition loans been received by the debtor from any party? | | • |
| 6. Are any post-petition payroll taxes past due? | | • |
| 7. Are any post-petition state or federal income taxes past due? | | • |
| 8. Are any post-petition state or local sales taxes past due? | | • |
| 9. Are any post-petition real estate taxes past due? | | • |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | • |
| 11. Are any wage payments past due? | | • |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | • | |
| 2. Are all premium payments current? | • | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto - State Farm on 2002 Ford Explorer and Mercedes 250 & 350 | thru 8-6-17 | 519.12 monthly | 0 |
| Auto - American Collectors on 1981 Cadillac | thru 1-12-18 | 0 | 0 |
| Auto - thru American Collectors on PWC | thru 3-13-18 | 0 | 0 |
| Wind thru Citizens | thru 12/17/2017 | 0 | 0 |
| Flood thru USAA | thru 1-28-2018 | 0 | 0 |

_X_  Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: n/a

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Chase | Chase | | |
| Account Number: | ...0683 | ...2061 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. Balance per Bank Statement | -368.44 | -233.30 | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | -368.44 | -233.30 | | |
| TOTAL OF ALL ACCOUNTS | | | | -601.74 |

**Note:** Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach a copy of each investment account statement.

Checks Outstanding - Business:
None

Checks Outstanding - Household:
None

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Chase |
|---|---|
| Account Number | …2061 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1386 | 3-Apr | Little Brook Farms | | 1,200.00 |
| 1387 | 4-May | PB Riding Academy | | 3,242.50 |
| 1388 | VOID | | | |
| 1389 | 7-May | Equestrian Sport Productions | | 314.00 |
| 1390 | 7-May | Huntington Learning Center | | 300.00 |
| 1391 | 7-May | Wellington High School | | 60.00 |
| 1392 | 11-May | Village of Wellington | | 92.05 |
| 1393 | VOID | | | |
| 1394 | 17-May | Little Brook Farms | | 1,200.00 |
| 1395 | 16-May | Sympatico Equine Rescue | | 58.45 |
| 1396 | 20-Jun | Glen Butler | | 200.00 |
| 1397 | 20-Jun | Village of Wellington | | 196.74 |
| Electronic Withdrawals: | | | | |
| | 3-Apr | Transfer | to Sympatico Acct. | 150.00 |
| | 3-Apr | Transfer | to Business DIP Acct. | 15.00 |
| | 3-Apr | Transfer | to Sympatico Acct. | 150.00 |
| | 4-Apr | Comncast | Utilities - TV, Internet, Phone | 382.05 |
| | 5-Apr | Transfer | to Sympatico Acct. | 50.00 |
| | 5-Apr | Transfer | to C&A Acct. | 150.00 |
| | 5-Apr | Transfer | to C&A Acct. | 150.00 |
| | 6-Apr | Transfer | to C&A Acct. | 30.00 |
| | 7-Apr | Transfer | to C&A Acct. | 100.00 |
| | 10-Apr | Transfer | to C&A Acct. | 150.00 |
| | 10-Apr | Sprint | Cellphones | 430.50 |
| | 12-Apr | Ally | Vehicle | 391.07 |
| | 13-Apr | State Farm Ins. | Insurance - Vehicles | 669.88 |
| | 13-Apr | FPL | Utilities - Electric | 377.12 |
| | 19-Apr | Comcast | Utilities - TV, Internet, Phone | 419.78 |
| | 24-Apr | Transfer | to Sympatico Acct. | 77.00 |
| | 26-Apr | Ally | Vehicle | 410.62 |
| | 3-May | Transfer | to C&A Acct. | 1.00 |
| | 9-May | Transfer | to Sympatico Acct. | 150.00 |
| | 9-May | Transfer | to C&A Acct. | 100.00 |
| | 10-May | Transfer | to C&A Acct. | 50.00 |
| | 12-May | Transfer | to Sympatico Acct. | 200.00 |
| | 12-May | Transfer | to Sympatico Acct. | 8.00 |
| | 17-May | Transfer | to C&A Acct. | 5,000.00 |
| | 18-May | Transfer | to Sympatico Acct. | 250.00 |
| | 18-May | Sprint | Cellphones | 430.36 |
| | 22-May | Transfer | to Sympatico Acct. | 5.00 |
| | 22-May | FPL | Utilities - Electric | 483.70 |
| | 25-May | Transfer | to C&A Acct. | 26.00 |
| | 5-Jun | Transfer | to Sympatico Acct. | 10.00 |
