IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

David Fiore,

    Plaintiff,

vs.                                        Case No. 50-2016-CA-008765-XXXX-MB

Jeffrey M. Siskind, et al.,

    Defendants.

_____/

### MOTION TO STAY CASE

COMES NOW Chance & Anthem, LLC ("C&A"), by and through undersigned counsel, and moves to stay all proceedings in this matter until such time as Plaintiff obtains consent of the United States Bankruptcy Court, Division of Maryland, for relief from the automatic stay, and states:

1. At the most recent hearing conducted on January 31, 2018, the Court remarked that the parties would likely 'go to bankruptcy court and then come back,' which undersigned counsel believes is a requirement in order to proceed in this matter, upon hearing that C&A filed for bankruptcy protection in Maryland (Case No. 18-11168).

2. Although bifurcation is also sometimes an option which permits a multi-party case to move forward when a party files for bankruptcy protection, this Court also remarked that the issues in this case are so intertwined that bifurcation would likely not be a viable option.

3. Bifurcation, which must be moved for by the party seeking same, would not be permissible here because C&A would be required to participate, thus violating the bankruptcy stay.

4. In light of the foregoing, and also for purposes of judicial economy, the Court should now formally stay this matter until such time as relief from stay is obtained from the

**EXHIBIT 2**

bankruptcy court, which would obviate expenditures of time and money by the parties hereto.

WHEREFORE, C&A requests that the Court order that this matter be stayed until such time as relief from stay may be granted in Maryland bankruptcy case no. 18-11168, and for such other and further relief as appropriate in the circumstances.

SISKIND LEGAL

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL 33414
TEL  (561) 791-9565
FAX  (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Stay was served upon all registered parties this 9th day of January, 2018 by Florida's E-filing Portal and by U.S. Mail and/or by hand delivery to unregistered parties.

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DAVID FIORE, an individual;
CARL STONE, an individual, 3485 LAGO DE
TALAVERA TRUST, a Florida Trust; and,
DIANNA GEORGE, an individual,

      Plaintiffs,

vs.

CASE NO: 2016CA008765

JEFFREY M. SISKIND, an individual; WILLIAM SISKIND, an individual; SOVEREIGN GAMING & ENTERTAINMENT LLC, a Florida limited liability company; CHANCE & ANTHEM LLC, a Florida limited liability company; OB REAL ESTATE HOLDINGS 1732, LLC, a Florida limited liability company; SISKIND LEGAL SERVICES, LLC, a Florida limited liability company; and, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INCORPORATED, a Florida not for profit corporation,
      Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO STAY

THIS MATTER came before the Court on UMC on February 21, 2018 on Defendant CHANCE & ANTHEM LLC's Motion to Stay and Defendants' JEFFREY M. SISKIND, WILLIAM SISKIND, SOVEREIGN GAMING & ENTERTAINMENT LLC, SISKIND LEGAL SERVICES, LLC, and, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INCORPORATED, Motion to Dismiss and/or Stay.

The Court reviewed the motions, heard argument and being otherwise fully advised in the premises it is hereby ORDERED and ADJUDGED as follows:
1. The Motion to Stay is hereby **GRANTED**/DENIED.
2. The Motion to Dismiss and/or Stay is hereby **GRANTED**/DENIED.

*The Motions to Stay are Granted and the Court Stays the entire action pending the outcomes in Bankruptcy Court.*

                                          CIRCUIT COURT JUDGE
                                          JEFFREY D. GILLEN

Copies furnished to registered emails for the following parties:

SOFIYE WILLIAMS, ESQ.     JAMES MEROLA, ESQ.
DAVID MERRILL, ESQ.       JEFFREY SISKIND, ESQ.
SAMANTHA TESSER HAIMO, ESQ.