**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:                                                                                    CASE NO. 18-11168

**CHANCE & ANTHEM, LLC**                                              CHAPTER 7

    Debtor.
_____/

**MOTION TO COMPEL ABANDONMENT OF ADVERSARY CASE**
**BY TRUSTEE AND REINSTATING ADVERSARY CASE NO. 18-00034**

    COMES NOW, the Debtor, by and through undersigned counsel, and moves for an order compelling abandonment of the adversary case ("Adversary") brought under this matter by the Chapter 7 trustee, and states:

    1.    Debtor brought an Adversary complaint, case no. 18-00034, and subsequently amended same, against Robert A. Gibson, Steven S. Newburgh and McLaughlin & Stern, LLP for tortious interference and conspiracy to tortuously interfere with Debtor's business transactions, within which Debtor alleged that Defendants willfully and maliciously undertook actions which damaged Debtor.

    2.    Said actions involved the making of false claims against Debtor by Defendants, and which included threatening suit against Debtor's business associates if they shared any information relayed during the telephone calls made by Defendants.

    3.    The allegations made by Debtor can be proved, as can damages which Debtor sustained as the direct and proximate result of Defendants' actions.

    4.    Despite the likelihood that Debtor's estate will successfully prosecute the Adversary action against all Defendants, the Chapter 7 Trustee elected to dismiss same without prejudice.

**EXHIBIT 4**

5. Undersigned counsel attempted to contact the Chapter 7 Trustee to discuss its dismissal of the Adversary and to obtain the Trustee's abandonment of same, but has been unable as of the date of this motion to reach the Trustee.

6. Inasmuch as the Trustee has therefore abandoned litigation which Debtor believes to be a valuable asset of Debtor's estate, Debtor requests that the Court issue an order which confirms that the Trustee abandons any interest in the Adversary, and which permits Debtor to prosecute said litigation on its own behalf.

7. Debtor also requests that the Court issue an order reinstating the Adversary so that Debtor be excused from having to refile the same.

WHEREFORE, Debtor requests that the Court order that the Chapter 7 Trustee has abandoned the Adversary, that Debtor may in its stead proceed with said Adversary, which case is by said order reinstated.

