# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER: 13-13096-PGH** |
| | } | |
| **Jeffrey M. Siskind** | } | |
| | } | **JUDGE** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM**    1-Jul-17    **TO**    30-Sep-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   3/13/2018            /s/ Jeffrey M. Siskind

                                            Debtor

Debtor's Address
and Phone Number:
Jeffrey M. Siskind
3465 Santa Barbara Drive
Wellington, FL 33414

Tel. (561) 352-9166

Attorney's Address
and Phone Number:
David L. Merrill
105 S. Narcissus Avenue, Ste. 802
West Palm Beach, FL 33401
Bar No. 99155
Tel. (561) 877-1111

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER: 13-13096-PGH** |
| | } | |
| Jeffrey M. Siskind | } | |
| | } | **JUDGE** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM    1-Jul-17    TO    30-Sep-17

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    3/13/2018

/s/ Jeffrey M. Siskind
Debtor

Debtor's Address
and Phone Number:
Jeffrey M. Siskind
3465 Santa Barbara Drive
Wellington, FL 33414

Tel. (561) 352-9166

Attorney's Address
and Phone Number:
David L. Merrill
2001 Palm Beach Lakes Blvd. Ste. 410
West Palm Beach, FL 33409
Bar No. 99155
Tel. (561) 689-6789

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

### SUMMARY OF CASH RECEIPTS AND CASH¹ DISBURSEMENTS

| | |
|---|---|
| Case Name: | Jeffrey M. Siskind |
| Case Number: | 13-13096-PGH |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month<br>Jul. - Sept., 2017 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 165.83 | |
| CASH- Beginning of Month (Business) | -368.44 | |
| | | |
| Total Household Receipts | 4,990.83 | 1,288,764.68 |
| Total Business Receipts | 5,715.00 | 1,823,356.99 |
| Total Receipts | 10,705.83 | 3,112,121.67 |
| | | |
| Total Household Disbursements | 5,983.11 | 1,280,982.96 |
| Total Business Disbursements | 5,273.16 | 1,696,296.96 |
| Total Disbursements | 11,256.27 | 2,977,279.92 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | -550.44 | 136,380.98 |
| | | |
| CASH- End of Month (Individual) | 720.49 | |
| CASH- End of Month (Business) | -8.60 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 11,256.27 | 1,948,135.07 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 1,650.00 | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 9,606.27 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 13th day of March, 2018.

