## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In Re:

JEFFREY MARC SISKIND,                              Case No.: 13-13096-PGH

    Debtor.                                              Chapter 11
_____/

## MOTION TO WITHDRAW

David Lloyd Merrill, Esq., moves this Court to withdraw as counsel for Debtor, JEFFREY MARC SISKIND ("Debtor"), and as grounds therefor, states as follows:

1. David Lloyd Merrill, Esq. has appeared in this case operating as co-counsel for Debtor.

2. David Lloyd Merrill, Esq. is not able to operate in a typical representative manner herein (and has not been able to do so in some time) making the filing of this motion necessary.

3. No prejudice will inure to Debtor or any of the parties by the granting of this motion, as this action is not at issue.

4. All future motions and orders in the bankruptcy case shall be sent to Debtor, Jeffrey M. Siskind, at 3465 Santa Barbara Drive, Wellington, FL 33414.

WHEREFORE, David Lloyd Merrill, Esq. seeks the entry of an Order authorizing him to withdraw as counsel for Debtor and relieving him of all future responsibilities in the bankruptcy proceeding herein and awarding such other and further relief as is just, equitable and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished via electronic and U.S. Mail to all interested parties this 14th day of March, 2018.

**THE ASSOCIATES**

By: */s/ David Lloyd Merrill, Esq.*
DAVID LLOYD MERRILL, Esq.
Florida Bar No. 99155
105 S Narcissus Ave, Suite 802
West Palm Beach, FL 33401
(o) +1.561.877.1111
(f) +1.772.409.6749
dlmerrill@theassociates.com
Attorneys for Debtor