**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-13096-PGH |
| JEFFREY MARC SISKIND, | Chapter 11 |
| Debtor._____/ | |

**MOTION FOR RULE 9011 SANCTIONS SUPPLEMENTAL TO EMERGENCY MOTION TO TRANSFER VENUE OF RELATED CASE TO THE SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION AND FOR STAY OF RELATED CHAPTER 7 PROCEEDINGS IN THE DISTRICT OF MARYLAND PENDING JUDICIAL DETERMINATION PURUSUANT TO BANKRUPTCY RULE 1014(b)**
[re: ECF No. 695]

Creditors, Christopher George, 3485 Lago De Talavera Trust, David Fiore, Richard Fairchild, Frederick Volkwein and Robert Gibson, through their undersigned counsel, and pursuant to 11 U.S.C. §105, Bankruptcy Rules 9011 and 9013 and Local Rules 9011-4 and 9013-1, hereby files their Motion for Sanctions Supplemental to Creditors' *Emergency Motion Transfer Venue of Related Case to the Southern District of Florida, West Palm Beach Division and for Stay of Related Chapter 7 Proceedings in the District of Maryland Pending Judicial Determination Pursuant to Bankruptcy Rule 1014(b),* and states:

1.   The filing of the Chance & Anthem, LLC Chapter 7 Petition in the District of Maryland by the Debtor herein falls within the purview of Rule 9011(b) and does not, therefore, require 21-days' notice as provided in Rule 9011(c)(1)(A).

2.   Consistent with the law and circumstances as set forth in *In re Pannell*, 253 B.R. 216, 2000 U.S. Dist. LEXIS 16118, Bankr. L. Rep. (CCH) P78, 303 (Distr. Ct. Ohio, S.D. 2000), the Debtor's filing of the Chance & Anthem, LLC bankruptcy petition in the District of Maryland was for the improper purposes of causing delay in the state court proceedings between certain creditors herein and to cause unnecessary delay and inconvenience to the Florida creditors scheduled by Debtor in those proceedings.

It should be presumed that the Maryland proceedings have also caused unnecessary expense and inconvenience to the Chapter 7 Trustee and the Bankruptcy Court for the District of Maryland that could have been avoided but for the Debtor's improvident filing of the Maryland Chapter 7 Petition. As set forth in *In re Pannell,* Supra at page 219, "…even a modest amount of research" should have been sufficient for the Debtor herein to know that such a filing was entirely improper pursuant to 28 U.S.C. §1408.

**WHEREFORE**, Creditors respectfully request imposition of sanctions against the Debtor, Jeffrey M. Siskind, pursuant to Rule 9011 and 11 U.S.C. §105 and for such other relief as this Court deems appropriate.

**Dated: March 15, 2018**                                   Respectfully submitted,

**McLAUGHLIN & STERN PLLC**
CityPlace Office Tower – Suite 1700
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020 Ext. 3027
*Counsel for Creditors Richard Fairchild, Christopher George, 3485 Lago De Talavera Trust, David Fiore, Frederick Volkwein and Robert Gibson*

By: /s/ *Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Florida Bar No. 348619

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished this 15th day of March, 2018, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system in addition to all interested parties as shown on the attached Court's Mailing Matrix.

By: /s/ *Steven S. Newburgh*
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

## **SERVICE LIST**

**Mailing Information for Case 13-13096-PGH**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John C. Brock    jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Stephen P. Drobny    sdrobny@joneswalker.com, tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@joneswalker.com;mvelapoldi@joneswalker.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jed L Frankel    jfrankel@eisingerlaw.com, sorta@eisingerlaw.com
- Daniel L. Gold    dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com
- Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
- Teresa M Hair    FloridaBKLegal@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com
- Joshua T Hauserman    joshua@hlgflorida.com, jessica@hlgflorida.com
- Nicole Grimal Helmstetter    ngh@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com
- Anthony Kang    Anthony.kang@saul.com
- Michael D Lessne    mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Eugene R Martell    emartell@lenderlegal.com
- Orfelia M Mayor    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Brian K. McMahon    briankmcmahon@gmail.com, irizarryelise1@gmail.com
- David L. Merrill    dlmerrill@theassociates.com, zcastro@theassociates.com;trosa@theassociates.com;zrodriguez@theassociates.com
- Larry M Mesches    lmesches@kmjlawgroup.com, service@kmjlawgroup.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert M Peery    rpeery@sterneisenberg.com, rmarkpeeryesq@gmail.com
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- Anila Rasul    arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- Thomas E Rossin    ter@stjohnrossin.com, linda@stjohnrossin.com
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com

4

- Joseph B Towne    jtowne@lenderlegal.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    Michael Brown, Esq.
    2620 Lake Shore Dr #100
    Riviera Beach, FL 33404

    CS Equities Inc
    c/o William Siskind
    Belize Place
    Wellington, FL 33414

    Sara Dozier
    c/o Michael Brown Esq
    2620 Lake Shore Dr #100
    Riveria Beach, FL 33404

    Miriam M. Siskind Trust
    c/o William L. Siskind Trustee
    8373 Belize Place
    Wellington, FL 33414

    OptimumBank
    2477 E. Commercial Blvd
    Fort Lauderdale, FL 33308

    Recovery Management Systems Corp
    25 SE 2 Ave #1120
    Miami, FL 33131

    William L. Siskind
    3485 Lago De Talavera
    Wellington, FL 33467