

**ORDERED in the Southern District of Florida on March 19, 2018.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourts.gov

In Re:
JEFFREY MARC SISKIND,                                   Case No.: 13-13096-PGH

      Debtor.                                                   Chapter 11
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

THIS CAUSE having come before the court on March 16, 2018 at 9:30 a.m. (hearing held *sua sponte*) upon the *Motion to Withdraw* filed by David Lloyd Merrill, Esq. [DE #714] and the court having reviewed the file and the Motion and noting that the Debtor, Jeffrey Siskind, has filed a *Consent to Withdrawal* [DE #716], and the court having heard the argument of counsel and being otherwise fully advised in the premises does hereby

**ORDER and ADJUDGE as follows:**

1.    The Motion is GRANTED and David Lloyd Merrill, Esquire shall have no

further responsibilities in this case.

2.    All future motions and orders in the bankruptcy case shall be sent to Debtor, Jeffrey M. Siskind, at 3465 Santa Barbara Drive, Wellington, FL 33414, who, as co-counsel, is already fully advised of the current pending motions herein.

3.    Any hearing set herein is hereby CANCELLED.

**###**

*David Lloyd Merrill, Esquire is hereby directed to serve a copy of this order to all parties in accordance with the Local Rules immediately upon receipt.*