## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          Case No. 13-13096-PGH

JEFFREY MARC SISKIND,                           Chapter 11

_____Debtor._____/

## <u>DEBTOR'S OBJECTION TO PROOFS OF CLAIM NOS. 22 & 23</u>

COMES NOW the Debtor, by and through undersigned counsel, and objects to two Proofs of Claim filed today by Dianna George, Christopher George et al. and states:

1.      These purported post-petition creditors are Plaintiffs in a state court suit, within which they claim that Debtor converted money which belongs to them.

2.      Contrary to those state court allegations now made by said claimants, but which were originally alleged to have been assigned to David Fiore, the owner of a strip club where a semi-automatic rifle recently 'fell off the shelf' and killed a handyman working in the next room, Debtor does not owe either claimant any money.

3.      As shown by two promissory notes which were initialed by Christopher George and filed in the state court case, Christopher George loaned $2,000,000 to Sovereign Gaming & Entertainment, LLC ("Sovereign") from a tax refund which he received from the USIRS.  The USIRS currently has a tax lien against him for more than $10,000,000.

4.      None of this tax refund ever belonged to Dianna George, as shown by a copy of the USIRS refund check which was made payable solely to Christopher George.  Dianna George, who worked as a stripper, merely transferred said funds to Debtor's IOTA account upon instruction of and on behalf of Christopher George pursuant to a power of attorney,

5.      Christopher George, one of the two infamous Palm Beach County 'pill mill' twins, could not transfer the tax refund money himself because was incarcerated in an Atlanta

federal prison, and remains incarcerated in Miami federal prison to this day.

6.      These claims are known to be false claims by these claimants, who originally brought suit in state court in 2016 against Debtor, Sovereign and others, but have yet to file a complaint which can sustain motions to dismiss because the plaintiffs have made meritless and contradictory allegations.|

7.      For the reasons hereinabove stated, these claims are also known to be false claims be Steven Newburgh, who enrolled these state court claimants in an effort to obtain legal and associated fees for himself and Robert Gibson, who provides Newburgh with investigative services, but neither of which explained to claimants that their representation could at best only result in obtaining recovery of their own fee-driven administrative claims, and no resulting recovery for any represented claimant.

WHEREFORE, Debtor hereby objects to said Proofs of Claim No. 22 and 23, and demands that they be stricken.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esquire
S I S K I N D   L E G A L
*Attorney for Debtor*
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
jeffsiskind@msn.com

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing objection will be electronically mailed by CM/ECF upon the filing hereof on March 23, 2018 to the following:

John C. Brock, Esq. on behalf of Creditor U.S. Bank National Association
jbrock@solomonlaw.com, bankruptcy@solomonlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor HSBC Bank USA, N.A.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Stephen P. Drobny, Esq. on behalf of Plaintiff Optimumbank
sdrobny@joneswalker.com,
tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@j
oneswalker.com;mvelapoldi@joneswalker.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jed L Frankel on behalf of Creditor Ocean Reef Community Association, Inc.
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Daniel L. Gold, Esq. on behalf of Creditor HSBC Bank USA, N.A.
dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com

Brian M Guertin on behalf of Creditor JPMorgan Chase Bank N.A
bk@exllegal.com, guertin.brian@yahoo.com

Teresa M Hair on behalf of Creditor HSBC Bank USA, National Association as Trustee for
Nomura Home Equity Loan, Inc., Asset Backed Certificates, Series 2007-1
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Joshua T Hauserman on behalf of Creditor OB Real Estate Holdings 1732, LLC
joshua@hlgflorida.com, jessica@hlgflorida.com

Nicole Grimal Helmstetter on behalf of Creditor HSBC Bank USA, N.A.
ngh@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com

Anthony Kang on behalf of Creditor Trump Plaza of the Palm Beaches Condominium
Association, Inc.
Anthony.kang@saul.com

Michael D Lessne on behalf of Interested Party JPMorgan Chase Bank, N.A.
mlessne@broadandcassel.com, jphillips@broadandcassel.com

Eugene R Martell on behalf of Creditor Christiana Trust
emartell@lenderlegal.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ec
f.inforuptcy.com

Brian K. McMahon, Esq. on behalf of Attorney Brian K McMahon
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Creditor Belmar Winds Inc
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Belmar Winds Inc
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Teresa Santalucia
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Varoujan Khorozian
briankmcmahon@gmail.com, irizarryelise1@gmail.com

David L. Merrill, Esq. on behalf of Debtor Jeffrey Marc Siskind
dlmerrill@theassociates.com,
ecf@theassociates.com;zcastro@theassociates.com;ecfmerrillpa@gmail.com;dmaharrey@theass
ociates.com

Larry M Mesches on behalf of Creditor Trisun Financial Group, LLC
lmesches@kmjlawgroup.com, service@kmjlawgroup.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Fredrick Volkwein
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Richard Fairchild
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Robert Gibson
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party AXYS TCP, LLC
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert M Peery on behalf of Creditor U.S. Bank National Association
rpeery@sterneisenberg.com, rmarkpeeryesq@gmail.com

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank N.A
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Anila Rasul on behalf of Creditor US BANK, N.A., et al
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Alexis S Read on behalf of Creditor World Springs 888 International, LLC
alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com

Harry J Ross, Esq on behalf of Mediator Harry J Ross
hross@hjrlaw.com, jerri@hjrlaw.com

Thomas E Rossin on behalf of Creditor Fiore at the Gardens Condominium Association, Inc.
ter@stjohnrossin.com, linda@stjohnrossin.com

Jeffrey M Siskind on behalf of Debtor Jeffrey Marc Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant TP5 LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Plaintiff Jeffrey Marc Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Joseph B Towne on behalf of Creditor Christiana Trust
jtowne@lenderlegal.com


        In addition to electronic service set forth above, non CM/ECF creditors required to be
served were noticed by U.S. Mail at address(es) which appear on the attached mailing matrix.


                    ____/s/ Jeffrey M. Siskind____
                        Jeffrey M. Siskind, Esquire