**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                               Case No. 13-13096-PGH

**JEFFREY MARC SISKIND,**                                          Chapter 11

    Debtor.
_____/

**NOTICE OF FILING PROPOSED ORDER ON CREDITOR'S EMERGENCY MOTION TO TRANSFER VENUE OF RELATED CASE AND FOR STAY OF RELATED CHAPTER 7 PROCEEDINGS IN THE DISTRICT OF MARYLAND PENDING JUDICIAL DETERMINATION**
[re ECF No.695]

PLEASE TAKE NOTICE of the filing of the attached *Proposed Order On Creditor's Emergency Motion to Transfer Venue of Related Case and for Stay of Related Chapter 7 Proceedings on the District Of Maryland Pending Judicial Determination* in support of Creditor's Emergency Motion to Transfer Venue of Related Case and for Stay of Related Chapter 7 Proceedings in the District of Maryland Pending Judicial Determination [ECF No. 695] currently pending before this Court.

| | |
|---|---|
| **Dated: April 5, 2018** | Respectfully submitted, |
| | **McLAUGHLIN & STERN PLLC**<br>CityPlace Office Tower – Suite 1700<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401<br>Tel: (561) 659-4020 Ext. 3027<br>*Counsel for Creditors Frederick P. Volkwein, David Fiore, 3485 Lago De Talavera Trust, Christopher George*<br><br>By: /s/ *Steven S. Newburgh*<br>    STEVEN S. NEWBURGH, ESQ.<br>    Florida Bar No. 348619 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished this  5th day of April, 2018, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system in addition to all interested parties as shown on the attached Court's Mailing Matrix and by U.S. Mail, postage prepaid to the Maryland Chapter 7 Trustee for Chance & Anthem, LLC, George W. Liebmann, Liebmann & Shively, P.A., 8 W. Hamilton Street, Baltimore, MD 21201 (and via email to Gliebmann@lspa.comcastbiz.net) and to The Office of the United States Trustee for the District of Maryland, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201 with a courtesy copy via email to the Assistant U.S. Trustee, Hugh M. Bernstein, Esq. (hugh.m.bernstein@usdoj.gov) and to the Office of the U.S. Trustee for Region 21, Steven R. Turner and Heidi A. Feinman, Esq., 51 S.W. First Avenue, Room 1204, Miami, FL 33130 with courtesy email to Heidi A. Feinman, Esq. (Heidi.A.Feinman@usdoj.gov.).

        By:  /s/ *Steven S. Newburgh*  
           STEVEN S. NEWBURGH, ESQ.  
           Florida Bar No. 348619

## **SERVICE LIST**

## **Mailing Information for Case 13-13096-PGH**

## **Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John C. Brock    jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Stephen P. Drobny    sdrobny@joneswalker.com, tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@joneswalker.com;mvelapoldi@joneswalker.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jed L Frankel    jfrankel@eisingerlaw.com, sorta@eisingerlaw.com
- Daniel L. Gold    dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com
- Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
- Teresa M Hair    FloridaBKLegal@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com
- Joshua T Hauserman    joshua@hlgflorida.com, jessica@hlgflorida.com
- Nicole Grimal Helmstetter    ngh@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com
- Anthony Kang    Anthony.kang@saul.com
- Michael D Lessne    mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Eugene R Martell    emartell@lenderlegal.com
- Orfelia M Mayor    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Brian K. McMahon    briankmcmahon@gmail.com, irizarryelise1@gmail.com
- Larry M Mesches    lmesches@kmjlawgroup.com, service@kmjlawgroup.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert M Peery    rpeery@sterneisenberg.com, rmarkpeeryesq@gmail.com
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- Anila Rasul    arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- Thomas E Rossin    ter@stjohnrossin.com, linda@stjohnrossin.com
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Joseph B Towne    jtowne@lenderlegal.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

>Michael Brown, Esq.
>2620 Lake Shore Dr #100
>Riviera Beach, FL 33404
>
>CS Equities Inc
>c/o William Siskind
>Belize Place
>Wellington, FL 33414
>
>Sara Dozier
>c/o Michael Brown Esq
>2620 Lake Shore Dr #100
>Riveria Beach, FL 33404
>
>Miriam M. Siskind Trust
>c/o William L. Siskind Trustee
>8373 Belize Place
>Wellington, FL 33414
>
>OptimumBank
>2477 E. Commercial Blvd
>Fort Lauderdale, FL 33308
>
>Recovery Management Systems Corp
>25 SE 2 Ave #1120
>Miami, FL 33131
>
>William L. Siskind
>3485 Lago De Talavera
>Wellington, FL 33467

**Mailing Information for Case 18-11168**

**Electronic Mail Notice List - Parties in the case only**

- Robert Grossbart    robert@grossbartlaw.com, debra@grossbartlaw.com
- George W. Liebmann    gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net;stifft@lspa.comcastbiz.net
- George W. Liebmann    Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net;MD25@ecfcbis.com;stifft@lspa.comcastbiz.net
- Steven S. Newburgh    snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com
- Orbie R. Shively    oshively@lspa.comcastbiz.net
- Jeffrey Marc Siskind    jeffsiskind@msn.com, jeffsiskind@gmail.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

    Steven S. Newburgh
    McLaughlin & Stern PLLC
    City Place Office Tower
    525 Okeechobee Blvd, Suite 1700
    West Palm Beach, FL 33401