**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                              Case No. 13-13096-PGH

**JEFFREY MARC SISKIND,**                                           Chapter 11

    **Debtor.**
_____/

**RESPONSE TO DEBTOR'S MOTION FOR SANCTIONS UNDER RULE 9011(B) AND BANKRUPTCY CODE SECTION 105 FOR ATTORNEY MISCONDUCT AGAINST STEVEN NEWBURGH**
[re: ECF No. 753]

    Interested Party, Steven Newburgh, hereby files his response to Debtor's Motion for Sanctions under Rule 9011(b) and Bankruptcy Code Section 105 for Attorney Misconduct Against Steven Newburgh and states:

    1.    Debtor states that the motion is filed pursuant to Rule 9011(b) and Bankruptcy Code Section 105.

    2.    Debtor failed to comply with the mandatory "safe harbor" requirement pursuant to Rule 9011(c)(1)(A).  Accordingly, no relief is available to the Debtor pursuant to Rule 9011.

    3.    Debtor recites additional authority for his sanctions motion as "Bankruptcy Code Section 105" but a review of the motion indicates, at paragraph 10, as follows: "The Court should sanction Newburgh upon finding that his intentional effort to mislead the Court *violates both 9011(b) and the prohibitions against acting in bad faith contained in Section 105 of the U.S. Bankruptcy Code.*"  (emphasis furnished).  11 U.S.C. § 105 contains no such "prohibition against acting in bad faith".

    4.    Ironically, it is the Debtor who misled the Court and the parties by knowingly concealing the fact that the Debtor himself filed a motion in the ill-fated Maryland CannaMed proceedings entitled "Plaintiff's Motion for Reconsideration of Order Dismissing Case".  This Court took judicial notice of the pleadings and motions pertinent to this issue [ECF No. 798] which are incorporated into this Response by reference.

5.	As the Debtor is fully aware, as he was the one who filed the lawsuit and who argued the motions, Plaintiff's Motion for Reconsideration was denied on April 2, 2018 as shown by the attached **Exhibit 1**.

6.	Interested Party, Steven Newburgh respectfully requests an award of reasonable fees and expenses associated with the defense of Debtor's motion as provided in Rule 9011(c)(1)(A as the circumstances justify such an award.

**WHEREFORE**, Interested Party, Steven Newburgh, respectfully request entry of an order denying Debtor's Motion for Sanctions and for an award of reasonable attorney's fees and expenses in accordance with Rule 9011(c)(1)(A) and for such other relief as the Court deems appropriate.

Dated: **April 13, 2018**

    Respectfully submitted,

    **McLAUGHLIN & STERN PLLC**
    CityPlace Office Tower – Suite 1700
    525 Okeechobee Boulevard
    West Palm Beach, FL 33401
    Tel: (561) 659-4020 Ext. 3027

    By: /s/ *Steven S. Newburgh*
        STEVEN S. NEWBURGH, ESQ.
        Florida Bar No. 348619

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished this 13th day of April, 2018, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

        By: /s/ *Steven S. Newburgh*
           STEVEN S. NEWBURGH, ESQ.
           Florida Bar No. 348619

**SERVICE LIST**

**Mailing Information for Case 13-13096-PGH**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John C. Brock    jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Stephen P. Drobny    sdrobny@joneswalker.com, tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@joneswalker.com;mvelapoldi@joneswalker.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jed L Frankel    jfrankel@eisingerlaw.com, sorta@eisingerlaw.com
- Daniel L. Gold    dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com
- Brian M Guertin    bk@exllegal.com, guertin.brian@yahoo.com
- Teresa M Hair    FloridaBKLegal@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com
- Joshua T Hauserman    joshua@hlgflorida.com, jessica@hlgflorida.com
- Nicole Grimal Helmstetter    ngh@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com
- Anthony Kang    Anthony.kang@saul.com
- Michael D Lessne    mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Eugene R Martell    emartell@lenderlegal.com
- Orfelia M Mayor    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Brian K. McMahon    briankmcmahon@gmail.com, irizarryelise1@gmail.com
- David L. Merrill    dlmerrill@theassociates.com, zcastro@theassociates.com;trosa@theassociates.com;zrodriguez@theassociates.com
- Larry M Mesches    lmesches@kmjlawgroup.com, service@kmjlawgroup.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert M Peery    rpeery@sterneisenberg.com, rmarkpeeryesq@gmail.com
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- Anila Rasul    arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- Thomas E Rossin    ter@stjohnrossin.com, linda@stjohnrossin.com
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Joseph B Towne    jtowne@lenderlegal.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    Michael Brown, Esq.
    2620 Lake Shore Dr #100
    Riviera Beach, FL 33404

    CS Equities Inc
    c/o William Siskind
    Belize Place
    Wellington, FL 33414

    Sara Dozier
    c/o Michael Brown Esq
    2620 Lake Shore Dr #100
    Riveria Beach, FL 33404

    Miriam M. Siskind Trust
    c/o William L. Siskind Trustee
    8373 Belize Place
    Wellington, FL 33414

    OptimumBank
    2477 E. Commercial Blvd
    Fort Lauderdale, FL 33308

    Recovery Management Systems Corp
    25 SE 2 Ave #1120
    Miami, FL 33131

    William L. Siskind
    3485 Lago De Talavera
    Wellington, FL 33467