| | | |
|---|---|---|
| CannaMED Pharmaceuticals, LLC<br>Plaintiff | * | IN THE |
| | * | CIRCUIT COURT |
| vs. | * | FOR |
| Natalie M. LaPrade Maryland<br>Medical Cannabis Commission,<br>et al | * | BALTIMORE CITY |
| | * | |
| Defendants | * | Case No.: 24-C-17-004230 |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of Order Dismissing Case (12) and (13), Defendants' Opposition to Plaintiff's Motion for Reconsideration of Order Dismissing Case (13/1), it is this 2nd day of April, 2018, by the Circuit Court for Baltimore City,

**ORDERED** that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby **DENIED**.

The Court found that the Natalie M. LaPrade Maryland Medical Cannabis Commission ("Commission"), nor the Maryland Department of Health and Mental Hygiene ("Department") entered in a contract or had a contractual relationship with Plaintiff. Applications can be accepted or rejected. In the case at Bar, Plaintiffs' application for a medical cannabis grower license was rejected by the Commission. As the Court determined that there was no contractual relationship between the parties. The Complaint failed to state a claim upon which relief could be granted. Leave to amend the Complaint would allow an untimely filing of an Amended Complaint.

The Maryland Rules for judicial review of an administrative agency are governed by Title 7. Appellate and other Judicial Review in Circuit Court. Pursuant to "Rule 7-203. Time for filing action. (a) Generally. Except as otherwise provided in this Rule or by statute, a petition for judicial shall be filed within 30 days after the latest of:

EXHIBIT 1

(1) The date of the order or action of which review is sought;

(2) The date the administrative agency sent notice of the order or action to the petitioner, if notice was required by law to be sent to the petitioner; or

(3) The date the petitioner renewed notice of the agency's order or action, if notice was required by Law to be received by the petitioner."

The "Complaint" was filed 7 ½ months after notification of the Commissions' decision. The Court dismissed the "Complaint" as previously indicated, and any amended "Complaint" is untimely.

Sylvester B. Cox
Judge's Signature Appears
On Original Document

Sylvester B. Cox
JUDGE

TRUE COPY
TEST