UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

JEFFREY MARC SISKIND,                               Case No. 13-13096-MAM

    Debtor.                                              Chapter 11

_____/

### MOTION TO STRIKE AN EXCRUCIATING PAINFUL AND OFFENSIVE KNEENOTE

    COMES NOW the Debtor, by and through undersigned counsel, and files this comment regarding an excruciating painful and offensive footnote ("Note"), which might be more aptly labelled a 'kneenote' since there is no foot involved as shown by the following explanation and medical records, which Note was contained in the Order Denying Emergency Motion to Transfer Case to Another District ("Order") [DE 801] dated April 12, 2018, and states:

    1.    Everyone who practices in the West Palm Beach Division will likely miss Paul Hyman, whose wisdom and wit helped guide this Court for more years than the undersigned can recount.

    2.    Judge Hyman had the uncanny ability to quickly discern the deciding factors from even the most circuitous arguments, which of course the undersigned was always ready and willing to deliver for him – intellectually, not unremarkable.

    3.    The undersigned was, of course, flattered when Judge Hyman recently stated from the bench following a heated adversarial discussion that he 'had no reason to disbelieve anything [the undersigned] says.'

    4.    So it was with some concern that the undersigned noticed Footnote No. 3 in the Order which indicated that, despite' taking no position,' there may be reservation shown by the Court's prior complimentary statement, which would be unsupported by the facts.

5.	The likely unintended effect of the offending Note could cast doubt upon the undersigned's need to continue a 341 Meeting of Creditors ("MOC") in a matter in another jurisdiction which would have required significant travel.

6.	While the footnote admittedly compliments the undersigned's ability to disguise a temporary physical impairment which precluded demonstration of any sign of weakness which might be observed by opponent(s), there are potentially negative consequences of failing to address what someone might discern to be the Note's erroneous inference, and its possible effect on others' perception of the veracity of the undersigned.

7.	As the reluctantly attached medical records indicate, the undersigned suffered a sports-type injury which prevented him from attending the now-continued MOC; one which was excruciatingly painful to the undersigned's right knee and also caused severe associated leg pain, as will be readily corroborated by anyone who has been similarly diagnosed.

8.	The undersigned specifically recalls informing counsel for the U.S. Trustee, Heidi Feinberg, that he injured his knee while playing Polo.

9.	The Court will note from Debtor's attached medical records that an MRI examination of the undersigned's knee was scheduled on the same day as the MOC in Maryland, to which the undersigned sent coverage counsel to request a continuance.

10.	The Maryland MOC has been continued to a date sometime in May.

11.	One final comment - the undersigned did more fully inform Ms. Feinberg of the cause of his injury.   It was Marco Polo.

WHEREFORE, the undersigned requests that Footnote No. 3 contained in the Order Denying Emergency Motion to Transfer Case to Another District be deemed to be in error, and for such other and further relief as appropriate in the circumstances.

**S I S K I N D   L E G A L**

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
  TEL    (561) 791-9565
  FAX    (561) 791-9581
  Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 18th day of April, 2018 by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

John C. Brock, Esq. on behalf of Creditor U.S. Bank National Association
jbrock@solomonlaw.com, bankruptcy@solomonlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor HSBC Bank USA, N.A.
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Stephen P. Drobny, Esq. on behalf of Plaintiff Optimumbank
sdrobny@joneswalker.com,
tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@joneswalker.com;mvelapoldi@joneswalker.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jed L Frankel on behalf of Creditor Ocean Reef Community Association, Inc.
jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Daniel L. Gold, Esq. on behalf of Creditor HSBC Bank USA, N.A.
dgold@goldbergsegalla.com, mmartinez@goldbergsegalla.com

Brian M Guertin on behalf of Creditor JPMorgan Chase Bank N.A
bk@exllegal.com, guertin.brian@yahoo.com

Teresa M Hair on behalf of Creditor HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset Backed Certificates, Series 2007-1
FloridaBKLegal@brockandscott.com,

