

ORDERED in the Southern District of Florida on April 25, 2018.

*Mindy A. Mora* (signature)
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 13-13096-BKC-MAM |
| JEFFREY SISKIND, | Chapter 11 |
| Debtor. _____/ | |

### ORDER DISMISSING CASE

     This matter came before the Court on April 19, 2018 at 9:30 a.m. upon (1) the *United States Trustee's Motion to Dismiss or Convert* (D.E.#681) (the "UST Motion"); (2) the *Debtor's Joinder in the U.S. Trustee's Motion to Dismiss Case, or in the alternative, Motion to Extend Chapter 11 Plan Payments* (D.E.#785) (the "Joinder", and together with the UST Motion, "the Motion to Dismiss"); and (3) the *Motion to Convert Individual Chapter 11 Case to Chapter 7 and Limited Joinder in United States Motion to Dismiss/Convert* (D.E.#708) (the "Motion to Convert"). The Court having reviewed the Motion to Dismiss, the Motion to Convert and the record, heard the argument of counsel, noted the agreement of the parties, and for the reasons stated on the record, it is

**ORDERED** as follows:

1. The *Motion to Dismiss* is **GRANTED** and the *Motion to Convert* is **DENIED** as **MOOT.**

2. This case is **DISMISSED** with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of six (6) months from the date of this Order.

3. The debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

4. The debtor, shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

5. The *Debtor's Objection to Proofs of Claim Nos. 22 & 23* (D.E. #739); the *Emergency Motion to Disqualify Steven S. Newburgh and McLaughlin & Stern, PLLC Due to Unwaivable Conflicts of Interest and Continuing Interference* (D.E. #746); the *Debtor's Objection to Proofs of Claim Nos. 24, 25, 26 & 27* (D.E. #749); the *Motion for Sanctions Under Rule 9011B) and Bankruptcy Code Section 105 for Attorney Misconduct Against Steven Newburgh* (D.E. #753) are all **DENIED** as **MOOT**.

6. All other pending motions, including any motions that were filed but not set for hearing, are **DENIED** as **MOOT**.

7. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by: Zana M. Scarlett, Esq.
U.S. Trustee's Office
51 SW 1st Ave., Rm. 1204
Miami, FL 33130

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**