| | 8-Jun | Comcast | Utilities - TV, Internet, Phone | 348.33 |
| | 9-Jun | Sprint | Cellphones | 416.90 |
| | 13-Jun | State Farm Ins. | Insurance - Vehicles | 601.71 |
| | 19-Jun | FPL | Utilities - Electric | 727.03 |
| | 19-Jun | Ally | Vehicle | 410.62 |
| | 26-Jun | Transfer | to Sympatico Acct. | 38.00 |
| Fees & Miscellaneous: | | | | |
| | 12-Apr | Chase | Misc. Charge | 34.00 |
| | 17-Apr | Chase | Misc. Charge | 34.00 |
| | 5-May | Chase | Misc. Charge | 34.00 |
| | 8-May | Chase | Misc. Charge | 34.00 |
| | 15-May | Withdrawal | Cash Purchases | 200.00 |
| | 16-May | Chase | Misc. Charge | 34.00 |
| | 31-May | Chase | Misc. Charge | 6.00 |
| | 12-Jun | Chase | Misc. Charge | 34.00 |
| | 13-Jun | Chase | Misc. Charge | 34.00 |
| | 22-Jun | Chase | Misc. Charge | 34.00 |
| | 29-Jun | Chase | Misc. Charge | 34.00 |
| | | | TOTAL | 20,715.41 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Chase |
|---|---|
| Account Number | ...0683 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2556 | 27-Apr | David Horvath | Mediator Fee | 100.00 |
| 2557 | 2-May | PBCBA | Reception Fee | 50.00 |
| 2558 | 26-May | Forum Club | Attendance Fee | 45.00 |
| 2559 | 30-May | Robert Gibson | Contract Labor | 625.00 |
| 2560 | 9-Jun | Pacer Service Center | Subscription | 38.70 |
| 2561 | 10-Jun | Robert Gibson | Contract Labor | 625.00 |
| 2562 | 12-Jun | Sympatico | Charitable | 150.00 |
| 2563 | 12-Jun | Chance & Anthem | 3445 Santa Barbara | 650.00 |
| 2564 | 13-Jun | Robert Gibson | Contract Labor | 525.00 |
| 2565 | 14-Jun | Clerk of Court | Filing Fee | 475.50 |
| 2566 | VOID | | | |
| 2567 | VOID | | | |
| 2568 | 19-Jun | Robert Gibson | Contract Labor | 625.00 |
| | | | | |
| **Electronic Withdrawals:** | | | | |
| | 24-Apr | Microsoft | Subscription | 8.25 |
| | 1-May | Transfer | to Sympltico Acct. | 50.00 |
| | 1-May | Transfer | to C&A Acct. | 330.00 |
| | 1-May | Transfer | to C&A Acct. | 6.00 |
| | 2-May | FLSB | Filing Fee | 310.00 |
| | 12-May | Transfer | to Sympltico Acct. | 7.50 |
| | 15-May | Microsoft | Subscription | 8.25 |
| | 31-May | Transfer | to C&A Acct. | 500.00 |
| | 1-Jun | Transfer | to C&A Acct. | 50.00 |
| | 1-Jun | Transfer | to C&A Acct. | 25.00 |
| | 5-Jun | Transfer | to Household Acct. | 5.00 |
| | 8-Jun | Square, Inc. | Confirmation Fee | 0.01 |
| | 9-Jun | Transfer | to Sympltico Acct. | 10.00 |
| | 9-Jun | Transfer | to Household Acct. | 500.00 |
| | 12-Jun | Transfer | to Sympltico Acct. | 50.00 |
| | 14-Jun | MIcrosoft | Subscription | 8.25 |
| | 20-Jun | Transfer | to C&A Acct. | 650.00 |
| | 26-Jun | Transfer | to Symplico Acct. | 24.00 |
| | 28-Jun | FLSB | Filing Fee | 335.00 |
| | | | | |
| **Fees & Miscellaneous:** | | | | |
| | 28-Apr | Chase | Monthly Maint. Fee | 15.00 |
| | 2-May | Chase | Misc. Charge | 34.00 |
| | 5-May | Chase | Misc. Charge | 34.00 |
| | 12-Jun | Withdrawal | to Petty Cash | 200.00 |
| | 14-Jun | Chase | Misc. Charge | 34.00 |
| | 15-Jun | Chase | Misc. Charge | 34.00 |
| | 28-Jun | Chase | Misc. Charge | 34.00 |
| | | | **TOTAL** | 7,171.46 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month June |
|---|---|---|
| Accounts Receivable Beginning Balance | None | $            - |
| Plus:  Billings During the Month | None | |
| Less: Collections During the Month | None | |
| Adjustments or WriteOffs* | None | $            - |
| Accounts Receivable Ending Balance** | None | $            - |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month June |
|---|---|---|
| 0 - 30 Days | None | $            - |
| 31 - 60 Days | None | $            - |
| 61 - 90 Days | None | $            - |
| Over 90 Days | None | $            - |
| | | |
| Total Accounts Receivable** | None | $            - |