Dated: March 1, 2018

**SISKIND LEGAL**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 791-9565
FAX (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Motion to Compel Abandonment of Adversary Case by Trustee and Reinstating Adversary Case No. 18-00034 was served this 1st day of March, 2018 by postage prepaid U.S. Mail upon all defendants and upon all parties listed on the attached Official Mailing Matrix by U.S. Mail.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire

```
Label Matrix for local noticing        27120 Ocean Gateway, LLC              3GEN VC, LLC
0416-1                                 7745 Dawson Court                     c/o Gerald Cantor
Case 18-11168                          Lake Worth, FL 33467-7719             4000 Hollywood Boulevard #500-N
District of Maryland                                                         Hollywood, FL 33021-1224
Baltimore
Thu Mar  1 19:37:11 EST 2018

ABK South Properties, LLC              All Pro Pool Service                  Apostle Construction
c/o George Booras, Esq.                13557 Barberry Drive                  716 Naylor Mill Road
1371 Hill Ave                          Wellington, FL 33414-8518             Salisbury, MD 21801-1114
Melbourne, FL 32940-6948


Bay Area Disposal                      Beaver Tree Service                   Chance & Anthem, LLC
POB 189                                POB 2476                              3445 Santa Barbara Drive
Owings, MD 20736-0189                  Salisbury, MD 21802-2476              Wellington, FL 33414-7269


Comptroller of the Treasury            David Fiore, et al.                   Delmarva Power
Compliance Division, Room 409          c/o Sofiye Williams, Esq.             500 N. Wakefield Drive
301 W. Preston Street                  500 E. Broward Blvd.                  2nd Floor
Baltimore, MD 21201-2305               #1710                                 Newark, DE 19702-5440
                                       Fort Lauderdale, FL 33394-3012

Delmarva Power & Light Co.             Edgar A. Baker, Jr., Esq.             Frederick R. Volkwein
500 N Wakefield Dr Fl 2                Wicomico County Department of Law     2727 Rosemary Avenue #3
Newark, DE 19702-5440                  125 North Division Street, Room 101   West Palm Beach, FL 33407-5310
                                       Salisbury, MD 21801-5030


Haynes Scaffolding & Supply, Inc.      George W. Liebmann                    PTM Electric, Inc.
1210 Ortega Road                       Liebmann & Shively, P.A.              16971 W. Hialeah Drive
West Palm Beach, FL 33405-1077         8 W Hamilton Street                   Loxahatchee, FL 33470-3729
                                       Baltimore, MD 21201-5008


Richard Bell                           Richard Bell                          Richard Neff
16192 Coastal Highway                  16192 Coastal Highway                 2760 Meadowlark Lane
Lewes, DE 19958-3608                   Lewes, Delaware 19958-3608            West Palm Beach, Florida 33409-2019


Jeffrey Marc Siskind                   Sovereign Gaming & Entertainment, LLC State of Maryland DLLR
Siskind Legal Group                    3485 Lago De Talavera                 Division of Unemployment Insurance
3465 Santa Barbara Drive               Wellington, FL 33467-1071             1100 N. Eutaw Street, Room 401
Wellington, FL 33414-7269                                                    Baltimore, MD 21201-2225


T.E. Smith & Son, Inc.                 Wellington 3445, LP
2043 Northwood Drive                   375 Golfside Road
Salisbury, MD 21801-7800               Wexford, PA 15090-9419
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | (d)3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | (d)ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Avenue<br>Melbourne, FL 32940-6948 |
| (d)All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 | (d)Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 | (d)Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 |
| (d)Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 | (d)David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd. #1710<br>Fort Lauderdale, FL 33394-3012 | (d)Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 |
| (d)Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 | (d)PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 | (d)Richard Neff<br>2760 Meadowlark Lane<br>West Palm Beach, Florida 33409-2019 |
| (u)Sovereign Gaming & Entertainment, LLC<br>INVALID ADDRESS PROVIDED | (d)T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients    14<br>Total                  39 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| CHANCE & ANTHEM, LLC | * | Case No. 18-11168-TJC |
| Debtor(s) | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION TO**
**MOTION TO COMPEL ABANDONMENT OF ADVERSARY**

George W. Liebmann, Trustee, pursuant to U.S.C. Section 327 and Federal Rule of Bankruptcy Procedure 2014, files this Opposition to the Debtor's Motion To Compel Abandonment of Adversary Case By Trustee And Reinstating Adversary Case No. 18-00034, and in support thereof says:

1. The Debtor commenced this case on by the filing of a voluntary petition for relief on January 29, 2018. Debtor is an LLC.

2. George W. Liebmann is the duly qualified, appointed and acting Trustee in this case.

3. On or about February 5, 2018, Debtor commenced adversary proceeding No. 18-00034 against Robert A. Gibson, Steven S. Newburgh and McLaughlin & Stern, LLP "for damages resulting from their tortious interference with Plaintiff's business transactions."

4. The adversary was commenced by Debtor without the knowledge of, notice to, or permission of the Chapter 7 Trustee.

5. Causes of action are property of the estate under 11 U.S.C. § 541 and § 541 gives the trustee the right to prosecute Debtor's causes of action because they are property of the estate. See e.g. *Kennedy v. Venrock Associates*, 348 F.3 584, 589 (7th Cir. 2003), *cert*. denied, ____ U.S.

1

\_\_\_\_\_, 124 S. Ct. 1889, 158 L. Ed. 2d 470 (2004); *Hays & Co. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 885 F.2d 1149, 1154 (3d Cir. 1989); *C.W. Mining Co. v. Aquila, Inc. (In re C.W. Mining Co.)*, Case Nos. 10-4023 and 10-4033, 2011 U.S. App. LEXIS 2819 (10th Cir. Feb. 14, 2011)(Tenth Circuit found that following appointment of a chapter 7 trustee in a corporate debtor's bankruptcy, the company's former management could not appeal an adverse bankruptcy court ruling on the debtor's behalf).

6. The Debtor did not list the claim in its schedules and any claim the estate might have. The Trustee would normally inquire of the nature and basis of the claim at the meeting of creditors and request from Debtor all documents relating to the claim. The merits of any alleged claim need to be inquired into by the Trustee and if a complaint is to be prosecuted, it is for the Trustee, not the Debtor, to do so, and for the Trustee to choose the appropriate forum and cause of action if there is one.

7. For these reasons, the Trustee dismissed Adversary No. 18-0034 without prejudice. A dismissal without prejudice is not an abandonment of the claim. It is now incumbent upon the Debtor to provide the information and documents regarding the claim.

          */s/ George W. Liebmann*
          George W. Liebmann (Fed. Bar #01112)
          LIEBMANN & SHIVELY, P.A.
          8 West Hamilton Street
          Baltimore, MD 21201
          (410)752-5887/gliebmann@lspa.comcastbiz.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>8th</u> day of March 2018, a copy of the foregoing

Opposition was served on all parties listed below by first class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that this Motion was electronically mailed to said party:

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 W. Lombard St., Rm. 2625
Baltimore, MD  21201
*via U.S. Mail*

Jeffrey M. Siskind, Esq.
3645 Santa Barbara Drive
Wellington, FL 33414
*via CM/ECF*

*/s/ George W. Liebmann*
George W. Liebmann