/s/ Jeffrey M. Siskind

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jul. - Sept., 2017 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 165.83 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 1,650.00 | 1,161,043.88 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources | | |
| Other - uncategorized revenue | 3,423.83 | 14,280.54 |
| Other - deposit from cash | | 5,275.00 |
| Other - bank fee refunds | -83.00 | 127.00 |
| Other - return of items (to Business Account in October) | | -4,027.64 |
| **TOTAL RECEIPTS** | 4,990.83 | 1,176,698.78 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 7,535.00 |
| Gifts & Other Misc. Disbursemetns | | 8,983.45 |
| Household Expenses/Food/Clothing | | 77,521.63 |
| Household Repairs & Maintenance (includes HOA fees) | | 112,244.86 |
| Insurance | 636.20 | 50,088.77 |
| IRA Contribution | | 0.00 |
| Lease/Rent Payments | 782.14 | 782.14 |
| Medical/Dental Payments | | 2,824.02 |
| Mortgage Payment(s) | | 625,605.18 |
| Other Secured Payments | | 19,195.67 |
| Taxes - Personal Property | | 244.90 |
| Taxes - Real Estate | | 0.00 |
| Taxes Other (attach schedule) | | 58,751.20 |
| Travel & Entertainment | | 19,279.42 |
| Tuition/Education/Extracurricular/Vacation | | 29,068.05 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 2,638.63 | 81,071.17 |
| Vehicle Expenses | | 7,859.16 |
| Vehicle Secured Payment(s) | | 4,954.46 |
| U. S. Trustee Quarterly Fees | | 21,392.20 |
| Professional Fees (Legal, Accounting) | | 25.00 |
| Other: Mobile Phones | 881.14 | 17,595.12 |
| Other: Transfer to Cash & Plan Payments | 569.00 | 99,075.56 |
| Other: Home Office Supplies & Alarm Fee | | 93.44 |
| Other: Filing Fees Pd by Debit Card | | 516.25 |
| Other: Bank Acct. Fees (net) | 416.00 | 2,975.50 |
| Other: Postage & Delivery | | 30.01 |
| Other : Living Exp. Pd. Cash | | 13,582.00 |
| Other: Minor Misc. & POA Expenses | 10.00 | 19,438.52 |
| Other: Refunds & Transfers to Business | 50.00 | 31,235.72 |
| **Total Household Disbursements** | 5,983.11 | 1,311,968.40 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | 720.49 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jul. - Sept., 2017 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | -368.44 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 5.828.54 | 1,621,624.02 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list) | | |
| Rental Income | | 34,050.07 |
| Sale of Business Assets (attach list to this report) | | 115,000.00 |
| Other - refund from Household DIP Acct. | | 5,240.00 |
| Other - bank fee refunds | -113.54 | 138.46 |
| Other - returned deposits & refunds | | -20,331.22 |
| Other - negate earlier check(s) | | -4,470.00 |
| **Total Business Receipts** | 5,715.00 | 1,751,251.33 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 1,650.00 | 1,153,574.59 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (per statement) | | 19,216.04 |
| Contract Labor (Subcontractors) | | 234,979.64 |
| Inventory Purchases | | 12,148.00 |
| Secured/Lease Payments & Loan Pymt. | 61.10 | 54,588.10 |
| Utilities -Electric, Phone & Internet | | 42,674.17 |
| Insurance & Licenses | | 11,848.68 |
| Vehicle Expenses | | 503.52 |
| Travel & Entertainment | | 236.25 |
| Repairs and Maintenance | | 60,864.01 |
| Supplies - includes subscriptions | 24.75 | 3,751.52 |
| Charitable Contributions/Gifts | 50.00 | 9,751.50 |
| Purchase of Fixed Assets & Investments | | 78,295.95 |
| Advertising | 108.25 | 46,908.25 |
| Other - Unassigned | 450.00 | 64,529.65 |
| Bank Fees | 400.46 | 3,272.86 |
| Other - Process Server & Court Reporter(s) | 160.00 | 6,866.69 |
| Other - Filing Fees & Mediator Services | 1,938.60 | 35,537.42 |
| Other- Postage & Courier, Misc. | 430.00 | 1,845.03 |
| Other - BKR, Bar Assoc., Filing, Appearance & Server Fees | | 16,773.10 |
| **Total Business Disbursements** | 5,273.16 | 1,858,164.97 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | -8.60 | |

**MONTHLY OPERATING REPORT -
INDIVDUAL**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | • |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | • | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | • |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | • |
| 5. | Have any post-petition loans been received by the debtor from any party? | | • |
| 6. | Are any post-petition payroll taxes past due? | | • |
| 7. | Are any post-petition state or federal income taxes past due? | | • |
| 8. | Are any post-petition state or local sales taxes past due? | | • |
| 9. | Are any post-petition real estate taxes past due? | | • |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | • |
| 11. | Are any wage payments past due? | | • |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**
PNC convenience checking accounts opened to receive reimbursements for 3445 Santa Barbara project used for expenditures.
Chance & Anthem, LLC and Sympatico Equine Rescue, Inc. accounts utilized to pay some Debtor Expenses.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | • | |
| 2. | Are all premium payments current? | • | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| **TYPE of POLICY and CARRIER** | | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Auto - Geico on 2002 Ford Explorer and Mercedes 250 & 350 | | | monthly | 0 |
| Auto - American Collectors on 1981 Cadillac | | thru 1-12-18 | 0 | 0 |
| Auto - thru American Collectors on PWC | | thru 3-13-18 | 0 | 0 |
| Wind thru Citizens | | thru 12/17/2017 | 0 | 0 |
| Flood thru USAA | | thru 1-28-2018 | 0 | 0 |

Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: n/a

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Chase | Chase | | |
| Account Number: | ...0683 | ...2061 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | -8.60 | 720.49 | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | -8.60 | 720.49 | | |
| TOTAL OF ALL ACCOUNTS | | | | 711.89 |
| | | | | |