FLBKECF@brockandscott.com;WBECF@brockandscott.com

Joshua T Hauserman on behalf of Creditor OB Real Estate Holdings 1732, LLC
joshua@hlgflorida.com, jessica@hlgflorida.com

Nicole Grimal Helmstetter on behalf of Creditor HSBC Bank USA, N.A.
ngh@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com

Anthony Kang on behalf of Creditor Trump Plaza of the Palm Beaches Condominium Association, Inc.
Anthony.kang@saul.com

Michael D Lessne on behalf of Interested Party JPMorgan Chase Bank, N.A.
mlessne@broadandcassel.com, jphillips@broadandcassel.com

Eugene R Martell on behalf of Creditor Christiana Trust
emartell@lenderlegal.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

Brian K. McMahon, Esq. on behalf of Attorney Brian K McMahon
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Creditor Belmar Winds Inc
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Belmar Winds Inc
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Teresa Santalucia
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Varoujan Khorozian
briankmcmahon@gmail.com, irizarryelise1@gmail.com

David L. Merrill, Esq. on behalf of Debtor Jeffrey Marc Siskind
dlmerrill@theassociates.com,
ecf@theassociates.com;zcastro@theassociates.com;ecfmerrillpa@gmail.com;dmaharrey@theassociates.com

Larry M Mesches on behalf of Creditor Trisun Financial Group, LLC
lmesches@kmjlawgroup.com, service@kmjlawgroup.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Fredrick Volkwein
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Richard Fairchild
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Robert Gibson
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party AXYS TCP, LLC
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert M Peery on behalf of Creditor U.S. Bank National Association
rpeery@sterneisenberg.com, rmarkpeeryesq@gmail.com

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank N.A
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Anila Rasul on behalf of Creditor US BANK, N.A., et al
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Alexis S Read on behalf of Creditor World Springs 888 International, LLC
alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com

Harry J Ross, Esq on behalf of Mediator Harry J Ross
hross@hjrlaw.com, jerri@hjrlaw.com

Thomas E Rossin on behalf of Creditor Fiore at the Gardens Condominium Association, Inc.
ter@stjohnrossin.com, linda@stjohnrossin.com

Jeffrey M Siskind on behalf of Debtor Jeffrey Marc Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant TP5 LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Plaintiff Jeffrey Marc Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Joseph B Towne on behalf of Creditor Christiana Trust
jtowne@lenderlegal.com

           ___*/s/ Jeffrey M. Siskind*___
           Jeffrey M. Siskind, Esquire
           FBN 138746

03/15/2018 Thu 16:40        Diagnostic Centers of America   561-424-0888   # 415500   ID: #1463866   Page 1 of 1



**DIAGNOSTIC CENTERS OF AMERICA**

Radiologist:
Boca Radiology Group

Phone: 561.496.6935 • Fax: 561.496.6936
Boca: 8142 Glades Road, Boca Raton, FL 33434
Delray: 15340 Jog Road #160, Delray Beach, FL 33446
East Boynton: 1425 Gateway Blvd. #100, Boynton Beach, FL 33426
West Boynton: 6080 Boynton Beach Blvd. #140, Boynton Beach, FL 33437
Wellington: 2565 S. State Road 7, Wellington, FL 33414

PATIENT NAME:      JEFFERY SISKIND        DOB:  03/08/1955    PHONE: (561)791-9565
REFERRING PHYSICIAN: ROCHMAN, ROBERT MD    FAX:  (561)633-4300 PHONE: (561)633-4002
CC DOCTORS:
DATE OF EXAM:      03/15/2018              PT #: 1127802      ACC #: 2683111
FACILITY:          DELRAY

EXAMINATION: MRI RIGHT KNEE WITHOUT CONTRAST

TECHNIQUE: Multiplanar, multisequence MR imaging was performed

HISTORY: Knee pain several weeks arthritis

FINDINGS:

Complex tearing of the body and posterior horn of the medial meniscus. Subchondral insufficiency fracture/ischemia medial femoral condyle with flattening of the articular surface. Medial compartment degenerative changes. Areas of grade 3/4 cartilage loss along the weightbearing medial femoral condyle and mild cartilage thinning medial tibial plateau.