\*  Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | NONE | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | NONE | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| | June | May | April |
| Accounts Payable Beginning Balance* | 0 | 0 | 0 |
| Plus: New Indebtedness During the Month | 0 | 0 | 0 |
| Less: Amount Paid on Acct. Payables in Month | 0 | 0 | 0 |
| Adjustments or WriteOffs** | 0 | 0 | 0 |
| Accounts Payable Ending Balance | 0 | 0 | 0 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| Ally Financial | 391.07 | 0 | | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 01, 2017 through April 28, 2017
Account Number:    000000█████2061



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00163257 DRE 021 219 11917 NNNNNNNNNNN  1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

---

## CHECKING SUMMARY
Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$17.05** |
| Deposits and Additions | 8 | 6,001.00 |
| Checks Paid | 3 | -1,865.94 |
| Electronic Withdrawals | 17 | -4,083.02 |
| Fees | 2 | -68.00 |
| **Ending Balance** | **30** | **$1.09** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Deposit      1654631433 | $1,000.00 |
| 04/03 | Online Transfer From Chk ...1866 Transaction#: 6125237442 | 400.00 |
| 04/05 | Online Transfer From Chk ...1866 Transaction#: 6130273081 | 1,490.00 |
| 04/10 | Online Transfer From Chk ...1866 Transaction#: 6140887960 | 50.00 |
| 04/13 | Deposit      1643530066 | 1,500.00 |
| 04/13 | Online Transfer From Chk ...1866 Transaction#: 6148283705 | 650.00 |
| 04/18 | Deposit      1654316233 | 500.00 |
| 04/26 | Online Transfer From Chk ...1866 Transaction#: 6177775939 | 411.00 |
| **Total Deposits and Additions** | | **$6,001.00** |