**Note:  Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach a copy of each investment account statement.**

Checks Outstanding - Business:
None

Checks Outstanding - Household:
None

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Chase |
|---|---|
| Account Number | ...2061 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Electronic and Other Withdrawals: | | | | |
| | 20-Jul | FPL | Utilities - Electric | 898.46 |
| | 20-Jul | Comcast | Utilities - Tel., Internet, TV | 715.51 |
| | 20-Jul | Sprint | Mobile Phones | 445.90 |
| | 27-Jul | Sympatico | Transfer | 50.00 |
| | 27-Jul | Chance & Anthem | Transfer | 250.00 |
| | 31-Jul | Chase | Bank Fees | 151.00 |
| | 1-Aug | Chance & Anthem | Transfer | 165.00 |
| | 14-Aug | Ally | Car Payment | 782.14 |
| | 17-Aug | Withdrawal | Misc. Expenses | 10.00 |
| | 18-Aug | Sprint | Mobile Phones | 435.24 |
| | 21-Aug | JMS Business Dip | Transfer | 50.00 |
| | 25-Aug | Sympatico | Transfer | 104.00 |
| | 31-Aug | Chase | Bank Fees | 182.00 |
| | 14-Sep | FPL | Utilities - Electric | 1024.86 |
| | 14-Sep | State Farm | Insurance - Automobile | 636.2 |
| | 30-Sep | Chase | Bank Fees | 166.00 |
| | 30-Sep | Chase | Adjust for Fee Refunds | -83.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 5,983.31 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Chase | |
|---|---|---|
| Account Number | ...0683 | |
| Purpose of Account (Business) | | Business |
| Type of Account (e.g., Checking) | Checking | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2569 | 24-Jul | Clerk of Court | Filing Fee | 403.00 |
| 2570 | 24-Jul | PB County Bar Assoc. | Sponsor Fees | 108.25 |
| 2571 | 14-Aug | Clerk of Court | Filing Fee | 185.00 |
| 2572 | 16-Aug | Siskind Legal Services | Misc. | 200.00 |
| 2573 | 17-Aug | PB Cty. Animal Control | Gift | 50.00 |
| 2574 | 18-Aug | Barry Ross | Process Server | 100.00 |
| 2575 | 18-Aug | Wayne Pollick | Process Server | 60.00 |
| | | | | |
| Electronic and Other Withdrawals: | | | | |
| | 18-Jul | Sympatico | Transfer | 120.00 |
| | 19-Jul | JMS Personal DIP | Transfer | 425.00 |
| | 24-Jul | Microsoft | Software | 8.25 |
| | 25-Jul | FLSB | Filing Fee | 310.00 |
| | 27-Jul | Chance & Anthem | Transfer | 50.00 |
| | 31-Jul | Chase | Bank Fees | 299.00 |
| | 1-Aug | Chance & Anthem | Transfer | 32.00 |
| | 8-Aug | Eportal | Filing Fee | 455.60 |
| | 8-Aug | Eportal | Filing Fee | 287.00 |
| | 14-Aug | Microsoft | Software Lease | 8.25 |
| | 21-Aug | Withdrawal | Misc. Expenses | 230.00 |
| | 23-Aug | JMS Personal DIP | Transfer | 735.00 |
| | 25-Aug | Chance & Anthem | Transfer | 100.00 |
| | 25-Aug | Sympatico | Transfer | 12.00 |
| | 29-Aug | Sympatico | Transfer | 160.00 |
| | 29-Aug | JMS Personal DIP | Transfer | 140.00 |
| | 31-Aug | Sympatico | Transfer | 58.00 |
| | 31-Aug | Chase | Bank Fees | 83.00 |
| | 8-Sep | FedLoan | Student Loan Payment | 61.10 |
| | 25-Sep | FLSB | Filing Fee | 298.00 |
| | 25-Sep | Microsoft | Software Lease | 8.25 |
| | 29-Sep | JMS Personal DIP | Transfer | 350.00 |
| | 30-Sep | Chase | Bank Fees | 132.00 |
| | 30-Sep | Chase | Adjust for Qtrly. Fee Refunds | -113.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 5,355.16 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month September |
|---|---|---|
| Accounts Receivable Beginning Balance | None | $            - |
| Plus:  Billings During the Month | None | |
| Less: Collections During the Month | None | |
| Adjustments or WriteOffs* | None | $            - |
| Accounts Receivable Ending Balance** | None | $            - |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month September |
|---|---|---|
| 0 - 30 Days | None | $            - |
| 31 - 60 Days | None | $            - |
| 61 - 90 Days | None | $            - |
| Over 90 Days | None | $            - |
| | | |
| Total Accounts Receivable** | None | $            - |