Subtle horizontal cleavage tear anterior horn body lateral meniscus. Mild lateral compartment degenerative changes with small areas of high-grade cartilage fissuring.

Areas of grade 2 and grade 3 cartilage fissuring on both sides of the patellofemoral compartment.

Anterior cruciate ligament is intact. Posterior cruciate ligament is intact. Medial collateral ligament is intact. Lateral ligaments are intact. Extensor mechanism is maintained.

Moderate joint effusion and synovitis. No significant popliteal cyst.

IMPRESSION:

1. Subchondral insufficiency fracture/ischemia medial femoral condyle with flattening of the articular surface
2. Complex medial meniscal tear
3. Lateral meniscal tear
4. Tricompartmental degenerative changes greatest medial and patellofemoral compartments
5. Moderate joint effusion and synovitis

Signed by: Ross Borzykowski, M.D.
Signed on: 3/15/2018 4:35 PM



| | | |
|---|---|---|
| Harvey Montijo, M.D.<br>Garvin Yee, M.D.<br>Mark Waeltz, M.D.<br>Veronica Pedro, M.D.<br>Jose Ortega, M.D.<br>Robert Lins, M.D.<br>Robert Rochman, M.D. | **the center for**<br>**BONE**<br>**& JOINT**<br>SURGERY<br>*OF THE PALM BEACHES* | Nicholas Sama, M.D.<br>David R. Simpson, M.D.<br>Anand P. Panchal, D.O.<br>James S. Starman, M.D.<br>Harvey E. Montijo, M.D.<br>Gavin Hart, M.D.<br>John Britt, M.D. |

Patient:              Jeffery M Siskind
Date of Birth:        03/08/1955
Patient Number:       415500

Visit Date:           03/02/2018
Attending Provider:   Robert Rochman MD
Referring Provider:   NONE NO PCP

## Progress Note
### Subjective
He presents for evaluation of his right knee pain. He "twisted his leg funny" two weeks ago and had immediate pain. He has since had pain with extended activity on his feet and getting up from a seated position. he pain has slowly improved but continues to bother him.
   Previously well with no issues in the area(s) which precipitated the visit to the office.
   Gradual onset of knee joint pain.
   Trauma to the knee due to twisting -right.
   Preference for right-handedness.

### Chief Complaint
1. Visit for: Right knee pain
2. Visit for: new complaint
3. Date of injury: 2/23/2018

### History of Present Illness
   Jeffery Siskind is a 62 year old male.
   He reported: No fever, no chills, and no night sweats. Pain is dull, aching -right knee and pain is sharp -right knee.
   Medial right knee joint pain, worse while walking, worse in the morning, worse on rising from a seated position, is improved by rest, is unrelenting, knee joint stiffness on the right, and is worse in the morning. No intermittent right knee locking. A clicking sensation in the right knee. The right knee did not suddenly buckle and no right knee soft tissue swelling.
   No right knee trauma.
   Pain seems to be getting better but is slow at present.

### Physical Exam
**General Appearance:**
   Well developed and in no acute distress.
**Head:**
   Appearance: Head normocephalic.
**Eyes:**
   **General/bilateral:**
      Extraocular Movements: The extraocular movements were normal.
**Cardiovascular:**

---
*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL 33414
Tel: 561 • 798 • 6600 • Fax: 561 • 753 • 3328

| | |
|---|---|
| Patient: | Jeffery M Siskind |
| Date of Birth: | 03/08/1955 |
| Patient Number: | 415500 |
| | |
| Visit Date: | 03/02/2018 |
| Attending Provider: | Robert Rochman MD |
| Referring Provider: | NONE NO PCP |