April 01, 2017 through April 28, 2017
Account Number:    00000█████2061

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1384 ^ | | 04/07 | $15.94 |
| 1385 ^ | | 04/13 | 650.00 |
| 1386 ^ | | 04/05 | 1,200.00 |
| Total Checks Paid | | | $1,865.94 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | 04/02 Online Transfer To Chk ...3506 Transaction#: 6120730047 | $150.00 |
| 04/03 | 04/02 Online Transfer To Chk ...0683 Transaction#: 6120730344 | 15.00 |
| 04/03 | 04/03 Online Transfer To Chk ...3506 Transaction#: 6125234154 | 150.00 |
| 04/04 | Comcast      Cable    4302516      Tel ID: 0000213249 | 362.05 |
| 04/05 | 04/05 Online Transfer To Chk ...3506 Transaction#: 6128112015 | 50.00 |
| 04/05 | 04/05 Online Transfer To Chk ...1866 Transaction#: 6128112781 | 150.00 |
| 04/05 | 04/05 Online Transfer To Chk ...1866 Transaction#: 6129500207 | 150.00 |
| 04/06 | 04/06 Online Transfer To Chk ...1866 Transaction#: 6132801078 | 30.00 |
| 04/07 | 04/07 Online Transfer To Chk ...1866 Transaction#: 6134523210 | 100.00 |
| 04/10 | 04/08 Online Transfer To Chk ...1866 Transaction#: 6137789634 | 150.00 |
| 04/10 | Sprint8006396111 Achbillpay          PPD ID: 2521616695 | 430.50 |
| 04/12 | Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | 391.07 |
| 04/13 | State Farm Ro 08 Cpc-Client 19 S 1214445819 Tel ID: 9000313400 | 669.88 |
| 04/13 | Fpl Direct Debit Elec Pymt  1498796067 Webi ID: 3590247775 | 377.12 |
| 04/19 | Comcast      Cable    7259369      Tel ID: 0000213249 | 419.78 |
| 04/24 | 04/24 Online Transfer To Chk ...3506 Transaction#: 6173153323 | 77.00 |
| 04/26 | Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | 410.62 |
| Total Electronic Withdrawals | | $4,083.02 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | Insufficient Funds Fee For A $391.07 Item - Details: Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | $34.00 |
| 04/17 | Returned Item Fee For An Unpaid $20,507.38 Item - Details: Select Portfolio Sps 0015683501      Tel ID: 1870465626 | 34.00 |
| Total Fees | | $68.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03 | $1,102.05 | 04/10 | 3.56 | 04/18 | 497.49 |
| 04/04 | 740.00 | 04/12 | -421.51 | 04/19 | 77.71 |
| 04/05 | 680.00 | 04/13 | 31.49 | 04/24 | 0.71 |
| 04/06 | 650.00 | 04/17 | -2.51 | 04/26 | 1.09 |
| 04/07 | 534.06 | | | | |



April 01, 2017 through April 28, 2017
Account Number: 000000████2061

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| **Transaction Total** | **13** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $3,000.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$3,000.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



April 01, 2017 through April 28, 2017
Account Number:    0000000█████2061

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 29, 2017 through May 31, 2017
Account Number:    000000█████2061

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00160253 DRE 021 219 15217 NNNNNNNNNNN  1 000000000 61 0000

JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269



## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1.09** |
| Deposits and Additions | 8 | 11,925.00 |
| Checks Paid | 5 | -4,907.00 |
| Electronic Withdrawals | 12 | -6,704.06 |
| Other Withdrawals | 1 | -200.00 |
| Fees | 4 | -108.00 |
| **Ending Balance** | **30** | **$7.03** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Deposit      875372599 | $3,500.00 |
| 05/09 | Deposit      887769721 | 500.00 |
| 05/09 | Online Transfer From Chk ...1866 Transaction#: 6210295860 | 12.50 |
| 05/09 | Online Transfer From Chk ...3506 Transaction#: 6210296692 | 12.50 |
| 05/10 | Deposit      1642930487 | 400.00 |
| 05/17 | Deposit      1672511720 | 6,000.00 |
| 05/17 | Online Transfer From Chk ...1866 Transaction#: 6230563052 | 1,000.00 |
| 05/22 | Online Transfer From Chk ...1866 Transaction#: 6236488604 | 500.00 |
| **Total Deposits and Additions** | | **$11,925.00** |