\*  Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | NONE | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | NONE | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | September | August | July |
| Accounts Payable Beginning Balance* | 0 | 0 | 0 |
| Plus:  New Indebtedness During the Month | 0 | 0 | 0 |
| Less: Amount Paid on Acct. Payables in Month | 0 | 0 | 0 |
| Adjustments or WriteOffs** | 0 | 0 | 0 |
| Accounts Payable Ending Balance | 0 | 0 | 0 |

\*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| unreportable due to missing records | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| Ally Financial | 391.07 | 0 | | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
Account Number:    00000███████0683



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00060481 DRE 021 210 21317 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

---

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$368.44** |
| Deposits and Additions | 7 | 1,800.54 |
| Checks Paid | 1 | -403.00 |
| Electronic Withdrawals | 5 | -913.25 |
| Fees | 3 | -83.00 |
| **Ending Balance** | **16** | **$32.85** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.00% |
| Interest Paid This Period | | $0.54 |
| Interest Paid Year-to-Date | | $0.54 |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | Online Transfer From Chk ...1866 Transaction#: 6376825440 | $1,000.00 |
| 07/24 | Refund of Monthly Service Fee Charged On 11/30/2015 | 15.00 |
| 07/24 | Refund of Monthly Service Fee Charged On 12/31/2015 | 15.00 |
| 07/24 | Refund of Monthly Service Fee Charged On 01/29/2016 | 15.00 |
| 07/24 | Deposit    1682658755 | 750.00 |
| 07/24 | Online Transfer From Chk ...6890 Transaction#: 6389624319 | 5.00 |
| 07/24 | Interest Adjustment Credit From Fee Refund | 0.54 |
| **Total Deposits and Additions** | | **$1,800.54** |


**CHASE** ⬡

July 01, 2017 through July 31, 2017

Account Number: 0000000██████0683

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2569 ^ | | 07/26 | $403.00 |
| **Total Checks Paid** | | | **$403.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | 07/18 Online Transfer To Chk ...3506 Transaction#: 6377519080 | $120.00 |
| 07/19 | 07/19 Online Transfer To Chk ...2061 Transaction#: 6379792930 | 425.00 |
| 07/24 | Microsoft 6041  EDI Paymnt         PPD ID: 1452684001 | 8.25 |
| 07/25 | Flsb Pymnt      Payment   0000        CCD ID: 0000860001 | 310.00 |
| 07/27 | 07/27 Online Transfer To Chk ...1866 Transaction#: 6397695692 | 50.00 |
| **Total Electronic Withdrawals** | | **$913.25** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Extended Overdraft Fee | $15.00 |
| 07/11 | Returned Item Fee For An Unpaid $350.00 Item - Details: Flsb Pymnt        Payment    0000 CCD ID: 0000860001 | 34.00 |
| 07/14 | Returned Item Fee For An Unpaid $8.25 Item - Details: Microsoft 6041  EDI Paymnt PPD ID: 1452684001 | 34.00 |
| **Total Fees** | | **$83.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/06 | -$383.44 |
| 07/11 | -417.44 |
| 07/14 | -451.44 |
| 07/18 | 428.56 |
| 07/19 | 3.56 |
| 07/24 | 795.85 |
| 07/25 | 465.85 |
| 07/26 | 82.85 |
| 07/27 | 32.85 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |



July 01, 2017 through July 31, 2017

Account Number: 0000001■■■0683

## SERVICE CHARGE SUMMARY _(continued)_

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



July 01, 2017 through July 31, 2017
Account Number:    00000█████0683

This Page Intentionally Left Blank


**CHASE**

JPMorgan Chase Bank, N.A:
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2017 through August 31, 2017

Account Number: **0000002⬛⬛0683**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00057055 DRE 021 210 24417 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938

---

**We updated our Deposit Account Agreement**

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review the Overdrafts ·section (General Account Terms, Section C) where we have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$32.85** |
| Deposits and Additions | 6 | 3,960.00 |
| Checks Paid | 6 | -703.25 |
| Electronic Withdrawals | 10 | -1,987.85 |
| Other Withdrawals | 2 | -1,230.00 |
| Fees | 10 | -299.00 |
| **Ending Balance** | **34** | **-$227.25** |
| Interest Paid Year-to-Date | | $0.54 |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | Deposit      1716486914 | $520.00 |
| 08/18 | Deposit      1682061073 | 1,000.00 |
| 08/21 | Online Transfer From Chk ...2061 Transaction#: 6459132220 | 50.00 |
| 08/23 | Deposit      1682208556 | 1,860.00 |
| 08/23 | Online Transfer From Chk ...1866 Transaction#: 6463491451 | 30.00 |
| 08/28 | Deposit      1683258683 | 500.00 |
| **Total Deposits and Additions** | | **$3,960.00** |