Veins: The veins had no palpable cord on the right.
**Musculoskeletal System:**
  **Thigh:**
    Right Thigh: The quadriceps muscle was not tender on palpation.
  **Knee:**
    Right Knee: No generalized swelling and no prepatellar swelling. No erythema. The patella demonstrated crepitus. The medial patellar retinaculum was not tender on palpation and not the lateral patellar retinaculum. The medial joint line was tender on palpation. The patellar tendon was not tender on palpation, active motion was normal, no medial instability, no lateral instability, and a Lachman test did not demonstrate one plane anterior instability.
  **Lower Leg:**
    Right Leg: Homan's sign was not present.
  **Foot:**
    General/bilateral: Posterior tibial pulse present right foot.
  **Functional Exam:**
    General/bilateral: Ambulation required no assistive device.
**Neurological:**
  Oriented to time, place, and person.
  Sensation: No sensory exam abnormalities were noted in the right lower extremity.
  Motor: A motor exam demonstrated no dysfunction in the right lower extremity.
  Gait And Stance: No steppage gait was seen on the right and no right-sided antalgic gait was observed.
**Skin:**
  No ecchymosis on the right knee.
Patient ambulates full weightbearing.

**Tests**
**Imaging:**
**X-Ray Knee:**
  Narrowing of the right knee joint space and osteophytes arising from the right knee.

**Assessment**
  1. Localized primary osteoarthritis of right knee
  2. Patellar chondromalacia (right)

**Plan**
  - **OTHER**
    Mobic 15 MG TABS, once a day with food, 30 days, 0 refills

  1. Reduced physical activity
  2. Weightbearing as tolerated
  3. Recommended nonsteroidal anti-inflammatory (oral) when necessary
  4. Ice as needed
  5. Recommended medicated iontophoresis impregnated with 1 cc dexamethasone and 1 cc of ketoprofen which was applied today medial joint line
  6. Follow-up for re-examination 1.5 weeks
Further treatment plan/options include: a second iontophoresis, MRI, PT, bracing, cortisone injection, possible viscosupplementation, or referral to a knee arthritis specialist.
We will not need X-rays on the next visit.
Recommend neutraceuticals.

---

*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL  33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

| | |
|---|---|
| **Patient:** | Jeffery M Siskind |
| **Date of Birth:** | 03/08/1955 |
| **Patient Number:** | 415500 |
| | |
| **Visit Date:** | 03/02/2018 |
| **Attending Provider:** | Robert Rochman MD |
| **Referring Provider:** | NONE NO PCP |

Visit time of 30+ minutes. The majority of the visit was spent in counseling regarding diagnosis & treatment options.
Discussed benefits, risks and alternatives to treatment.

## Radiographs
　1. Ordered AP and lateral view x-rays of the right knee with sunrise view of the patella

## PMH, PSH, ROS, FH, SH, Meds, Allergies
　No cigarette smoking.  Alcohol use.
For PMH, PSH, SH, FH, ROS, medications and allergies please refer to the Medical History Questionnaire Form which was reviewed today.

| | |
|---|---|
| Patient: | Jeffery M Siskind |
| Date of Birth: | 03/08/1955 |
| Patient Number: | 415500 |
| | |
| Visit Date: | 03/02/2018 |
| Attending Provider: | Robert Rochman MD |
| Referring Provider: | NONE NO PCP |

Robert Rochman MD
Electronically signed by: Brad Wallrath    Date: 03/09/2018 09:55

Electronically approved by: Brad Wallrath    Date: 03/09/18 09:55

| | |
|---|---|
| Harvey Montijo, M.D. | Nicholas Sama, M.D. |
| Garvin Yee, M.D. | David R. Simpson, M.D. |
| Mark Waeltz, M.D. | Anand P. Panchal, D.O. |
| Veronica Pedro, M.D. | James S. Starman, M.D. |
| Jose Ortega, M.D. | Harvey E. Montijo, M.D. |
| Robert Lins, M.D. | Gavin Hart, M.D. |
| Robert Rochman, M.D. | John Britt, M.D. |