April 29, 2017 through May 31, 2017

Account Number: 000000███████2061

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1387 ^ | | 05/08 | $3,242.50 |
| 1392 * ^ | | 05/11 | 92.05 |
| 1394 * ^ | | 05/17 | 1,200.00 |
| 1395 ^ | | 05/16 | 58.45 |
| 260022061 * ^ | | 05/08 | 314.00 |
| **Total Checks Paid** | | | **$4,907.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | 05/03 Online Transfer To Chk ...1866 Transaction#: 6195210002 | $1.00 |
| 05/09 | 05/09 Online Transfer To Chk ...3506 Transaction#: 6211650448 | 150.00 |
| 05/09 | 05/09 Online Transfer To Chk ...1866 Transaction#: 6211654627 | 100.00 |
| 05/10 | 05/09 Online Transfer To Chk ...1866 Transaction#: 6212164438 | 50.00 |
| 05/12 | 05/12 Online Transfer To Chk ...3506 Transaction#: 6219507610 | 200.00 |
| 05/12 | 05/12 Online Transfer To Chk ...3506 Transaction#: 6220027066 | 8.00 |
| 05/17 | 05/17 Online Transfer To Chk ...1866 Transaction#: 6230170750 | 5,000.00 |
| 05/18 | 05/18 Online Transfer To Chk ...3506 Transaction#: 6231890125 | 250.00 |
| 05/18 | Sprint8006396111 Achbillpay        PPD ID: 2521616695 | 430.36 |
| 05/22 | 05/19 Online Transfer To Chk ...3506 Transaction#: 6236489309 | 5.00 |
| 05/22 | Fpl Direct Debit Elec Pymt  1498796067 Webi Web ID: 3590247775 | 483.70 |
| 05/25 | 05/25 Online Transfer To Chk ...1866 Transaction#: 6246906264 | 26.00 |
| **Total Electronic Withdrawals** | | **$6,704.06** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | 05/13 Withdrawal | $200.00 |
| **Total Other Withdrawals** | | **$200.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Returned Item Fee For An Unpaid Check #1387 IN The Amount of $3,242.50 | $34.00 |
| 05/08 | Insufficient Funds Fee For Check #260022061 IN The Amount of $314.00 | 34.00 |
| 05/16 | Insufficient Funds Fee For Check #1395 IN The Amount of $58.45 | 34.00 |
| 05/31 | Cash Deposit Immediate | 6.00 |
| **Total Fees** | | **$108.00** |



April 29, 2017 through May 31, 2017
Account Number: 000000█████2061



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 05/03 | $0.09 | 05/11 | 408.54 | 05/18 | 27.73 |
| 05/05 | -33.91 | 05/12 | 200.54 | 05/22 | 39.03 |
| 05/08 | -124.41 | 05/15 | 0.54 | 05/25 | 13.03 |
| 05/09 | 150.59 | 05/16 | -91.91 | 05/31 | 7.03 |
| 05/10 | 500.59 | 05/17 | 708.09 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 8 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Transaction Total** | **13** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $9,900.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$9,900.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$2,400.00** |
| Excess Immediate ($2,400 At $2.50/$1,000) | $6.00 |
| **Total Cash Deposit And Change Order Fees** | **$6.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



April 29, 2017 through May 31, 2017
Account Number:     000000█████2061

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2017 through June 30, 2017

Account Number: 000000███████2061



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00158136 DRE 021 219 18217 NNNNNNNNNNN  1 000000000 61 0000

JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

## Chase BusinessSelect Checking® is changing

We appreciate your business and want to make sure you know about changes we're making to Chase BusinessSelect Checking.

Starting August 27, 2017, you'll gain access to additional services; you'll be able to:
- Deposit and withdraw as much cash as you need; there will no longer be a limit on those transactions.
- Send international wire transfers. The fee to send an international wire is $40 from chase.com or $50 from a branch.

All other features of your account remain the same. If you have any questions, please call the number on your statement.