CHASE ❖

August 01, 2017 through August 31, 2017
Account Number:      0000002⬛⬛⬛0683

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2570 ^ | | 08/25 | $108.25 |
| 2571 ^ | | 08/17 | 185.00 |
| 2572 ^ | | 08/16 | 200.00 |
| 2573 ^ | | 08/22 | 50.00 |
| 2574 ^ | | 08/31 | 100.00 |
| 2575 ^ | | 08/31 | 60.00 |
| **Total Checks Paid** | | | **$703.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | 08/01 Online Transfer To Chk ...1866 Transaction# 6412089878 | $32.00 |
| 08/08 | Eportal Filing  23466      16849903      Web ID: 6593660274 | 455.60 |
| 08/08 | Eportal Filing  23466      16863108      Web ID: 6593660274 | 287.00 |
| 08/14 | Microsoft 6041   EDI Paymnt            PPD ID: 1452684001 | 8.25 |
| 08/23 | 08/23 Online Transfer To Chk ...2061 Transaction# 6463489860 | 735.00 |
| 08/25 | 08/25 Online Transfer To Chk ...1866 Transaction# 6467679498 | 100.00 |
| 08/25 | 08/25 Online Transfer To Chk ...3506 Transaction# 6469953786 | 12.00 |
| 08/29 | 08/29 Online Transfer To Chk ...3506 Transaction# 6477622077 | 160.00 |
| 08/29 | 08/29 Online Transfer To Chk ...2061 Transaction# 6477623212 | 140.00 |
| 08/31 | 08/31 Online Transfer To Chk ...3506 Transaction# 6483424332 | 58.00 |
| **Total Electronic Withdrawals** | | **$1,987.85** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | 08/19 Withdrawal | $230.00 |
| 08/22 | Deposited Item Returned      NSF 1St      099003940                      # of | 1,000.00 |
| | Items00001Ck#:0000073100                      Dep Amt0000100000            Dep | |
| | Date081817Ck Amt0000100000                                              Svc | |
| | Fee001200 | |
| **Total Other Withdrawals** | | **$1,230.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | Insufficient Funds Fee For A $287.00 Item - Details: Eportal Filing   23466        16863108 | $34.00 |
| | Web ID: 6593660274 | |
| 08/14 | Insufficient Funds Fee For A $8.25 Item - Details: Microsoft 6041   EDI Paymnt               PPD | 34.00 |
| | ID: 1452684001 | |
| 08/15 | Extended Overdraft Fee | 15.00 |
| 08/16 | Insufficient Funds Fee For Check #2572 IN The Amount of $200.00 | 34.00 |
| 08/17 | Insufficient Funds Fee For Check #2571 IN The Amount of $185.00 | 34.00 |
| 08/22 | Deposit Item Returned Fee: 01 NSF 1St            099003940                      # of | 12.00 |
| | Items00001Ck#:0000073100                      Dep Amt0000100000            Dep | |
| | Date081817Ck Amt0000001200                                              Svc | |
| | Fee001200 | |
| 08/22 | Insufficient Funds Fee For Check #2573 IN The Amount of $50.00 | 34.00 |



August 01, 2017 through August 31, 2017
Account Number: 000000█████0683

## FEES (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/25 | Insufficient Funds Fee For Check #2570 IN The Amount of $108.25 | 34.00 |
| 08/31 | Insufficient Funds Fee For Check #2574 IN The Amount of $100.00 | 34.00 |
| 08/31 | Insufficient Funds Fee For Check #2575 IN The Amount of $60.00 | 34.00 |
| **Total Fees** | | **$299.00** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/01 | $0.85 | 08/16 | -547.00 | 08/23 | 113.00 |
| 08/07 | 520.85 | 08/17 | -766.00 | 08/25 | -141.25 |
| 08/08 | -255.75 | 08/18 | 234.00 | 08/28 | 358.75 |
| 08/14 | -298.00 | 08/21 | 54.00 | 08/29 | 58.75 |
| 08/15 | -313.00 | 08/22 | -1,042.00 | 08/31 | -227.25 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 4 |
| Deposited Items | 3 |
| **Transaction Total** | **17** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|-----------------|--------|
| Cash Deposits Immediate Verification | $1,930.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,930.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |



**CHASE** ⬣

August 01, 2017 through August 31, 2017

Account Number: 00000⬛⬛⬛⬛⬛0683

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2017 through September 29, 2017

Account Number:    0000001⬛⬛0683

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00059768 DRE 021 210 27317 NNNNNNNNNNN  1 000000000 63 0000

JEFFREY M SISKIND
DBA SISKIND LEGAL
13-13096 \GENERAL DIP ACCOUNT
525 S FLAGLER DR STE 500
WEST PALM BEACH FL 33401-5938



---

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$227.25** |
| Deposits and Additions | 3 | 1,068.00 |
| Electronic Withdrawals | 4 | -717.35 |
| Fees | 5 | -132.00 |
| **Ending Balance** | **12** | **-$8.60** |
| Interest Paid Year-to-Date | | $0.54 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | Refund of Returned Item Fee Charged On 09/15/2017 | $34.00 |
| 09/21 | Refund of Returned Item Fee Charged On 09/20/2017 | 34.00 |
| 09/25 | Deposit    1728615127 | 1,000.00 |
| **Total Deposits and Additions** | | **$1,068.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Fedloanservicing Stdnt Loan 6M2Blf40MN1    Tel ID: 9102000803 | $61.10 |
| 09/25 | Flsb Pymnt    Retry Pymt 0000    CCD ID: 0000860001 | 298.00 |
| 09/25 | Microsoft 6041  EDI Paymnt    PPD ID: 1452684001 | 8.25 |
| 09/29 | 09/29 Online Transfer To Chk ...2061 Transaction# 6555226319 | 350.00 |
| **Total Electronic Withdrawals** | | **$717.35** |



September 01, 2017 through September 29, 2017
Account Number:    000000████0683

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Insufficient Funds Fee For A $61.10 Item - Details: Fedloanservicing Stdnt Loan 6M2Blf40MN1 Tel ID: 9102000803 | $34.00 |
| 09/08 | Extended Overdraft Fee | 15.00 |
| 09/15 | Returned Item Fee For An Unpaid $8.25 Item - Details: Microsoft 6041   EDI Paymnt PPD ID: 1452684001 | 34.00 |
| 09/20 | Returned Item Fee For An Unpaid $298.00 Item - Details: Flsb Pymnt        Payment    0000 CCD ID: 0000860001 | 34.00 |
| 09/29 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$132.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/08 | -$337.35 |
| 09/15 | -371.35 |
| 09/18 | -337.35 |
| 09/20 | -371.35 |
| 09/21 | -337.35 |
| 09/25 | 356.40 |
| 09/29 | -8.60 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was  -$207.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was -$215.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $49.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$15.00** |

.



September 01, 2017 through September 29, 2017

Account Number: 000000█████0683



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



**CHASE** ◆
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
Account Number: 00000■■■■■2061



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00157900 DRE 021 219 21317 NNNNNNNNNNN 1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

---

## CHECKING SUMMARY  Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | -$233.30 |
| Deposits and Additions | 4 | 4,755.00 |
| Checks Paid | 3 | -1,825.00 |
| Electronic Withdrawals | 5 | -2,359.87 |
| Other Withdrawals | 1 | -20.00 |
| Fees | 5 | -151.00 |
| **Ending Balance** | **18** | **$165.83** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | Online Transfer From Chk ...1866 Transaction#: 6376828697 | $1,500.00 |
| 07/19 | Online Transfer From Chk ...0683 Transaction#: 6379792930 | 425.00 |
| 07/20 | Online Transfer From Chk ...3506 Transaction#: 6382198360 | 80.00 |
| 07/24 | Deposit     1682658756 | 2,750.00 |
| **Total Deposits and Additions** | | **$4,755.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1398  ^ | | 07/25 | $325.00 |
| 1399  ^ | | 07/19 | 300.00 |
| 1400  ^ | | 07/24 | 1,200.00 |
| **Total Checks Paid** | | | **$1,825.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.