**the center for BONE & JOINT SURGERY**
*OF THE PALM BEACHES*

**Patient:** Jeffery M Siskind
**Date of Birth:** 03/08/1955
**Patient Number:** 415500

**Visit Date:** 03/09/2018
**Attending Provider:** Robert Rochman MD
**Referring Provider:** NONE NO PCP

## Progress Note
### Subjective
He follows up for his right knee osteoarthritis and patellar chondromalacia. He "twisted his leg funny" two weeks ago and had immediate pain. He has since had pain with extended activity on his feet and getting up from a seated position.
Since his last visit he did not notice any significant improvement with the iontophoresis treatment. He also does not notice any difference taking mobic 15mg in place of advil. Pain continues to be very slowly improving.
   Previously well with no issues in the area(s) which precipitated the visit to the office.
   Gradual onset of knee joint pain.
   Trauma to the knee due to twisting -right.
   Preference for right-handedness.

### Chief Complaint
1. Visit for: Right knee pain
2. Visit for: follow-up exam
3. Date of injury: 2/23/2018

### History of Present Illness
   Jeffery Siskind is a 63 year old male.
   He reported: No fever, no chills, and no night sweats.  Pain is dull, aching -right knee.
   Medial right knee joint pain, in the patellofemoral region, worse while walking, worse in the morning, worse on rising from a seated position, is improved by rest, knee joint stiffness on the right, and is worse in the morning.  No intermittent right knee locking.  A clicking sensation in the right knee.  The right knee did not suddenly buckle and no right knee soft tissue swelling.
   No right knee trauma.
   Pain seems to be getting better but is slow at present.

### Physical Exam
**General Appearance:**
   Well developed and in no acute distress.
**Head:**
   Appearance: Head normocephalic.
**Eyes:**
   **General/bilateral:**
      Extraocular Movements: The extraocular movements were normal.

---
*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL 33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

Patient:            Jeffery M Siskind
Date of Birth:      03/08/1955
Patient Number:     415500

Visit Date:         03/09/2018
Attending Provider: Robert Rochman MD
Referring Provider: NONE NO PCP

**Cardiovascular:**
   Veins: The veins had no palpable cord on the right.
**Musculoskeletal System:**
  **Thigh:**
   Right Thigh: The quadriceps muscle was not tender on palpation.
  **Knee:**
   Right Knee: No generalized swelling and no prepatellar swelling. No erythema. The patella demonstrated crepitus and tenderness on palpation medial aspect. The medial patellar retinaculum was not tender on palpation and not the lateral patellar retinaculum. The medial joint line was tender on palpation. The patellar tendon was not tender on palpation, active motion was normal, no medial instability, no lateral instability, and a Lachman test did not demonstrate one plane anterior instability.
  **Lower Leg:**
   Right Leg: Homan's sign was not present.
  **Foot:**
   General/bilateral: Posterior tibial pulse present right foot.
  **Functional Exam:**
   General/bilateral: Ambulation required no assistive device.
**Neurological:**
  Oriented to time, place, and person.
  Sensation: No sensory exam abnormalities were noted in the right lower extremity.
  Motor: A motor exam demonstrated no dysfunction in the right lower extremity.
  Gait And Stance: No steppage gait was seen on the right and no right-sided antalgic gait was observed.
**Skin:**
  No ecchymosis on the right knee.
Patient ambulates full weightbearing.

**Assessment**
1. Localized primary osteoarthritis of right knee

**Plan**
- **OTHER**
  Lab: MRI KNEE R BW - DX: RIGHT KNEE OA, CMP

1. Recommended an MRI of the knee
2. Reduced physical activity
3. Weightbearing as tolerated
4. Recommended nonsteroidal anti-inflammatory (oral) when necessary
5. Ice as needed
6. Patient will call for appointment after ordered test(s) is/are performed

Further treatment plan/options include: PT, bracing, cortisone injection, possible viscosupplementation, or referral to a knee arthritis specialist, eval MRI.
We will not need X-rays on the next visit.
Discussed benefits, risks and alternatives to treatment.

**PMH, PSH, ROS, FH, SH, Meds, Allergies**
For PMH, PSH, SH, FH, ROS, medications and allergies please refer to the Medical History Questionnaire Form which was reviewed today.