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7.03** |
| Deposits and Additions | 5 | 3,205.00 |
| Checks Paid | 4 | -756.74 |
| Electronic Withdrawals | 7 | -2,552.59 |
| Fees | 4 | -136.00 |
| **Ending Balance** | **20** | **-$233.30** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Online Transfer From Chk ...0683 Transaction#: 6275647663 | $5.00 |
| 06/08 | Online Transfer From Chk ...3506 Transaction#: 6282951954 | 350.00 |
| 06/09 | Online Transfer From Chk ...0683 Transaction#: 6286096510 | 500.00 |
| 06/19 | Online Transfer From Chk ...3506 Transaction#: 6307565196 | 2,100.00 |
| 06/23 | Online Transfer From Chk ...6890 Transaction#: 6317932432 | 250.00 |
| **Total Deposits and Additions** | | **$3,205.00** |



June 01, 2017 through June 30, 2017

Account Number:    0000000█████2061

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1390 ^ | | 06/12 | $300.00 |
| 1391 ^ | | 06/09 | 60.00 |
| 1396 * ^ | | 06/29 | 200.00 |
| 1397 ^ | | 06/22 | 196.74 |
| **Total Checks Paid** | | | **$756.74** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | 06/05 Online Transfer To Chk ...3506 Transaction#: 6275650519 | $10.00 |
| 06/08 | Comcast      Cable    9734901     Tel ID: 0000213249 | 348.33 |
| 06/09 | Sprint8006396111 Achbillpay       PPD ID: 2521616695 | 416.90 |
| 06/13 | State Farm Ro 08 Cpc-Client 19 S 1214445819 Tel ID: 9000313400 | 601.71 |
| 06/19 | Fpl Direct Debit Elec Pymt  1498796067 Webi Web ID: 3590247775 | 727.03 |
| 06/19 | Ally        Ally Paymt 67392611815403I Web ID: 9833122002 | 410.62 |
| 06/26 | 06/26 Online Transfer To Chk ...3506 Transaction#: 6323677872 | 38.00 |
| **Total Electronic Withdrawals** | | **$2,552.59** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | Insufficient Funds Fee For Check #1390 IN The Amount of $300.00 | $34.00 |
| 06/13 | Insufficient Funds Fee For A $601.71 Item - Details: State Farm Ro 08 Cpc-Client 19 S 1214445819 Tel ID: 9000313400 | 34.00 |
| 06/22 | Insufficient Funds Fee For Check #1397 IN The Amount of $196.74 | 34.00 |
| 06/29 | Insufficient Funds Fee For Check #1396 IN The Amount of $200.00 | 34.00 |
| **Total Fees** | | **$136.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/05 | $2.03 |
| 06/08 | 3.70 |
| 06/09 | 26.80 |
| 06/12 | -307.20 |
| 06/13 | -942.91 |
| 06/19 | 19.44 |
| 06/22 | -211.30 |
| 06/23 | 38.70 |
| 06/26 | 0.70 |
| 06/29 | -233.30 |



June 01, 2017 through June 30, 2017
Account Number:    000000██████2061

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **9** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



June 01, 2017 through June 30, 2017
Account Number:     0000000■■■■2061

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 01, 2017 through April 28, 2017

Account Number:    000000█████0683

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00062095 DRE 021 210 11917 NNNNNNNNNNN  1 000000000 63 0000
JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938



## CHECKING SUMMARY
Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | -$14.99 |
| Deposits and Additions | 5 | 525.00 |
| Checks Paid | 1 | -100.00 |
| Electronic Withdrawals | 1 | -8.25 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **8** | **$386.76** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Online Transfer From Chk ...2061 Transaction#: 6120730344 | $15.00 |
| 04/24 | Online Transfer From Chk ...1866 Transaction#: 6173406553 | 10.00 |
| 04/27 | Online Transfer From Chk ...3506 Transaction#: 6180463764 | 50.00 |
| 04/27 | Online Transfer From Chk ...1866 Transaction#: 6180511290 | 50.00 |
| 04/28 | Deposit     887784859 | 400.00 |
| **Total Deposits and Additions** | | **$525.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2556  ^ | | 04/28 | $100.00 |
| **Total Checks Paid** | | | **$100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | Microsoft 6041  EDI Paymnt         PPD ID: 1452684001 | $8.25 |
| **Total Electronic Withdrawals** | | **$8.25** |