CHASE

July 01, 2017 through July 31, 2017

Account Number:    000000⬛⬛⬛2061

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/20 | Fpl Direct Debit Elec Pymt  1498796067 Webi Web ID: 3590247775 | $898.46 |
| 07/20 | Comcast      Cable    7439043       Web ID: 0000213249 | 715.51 |
| 07/20 | Sprint8006396111 Retry Pymt          PPD ID: 2521616695 | 445.90 |
| 07/27 | 07/27 Online Transfer To Chk ...3506 Transaction#: 6397698262 | 50.00 |
| 07/27 | 07/27 Online Transfer To Chk ...1866 Transaction#: 6398450793 | 250.00 |
| **Total Electronic Withdrawals** | | **$2,359.87** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/27 | 07/27 Withdrawal | $20.00 |
| **Total Other Withdrawals** | | **$20.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/07 | Extended Overdraft Fee | $15.00 |
| 07/17 | Returned Item Fee For An Unpaid $445.90 Item - Details: Sprint8006396111 Achbillpay PPD ID: 2521616695 | 34.00 |
| 07/17 | Returned Item Fee For An Unpaid $410.62 Item - Details: Ally      Ally Paymt 673926118154031 Web ID: 9833122002 | 34.00 |
| 07/20 | Insufficient Funds Fee For A $715.51 Item - Details: Comcast      Cable    7439043 Web ID: 0000213249 | 34.00 |
| 07/20 | Insufficient Funds Fee For A $445.90 Item - Details: Sprint8006396111 Retry Pymt PPD ID: 2521616695 | 34.00 |
| **Total Fees** | | **$151.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/07 | -$248.30 |
| 07/17 | -316.30 |
| 07/18 | 1,183.70 |
| 07/19 | 1,308.70 |
| 07/20 | -739.17 |
| 07/24 | 810.83 |
| 07/25 | 485.83 |
| 07/27 | 165.83 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **9** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



July 01, 2017 through July 31, 2017
Account Number:    000000▮▮▮2061

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC





July 01, 2017 through July 31, 2017
Account Number:    000000█████2061

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2017 through August 31, 2017
Account Number:    0000001███2061



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00155072 DRE 021 219 24417 NNNNNNNNNNN  1 000000000 61 0000
JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269

## We updated our Deposit Account Agreement

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review the Overdrafts section (General Account Terms, Section C) where we have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$165.83** |
| Deposits and Additions | 4 | 2,575.00 |
| Checks Paid | 4 | -797.90 |
| Electronic Withdrawals | 5 | -1,536.38 |
| Other Withdrawals | 2 | -510.00 |
| Fees | 6 | -182.00 |
| **Ending Balance** | **21** | **-$285.45** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Deposit    1683325775 | $1,200.00 |
| 08/18 | Deposit    1682061074 | 500.00 |
| 08/23 | Online Transfer From Chk ...0683 Transaction#: 6463489860 | 735.00 |
| 08/29 | Online Transfer From Chk ...0683 Transaction#: 6477623212 | 140.00 |
| **Total Deposits and Additions** | | **$2,575.00** |

 **CHASE**

August 01, 2017 through August 31, 2017

Account Number:    **000000██████2061**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1401   ^ | | 08/16 | $340.00 |
| 1403  * ^ | | 08/28 | 100.00 |
| 1404   ^ | | 08/29 | 257.90 |
| 206402  * ^ | | 08/21 | 100.00 |
| **Total Checks Paid** | | | **$797.90** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/01 | 08/01 Online Transfer To Chk ...1866 Transaction#: 6412091053 | $165.00 |
| 08/14 | Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | 782.14 |
| 08/18 | Sprint8006396111 Retry Pymt          PPD ID: 2521616695 | 435.24 |
| 08/21 | 08/21 Online Transfer To Chk ...0683 Transaction#: 6459132220 | 50.00 |
| 08/25 | 08/25 Online Transfer To Chk ...3506 Transaction#: 6469952656 | 104.00 |
| **Total Electronic Withdrawals** | | **$1,536.38** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/17 | 08/17 Withdrawal | $10.00 |
| 08/22 | Deposited Item Returned          NSF 1St          099003939                              # of          500.00 |
| | Items00001Ck#:0000073100                       Dep Amt0000050000          Dep | |
| | Date081817Ck Amt0000050000                                                   Svc | |
| | Fee001200 | |
| **Total Other Withdrawals** | | **$510.00** |