---
*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL  33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

| | |
|---|---|
| **Patient:** | **Jeffery M Siskind** |
| **Date of Birth:** | **03/08/1955** |
| **Patient Number:** | **415500** |
| | |
| **Visit Date:** | **03/09/2018** |
| **Attending Provider:** | **Robert Rochman MD** |
| **Referring Provider:** | **NONE NO PCP** |

| | |
|---|---|
| Patient: | Jeffery M Siskind |
| Date of Birth: | 03/08/1955 |
| Patient Number: | 415500 |
| | |
| Visit Date: | 03/09/2018 |
| Attending Provider: | Robert Rochman MD |
| Referring Provider: | NONE NO PCP |

Robert Rochman MD
Electronically signed by: Brad Wallrath    Date: 03/09/2018 10:00


Electronically approved by: Brad Wallrath    Date: 03/09/18 10:00

---

*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL  33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

Harvey Montijo, M.D.
Garvin Yee, M.D.
Mark Waeltz, M.D.
Veronica Pedro, M.D.
Jose Ortega, M.D.
Robert Lins, M.D.
Robert Rochman, M.D.

Nicholas Sama, M.D.
David R. Simpson, M.D.
Anand P. Panchal, D.O.
James S. Starman, M.D.
Harvey E. Montijo, M.D.
Gavin Hart, M.D.
John Britt, M.D.

the center for
**BONE & JOINT** SURGERY
OF THE PALM BEACHES

Patient: Jeffery M Siskind
Date of Birth: 03/08/1955
Patient Number: 415500

Visit Date: 03/26/2018
Attending Provider: Robert Rochman MD*
Referring Provider: NONE NO PCP

## Progress Note
### Chief Complaint
1. Visit for: Right knee pain
2. Visit for: follow-up exam
3. Date of injury: 2/23/2018

### Subjective
The patient follows up for his right knee osteoarthritis and patellar chondromalacia. He believes he may have his leg "funny" or bumped it into a trailer with immediate pain. He did not notice any significant improvement with the iontophoresis treatment. He also did not notice any difference taking Mobic.
Previously well with no issues in the area(s) which precipitated the visit to the office.
Right knee trauma.
Preference for right-handedness.

### History of Present Illness
Jeffery Siskind is a 63 year old male.
He had an MRI of the right knee on 3/15/18. His knee is feeling much better. He is taking 400 mg of Advil 3 times a day.
No fever, no chills, and no night sweats. Pain is dull, aching -right knee and pain is sharp -right knee.
Medial right knee joint pain, in the patellofemoral region, worse while walking, slowly worsens with extended activity, is improved by rest, and knee joint stiffness on the right. No intermittent right knee locking. A clicking sensation in the right knee. The right knee did not suddenly buckle and no right knee soft tissue swelling. Intermittent knee pain.
No right knee trauma.
Pain seems to be getting better but is slow at present.

### Physical Exam
**General Appearance:**
Well developed and in no acute distress.
**Head:**
Appearance: Head normocephalic.
**Eyes:**
**General/bilateral:**
Extraocular Movements: The extraocular movements were normal.
**Cardiovascular:**

Patient: Jeffery M Siskind
Date of Birth: 03/08/1955
Patient Number: 415500

Visit Date: 03/26/2018
Attending Provider: Robert Rochman MD*
Referring Provider: NONE NO PCP

Veins: The veins had no palpable cord on the right.
**Musculoskeletal System:**
  Knee:
    Right Knee: Small effusion.  No generalized swelling and no prepatellar swelling.  No erythema.  The patella demonstrated crepitus.  The medial patellar retinaculum was not tender on palpation, not the lateral patellar retinaculum, and not the quadriceps tendon.  The medial joint line was minimally tender on palpation.  The lateral joint line was not tender on palpation, not the pes anserinus, the patellar tendon was not tender on palpation, active motion was normal, no medial instability, no lateral instability, and a Lachman test did not demonstrate one plane anterior instability.  Steinman's displacement test was negative.
  Lower Leg:
    Right Leg: The calf was not tender on palpation.
  Foot:
    General/bilateral: Posterior tibial pulse present right foot.
  Functional Exam:
    General/bilateral: Ambulation required no assistive device.
**Neurological:**
  Oriented to time, place, and person.
  Sensation: No sensory exam abnormalities were noted in the right lower extremity.
  Motor: A motor exam demonstrated no dysfunction in the right lower extremity.
  Gait And Stance: No steppage gait was seen on the right and no right-sided antalgic gait was observed.
**Skin:**
  No ecchymosis on the right knee.
Patient ambulates full weightbearing.