April 01, 2017 through April 28, 2017
Account Number: 00000████████0683

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/03 | $0.01 |
| 04/24 | 1.76 |
| 04/27 | 101.76 |
| 04/28 | 386.76 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  $17.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $2.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**





JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

April 29, 2017 through May 31, 2017
Account Number:    00000 0683

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |



00061461 DRE 021 210 15217 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$386.76** |
| Deposits and Additions | 5 | 1,693.00 |
| Checks Paid | 2 | -675.00 |
| Electronic Withdrawals | 7 | -1,211.75 |
| Fees | 2 | -68.00 |
| **Ending Balance** | **16** | **$125.01** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Online Transfer From Chk ...1866 Transaction#: 6203980746 | $350.00 |
| 05/08 | Online Transfer From Chk ...3506 Transaction#: 6208983825 | 60.00 |
| 05/08 | Online Transfer From Chk ...1866 Transaction#: 6208982562 | 25.00 |
| 05/15 | Online Transfer From Chk ...1866 Transaction#: 6224037464 | 8.00 |
| 05/30 | Deposit      905548713 | 1,250.00 |
| **Total Deposits and Additions** | | **$1,693.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2557 ^ | | 05/05 | $50.00 |
| 2559 * ^ | | 05/30 | 625.00 |
| **Total Checks Paid** | | | **$675.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



April 29, 2017 through May 31, 2017
Account Number: 000000█████0683

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 04/29 Online Transfer To Chk ...3506 Transaction#: 6186540263 | $50.00 |
| 05/01 | 04/29 Online Transfer To Chk ...1866 Transaction#: 6186541484 | 330.00 |
| 05/01 | 04/30 Online Transfer To Chk ...1866 Transaction#: 6186998706 | 6.00 |
| 05/02 | Flsb Pymnt    Payment    0000    CCD ID: 0000860001 | 310.00 |
| 05/12 | 05/12 Online Transfer To Chk ...3506 Transaction#: 6217139856 | 7.50 |
| 05/15 | Microsoft 6041   EDI Paymnt         PPD ID: 1452684001 | 8.25 |
| 05/31 | 05/31 Online Transfer To Chk ...1866 Transaction#: 6259836770 | 500.00 |
| **Total Electronic Withdrawals** | | **$1,211.75** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Insufficient Funds Fee For A $310.00 Item - Details: Flsb Pymnt      Payment    0000 CCD ID: 0000860001 | $34.00 |
| 05/05 | Insufficient Funds Fee For Check #2557 IN The Amount of $50.00 | 34.00 |
| **Total Fees** | | **$68.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | $0.76 |
| 05/02 | -343.24 |
| 05/05 | -77.24 |
| 05/08 | 7.76 |
| 05/12 | 0.26 |
| 05/15 | 0.01 |
| 05/30 | 625.01 |
| 05/31 | 125.01 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



April 29, 2017 through May 31, 2017

Account Number: 000000████0683



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

---



April 29, 2017 through May 31, 2017

Account Number:    000000██████0683

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

June 01, 2017 through June 30, 2017

Account Number:    000000█████0683



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00058370 DRE 021 210 18217 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

### Chase BusinessSelect Checking® is changing

We appreciate your business and want to make sure you know about changes we're making to Chase BusinessSelect Checking.

Starting August 27, 2017, you'll gain access to additional services; you'll be able to:
- Deposit and withdraw as much cash as you need; there will no longer be a limit on those transactions.
- Send international wire transfers. The fee to send an international wire is $40 from chase.com or $50 from a branch.

All other features of your account remain the same. If you have any questions, please call the number on your statement.