Note: The "Other Withdrawals" 08/22 row amount is 500.00.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Insufficient Funds Fee For A $782.14 Item - Details: Ally          Ally Paymt 67392611815403I Web ID: 9833122002 | $34.00 |
| 08/15 | Returned Item Fee For An Unpaid Check #1401 IN The Amount of $340.00 | 34.00 |
| 08/21 | Insufficient Funds Fee For Check #206402 IN The Amount of $100.00 | 34.00 |
| 08/22 | Deposit Item Returned Fee: 01 NSF 1St          099003939                              # of          12.00 |
| | Items00001Ck#:0000073100                       Dep Amt0000050000          Dep | |
| | Date081817Ck Amt0000001200                                                   Svc | |
| | Fee001200 | |
| 08/28 | Insufficient Funds Fee For Check #1403 IN The Amount of $100.00 | 34.00 |
| 08/29 | Insufficient Funds Fee For Check #1404 IN The Amount of $257 90 | 34.00 |
| **Total Fees** | | **$182.00** |



August 01, 2017 through August 31, 2017
Account Number: 000000██████2061

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/01 | $0.83 | 08/17 | 0.69 | 08/23 | 104.45 |
| 08/14 | -815.31 | 08/18 | 65.45 | 08/25 | 0.45 |
| 08/15 | -849.31 | 08/21 | -118.55 | 08/28 | -133.55 |
| 08/16 | 10.69 | 08/22 | -630.55 | 08/29 | -285.45 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Transaction Total** | **10** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,200.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,200.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

---



This Page Intentionally Left Blank



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2017 through September 29, 2017

Account Number:    000000●●●●●2061

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00156800 DRE 021 219 27317 NNNNNNNNNNN  1 000000000 61 0000

JEFFREY M SISKIND DIP
13-13096 PERSONAL DIP ACCOUNT
CASE #13-13096-PGH  .
3465 SANTA BARBARA DR
WELLINGTON FL 33414-7269



## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$285.45** |
| Deposits and Additions | 6 | 2,833.00 |
| Electronic Withdrawals | 2 | -1,661.06 |
| Fees | 6 | -166.00 |
| **Ending Balance** | **14** | **$720.49** |

The monthly service fee for this account was waived because you used at least $50.00 in other checking services during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | Deposit    1683268826 | $1,400.00 |
| 09/15 | Refund of Insufficient Funds Fee Charged On 09/14/2017 | 34.00 |
| 09/22 | Refund of Extended Overdraft Fee Charged On 09/21/2017 | 15.00 |
| 09/28 | Deposit    1728615128 | 1,000.00 |
| 09/29 | Refund of Returned Item Fee Charged On 09/28/2107 | 34.00 |
| 09/29 | Online Transfer From Chk ...0683 Transaction#: 6555226319 | 350.00 |
| **Total Deposits and Additions** | | **$2,833.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | Fpl Direct Debit Elec Pymt  1498796067 Webi Web ID: 3590247775 | $1,024.86 |
| 09/14 | State Farm Ro 08 Cpc-Client 19 S 1214445819 CCD ID: 9000313004 | 636.20 |
| **Total Electronic Withdrawals** | | **$1,661.06** |



September 01, 2017 through September 29, 2017
Account Number:   0000008████2061

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | Extended Overdraft Fee | $15.00 |
| 09/06 | Returned Item Fee For An Unpaid $1,024.86 Item - Details: Fpl Direct Debit Elec Pymt 1498796067 Webi Web ID: 3590247775 | 34.00 |
| 09/06 | Returned Item Fee For An Unpaid Check #1405 IN The Amount of $777.92 | 34.00 |
| 09/14 | Insufficient Funds Fee For A $636.20 Item - Details: State Farm Ro 08 Cpc-Client 19 S 1214445819 CCD ID: 9000313004 | 34.00 |
| 09/21 | Extended Overdraft Fee | 15.00 |
| 09/28 | Returned Item Fee For An Unpaid $668.43 Item - Details: Comcast        Cable Svc  3084638 Tel ID: 0000213249 | 34.00 |
| **Total Fees** | | **$166.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/05 | -$300.45 |
| 09/06 | -368.45 |
| 09/13 | 1,031.55 |
| 09/14 | -663.51 |
| 09/15 | -629.51 |
| 09/21 | -644.51 |
| 09/22 | -629.51 |
| 09/28 | 336.49 |
| 09/29 | 720.49 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,400.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,400.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |



September 01, 2017 through September 29, 2017

Account Number:    000000████2061



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** 

This Page Intentionally Left Blank