**Radiographs**
  Reviewed an MRI of the right knee 3/15/2018 (date of scan)- REPORT ONLY.

**Tests**
**Imaging:**
**MRI Knee:**
An MRI of and showed subchondral insufficiency fracture/ischemia of the right medial femoral condyle with flattening of the articular surface, articular cartilage thinning, the medial meniscus has a tear, and the lateral meniscus has a tear.

**Assessment**
  1. Localized primary osteoarthritis of right knee
  2. Synovitis of the right knee
  3. Internal derangement of medial meniscus of knee (right)
  4. Internal derangement of lateral meniscus of knee (right)

**Plan**
  - **Chondromalacia patellae, right knee**
    Lab: O&P - HINGED KNEE BRACE/PTB RR - Length of Need - 12 Months

    Description:

    HINGED KNEE BRACE/PTB
    MEDICALLY NECESSARY

---
*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL  33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

| | |
|---|---|
| **Patient:** | Jeffery M Siskind |
| **Date of Birth:** | 03/08/1955 |
| **Patient Number:** | 415500 |
| | |
| **Visit Date:** | 03/26/2018 |
| **Attending Provider:** | Robert Rochman MD* |
| **Referring Provider:** | NONE NO PCP |

1. Recommended knee brace -hinged
2. Elevation of extremity as needed
3. Reduced physical activity
4. Weightbearing as tolerated
5. Educational devices -the patient was given a handout regarding: knee exercises
6. Recommended nonsteroidal anti-inflammatory (oral) when necessary if no contraindications exist
7. Ice as needed
8. Home exercises program
9. Patient will call for appointment as needed
10. Unable to engage in sports

Further treatment plan/options include: PT, continue home exercises, weaning from bracing, cortisone injection, possible viscosupplementation, partial meniscectomy, and/or referral to a knee arthritis specialist.

I reviewed the MRI report and radiologist's findings with the patient. This essentially shows some tricompartmental arthritis in the knee with medial and lateral meniscal tears. We discussed the difference between degenerative meniscal tears and acute meniscal tears in the absence of arthritis. He has a very small effusion left and is getting no mechanical locking of the knee. He also feels like he is significantly improving. Therefore, we can continue to treat this as an arthritis exacerbation with degenerative meniscal tears. He can use the NSAIDs and then wean from the as his symptoms improve. We will also try to rehabilitate the muscles around the knee and he wants to use a brace in the meantime until he gets that conditioning. He understands how to proceed going forward as well as potential treatment options. He wants to let me know if he feels we need to reassess or do anything different.

Visit time of 30+ minutes. The majority of the visit was spent in counseling regarding diagnosis & treatment options.

Discussed benefits, risks and alternatives to treatment.

---

*Practice Limited to Orthopaedic Surgery*
10131 West Forest Hill Blvd. • Suite 230 • West Palm Beach, FL  33414
Tel:  561 • 798 • 6600 • Fax:  561 • 753 • 3328

| | |
|---|---|
| **Patient:** | Jeffery M Siskind |
| **Date of Birth:** | 03/08/1955 |
| **Patient Number:** | 415500 |
| **Visit Date:** | 03/26/2018 |
| **Attending Provider:** | Robert Rochman MD* |
| **Referring Provider:** | NONE NO PCP |

**Robert Rochman MD***
**Electronically signed by: Robert Rochman, MD    Date: 03/26/2018 19:45**

**Electronically approved by: Robert Rochman, MD    Date: 03/26/18 19:44**