## CHECKING SUMMARY  Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$125.01** |
| Deposits and Additions | 6 | 4,600.01 |
| Checks Paid | 8 | -3,134.20 |
| Electronic Withdrawals | 11 | -1,657.26 |
| Other Withdrawals | 1 | -200.00 |
| Fees | 3 | -102.00 |
| **Ending Balance** | **29** | **-$368.44** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/08 | Square Inc      Sdv-Vrfy | PPD ID: 9424300002 | $0.01 |
| 06/09 | Deposit      886719539 | | 1,200.00 |
| 06/12 | Deposit      1682125554 | | 1,250.00 |
| 06/13 | Online Transfer From Chk ...3506 Transaction#: 6293638941 | | 300.00 |
| 06/19 | Deposit      1683012220 | | 1,250.00 |
| 06/19 | Online Transfer From Chk ...3506 Transaction#: 6307568286 | | 600.00 |
| **Total Deposits and Additions** | | | **$4,600.01** |

 **CHASE**

June 01, 2017 through June 30, 2017

Account Number: 000000████0683

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2558 ^ | | 06/05 | $45.00 |
| 2560 * ^ | | 06/14 | 38.70 |
| 2561 ^ | | 06/12 | 625.00 |
| 2562 ^ | | 06/12 | 150.00 |
| 2563 ^ | | 06/12 | 650.00 |
| 2564 ^ | | 06/13 | 525.00 |
| 2565 ^ | | 06/15 | 475.50 |
| 2568 * ^ | | 06/20 | 625.00 |
| **Total Checks Paid** | | | **$3,134.20** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | 06/01 Online Transfer To Chk ...1866 Transaction#: 6265602709 | $50.00 |
| 06/01 | 06/01 Online Transfer To Chk ...1866 Transaction#: 6265607740 | 25.00 |
| 06/05 | 06/05 Online Transfer To Chk ...2061 Transaction#: 6275647663 | 5.00 |
| 06/08 | Square Inc     Sdv-Vrfy  T20010804407    Web ID: 9424300002 | 0.01 |
| 06/09 | 06/09 Online Transfer To Chk ...3506 Transaction#: 6286095455 | 10.00 |
| 06/09 | 06/09 Online Transfer To Chk ...2061 Transaction#: 6286096510 | 500.00 |
| 06/12 | 06/11 Online Transfer To Chk ...3506 Transaction#: 6288334413 | 50.00 |
| 06/14 | Microsoft 6041   EDI Paymnt            PPD ID: 1452684001 | 8.25 |
| 06/20 | 06/20 Online Transfer To Chk ...1866 Transaction#: 6309711599 | 650.00 |
| 06/26 | 06/26 Online Transfer To Chk ...3506 Transaction#: 6323676190 | 24.00 |
| 06/28 | Flsb Pymnt    Payment   0000        CCD ID: 0000860001 | 335.00 |
| **Total Electronic Withdrawals** | | **$1,657.26** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12 | 06/12 Withdrawal | $200.00 |
| **Total Other Withdrawals** | | **$200.00** |

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/14 | Insufficient Funds Fee For A $8.25 Item - Details: Microsoft 6041   EDI Paymnt          ID: 1452684001 | PPD | $34.00 |
| 06/15 | Insufficient Funds Fee For Check #2565 IN The Amount of $475.50 | | 34.00 |
| 06/28 | Insufficient Funds Fee For A $335.00 Item - Details: Flsb Pymnt     Payment   0000        CCD ID: 0000860001 | | 34.00 |
| **Total Fees** | | | **$102.00** |



June 01, 2017 through June 30, 2017
Account Number:    0000000·····0683

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/01 | $50.01 | 06/12 | 265.01 | 06/19 | 1,299.56 |
| 06/05 | 0.01 | 06/13 | 40.01 | 06/20 | 24.56 |
| 06/08 | 0.01 | 06/14 | -40.94 | 06/26 | 0.56 |
| 06/09 | 690.01 | 06/15 | -550.44 | 06/28 | -368.44 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 12 |
| Deposits / Credits | 4 |
| Deposited Items | 2 |
| **Transaction Total** | **18** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,200.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,200.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



June 01, 2017 through June 30, 2017

Account Number:     000000██████0683

This Page Intentionally Left Blank