```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                                         Case No. 13-13096-MAM
Jeffrey Marc Siskind                                                           Chapter 11
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 113C-9             User: eisenberg                Page 1 of 4                  Date Rcvd: Apr 25, 2018
                                 Form ID: pdf001                Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db            +Jeffrey Marc Siskind,    3465 Santa Barbara Drive,    Wellington, FL 33414-7269
aty           +Brian K McMahon,    1401 Forum Way,   6th Floor,    West Palm Beach, FL 33401-2325
aty           +David L. Merrill, Esq.,    The Associates,    105 S Narcissus Ave, Suite 802,
                West Palm Beach, FL 33401-5530
aty           +Elan A Gershoni,    DLA Piper LLP (US),    200 S. Biscayne Blvd.,    Suite 2500,
                Miami, FL 33131-5340
aty           +Jacqueline Calderin, Esq.,    Agentis PLLC,    501 Brickell Key Drive #300,
                Miami, FL 33131-2624
aty           +James M Brako,    Palm Beach County Attorneys Office,    301 North Olive Avenue 6th floor,
                West Palm Bch, FL 33401-4700
aty           +Kevin L Hing,    810 37th Ave NE,   St. Petersburg, FL 33704-1622
aty           +Owen G Hare, Esq.,    Hare Law Group, LLC.,    4 Barrow Court,    Towson, MD 21204-1806
aty           +Samantha Carr,    2424 N Federal Hwy # 360,    Boca Raton, FL 33431-7780
aty           +Stacy Hope Bressler, Esq.,    9119 Corporate Lake Dr #300,    Tampa, FL 33634-2380
aty           +Stephen P. Drobny, Esq.,    Jones Walker LLP,    201 S Biscayne Blvd #1500,
                Miami, FL 33131-4328
aty           +Theresa M Lemme,    St. John Rossin Podesta Burr & Lemme PLL,    1601 Forum Place, Suite 700,
                West Palm Beach, FL 33401-8106
cr            +3485 Lago De Talavera Trust,    c/o Sofiye Williams, Esq.,    500 E. Broward Blvd.,    Suite 1710,
                Fort Lauderdale, FL 33394-3012
intp          +AXYS TCP, LLC,    c/o Axys Capital Management,    1613 S. Capital of Texas Hwy,    Suite 300,
                Austin, TX 78746-6558
cr            +Belmar Winds Inc,    c/o William Anderson, Esquire,    101 NE Third Avenue, Ste. 1500,
                Fort Lauderdale, FL 33301-1181
cr             CS Equities Inc,    c/o William Siskind,    Belize Place,    Wellington, FL  33414
cr            +Carl Stone,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                525 Okeechobee Blvd., Suite 1700,    West Palm Beach, FL 33401-6327
cr            +Christiana Trust,    Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,
                Irvine, CA 92618-2132
cr            +Christiana Trust,    1610 East St. Andrew Pl #B150,    Santa Ana, CA 92705-4931
cr            +Christopher George,    c/o Sofiye Williams, Esq.,    500 E. Broward Blvd.,    Suite 1710,
                Fort Lauderdale, FL 33394-3012
cr            +David Fiore,    c/o Sofiye Williams, Esq.,    500 E. Broward Blvd.,    Suite 1710,
                Fort Lauderdale, FL 33394-3012
cr            +Dianna George,    c/o Steven S. Newburgh, Esq.,    CityPlace Office Tower - Suite 1700,
                525 Okeechobee Blvd.,    Palm Beach Gardens, FL 33401-6349
cr            +Fiore at the Gardens Condominium Association, Inc.,    c/o St. John Rossin Podesta Burr & Lemme,
                Centurion Tower, Suite 700,    1601 Forum Place,    West Palm Beach, FL 33401-8101
cr            +Fredrick Volkwein,    c/o Richard Zaretsky, Esq.,    1615 Forum Place,    Suite 3A,
                West Palm Beach, FL 33401-2316
md            +Harry J Ross,    6100 Glades Rd #211,    Boca Raton, FL 33434-4371
cr            +JPMorgan Chase Bank N.A,    c/o Steve Powrozek,    4630 Woodland Corporate Blvd #100,
                Tampa, FL 33614-2429
intp          +JPMorgan Chase Bank, N.A.,    GrayRobinson, P.A.,    c/o Michael D. Lessne, Esq.,
                401 E. Las Olas Blvd., Suite 1000,    Fort Lauderdale, FL 33301-4210
intp          +McLaughlin & Stern PLLC,    525 Okeechobee Blvd., Suite 1700,    West Palm Beach, FL 33401-6327
cr            +Michael Brown, Esq.,    2620 Lake Shore Dr #100,    Riviera Beach, FL 33404-4603
intp           Miriam M. Siskind Trust,    c/o William L. Siskind Trustee,    8373 Belize Place,
                Wellington, FL   33414
cr            +Ocean Reef Community Association, Inc.,    Eisinger, Brown, Lewis & Frankel, P.A.,
                Jed L. Frankel, Esq.,    4000 Hollywood Boulevard,    Suite 265-S,    Hollywood, FL 33021-6782
cr            +OptimumBank,    2477 E. Commercial Blvd,    Fort Lauderdale, FL 33308-4041
cr            +Richard Fairchild,    4502 Rende Ln,    Lake Worth, FL 33461-4980
cr            +Robert Gibson,    1709 22nd Avenue North,    Lake Worth, FL 33460-6000
cr            +Sara Dozier,    c/o Michael Brown Esq,    2620 Lake Shore Dr #100,    Riveria Beach, FL 33404-4603
intp          +Steven S. Newburgh, Esq.,    525 Okeechobee Blvd., Suite 1700,    West Palm Beach, FL 33401-6327
cr            +Trisun Financial Group, LLC,    c/o Larry Mesches, Esq.,    2855 PGA Blvd., Suite 100,
                Palm Beach Gardens, FL 33410-2910
cr            +U.S. Bank National Association,    c/o Solomon Law Group,    1881 W. Kennedy Blvd,
                Tampa, Fl 33606-1611
cr            +US BANK, N.A., et al,    PO BOX 19519,    FORT LAUDERDALE, FL 33318-0519
intp          +William L. Siskind,    3485 Lago De Talavera,    Wellington, FL 33467-1071
cr            +World Springs 888 International, LLC,    Blaxberg, Grayson & Kukoff, P.A.,
                25 SE Second Ave, Suite 730,    Miami, FL 33131-1696
94452753      +3485 Lago De Talavera Trust,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                CityPlace Office Tower - Suite 1700,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
91117839      +Bank of America, N.A.,    c/o Brittany Gramsky, Esquire,    Albertelli Law,    P.O. Box 23028,
                Tampa, FL 33623-2028
91117844      +BankUnited, FSB,    c/o Thomas Crowder, Esquire,    Kahane & Associates, P.A.,
                8201 Peters Road, Ste. 3000,    Plantation, FL 33324-3292
92929249      +Belmar Winds Inc,    c/o William J. Anderson PA,    101 NE Third Ave #1500,
                Ft Lauderdale FL 33301-1181
91117856      +Bengel Trust,    c/o William L. Siskind,    3485 Lago De Talavera,    Wellington FL 33467-1071
```

```
District/off: 113C-9           User: eisenberg              Page 2 of 4                   Date Rcvd: Apr 25, 2018
                               Form ID: pdf001              Total Noticed: 93


 91117854       Brown & Associates, P.A.,    c/o Michael Brown, Esquire,    620 Lake Shore Dr,
                 Riviera Beach, FL 33404
 92549006      +CS Equities Inc,    c/o William Siskind,    3485 Lago De Talavera,    Wellington FL 33467-1071
 92559385      +Christiana Trust, Div. Wilmington Sav. Fund Soc'y,    Tr. Stanwich Mortg. Loan Trust, 2012-19,
                 c/o Rushmore Loan Management Services,     P.O. Box 55004,    Irvine, CA 92619-5004
 92547857      +Christiana Trust, Div. Wilmington Sav. Fund Soc'y,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
 94448162      +Christopher George,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                 CityPlace Office Tower - Suite 1700,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
 94452755      +David Fiore,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                 CityPlace Office Tower - Suite 1700,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
 94448165      +Dianna George,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                 CityPlace Office Tower - Suite 1700,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
 91117850      +Dockside Canvas, LLC,    c/o Fred Volkwein,    409 24th Street,    West Palm Beach, FL 33407-5401
 91117857      +Estate of Robin Disston,    c/o Todd Disston,    26 Winnetou Road,    White Plains NY 10603-2831
 91488164      +Fiore At the Gardens Condo Assoc Inc,    c/o St. John Rossin Podesta Burr & Lemme,
                 1601 Forum Place, Ste 700,    West Palm Beach, FL 33401-8106
 91117853      +First Intracoastal Realty, LLC,     c/o Sue Zabloudil, Esquire,
                 One Southeast Third Avenue, 25th Floor,    Miami, FL 33131-1700
 91117842      +Flagstar Bank, FSB,    c/o Cheri Zmija,    323 W. Lakeside Avenue, Ste. 200,
                 Cleveland, OH 44113-1009
 94452759      +Frederick Volkwein,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                 CityPlace Office Tower,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
 91117841      +George & Jeri Maler,    12509 World Cup Lane,    Wellington, FL 33414-3502
 91219314      +George Schuhmann,    3107 Lowell Avenue,    Louisville, KY 40205-3041
 91081952       HSBC Bank USA, N.A.,    c/o Carlton Fields,    Attn: Alan Rosenthal, Esq.,
                 100 S.E. Second St., Ste. 4200,    Miami, Florida 33131-2113
 91457280      +HSBC Bank USA, National Association,    Payment Processing,    MAC X2302-04C,    One Home Campus,
                 Des Moines, IA 50328-0001
 91117851      +J.P. Morgan Chase Bank,    c/o Bankruptcy Team,    2901 Kinwest Parkway,    Irving, TX 75063-5816
 91451542      +JPMorgan Chase Bank, N.A.,    c/o Shapiro, Fishman et al,    4630 Woodland Corporate Blvd #100,
                 Tampa, FL 33614-2429
 91455260      +Miriam M. Siskind Trust,    3485 Lago De Talavera,    Wellington, FL 33467-1071
 91153142      +Miriam Siskind Trust,    3485 Lago De Talavera,    Wellington FL 33467-1071
 91437921      +OB Real Estate Holdings 1732, LLC,    c/o Stephen P. Drobny, Esq.,    Jones Walker LLP,
                 201 S. Biscayne Blvd., Suite 2600,    Miami, FL 33131-4341
 94397406      +OB Real Estate Holdings LLC,    375 Golfside Rd,    Wexford PA 15090-9419
 92958685      +Ocean Reef Community Association, Inc.,    c/o Irose Johnson,
                 Eisinger, Brown, Lewis, Frankel & Chaiet,    4000 Hollywood Blvd., Ste 265-S,
                 Hollywood, FL 33021-6782
 91117840      +Optimumbank,    c/o Ben Harris, Esquire,    Jones, Walker, Waechter et al.,
                 201 S. Biscayne Boulevard, Suite 2600,    Miami, FL 33131-4341
 94452763      +Robert Gibson,    c/o Steven S. Newburgh, Esq.,    McLaughlin & Stern PLLC,
                 CityPlace Office Tower - Suite 1700,    525 Okeechobee Blvd.,    West Palm Beach, FL 33401-6349
 92547442      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
 91117843       Sara Dozier,    c/o Michael Brown, Esquire,    2620 Lake Shore Drive, Ste. 100,
                 Riviera Beach, FL 33404-4603
 91117855      +Sheila Mouzer Smith, TTE,    702 Marshall Road,    West Palm Beach, FL 33413-3344
 91117849      +Trisun Financial Group, Inc.,    c/o Marc Hurwitz,    1777 Reisterstown Road,
                 Pikesville, MD 21208-1306
 91117852      +Trump Plaza of the Palm Beaches Condominium Associ,    c/o Michael Kampy (MGR),
                 525 S. Flagler Drive,    West Palm Beach, FL 33401-5922
 91438979      +Trump Plaza of the Palm Beaches Condominium Associ,    c/o Joshua M. Atlas, Esq.,
                 515 North Flagler Drive, Suite 600,    West Palm Beach, Florida 33401-4321
 91273320      +U.S. Bank National Association, as Trustee,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
 91916014      +U.S.Bank National Association,as Trustee,    c/o Select Portfolio Servicing Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
 91117847      +US Dept. of Education,    c/o Conserve,    P.O. Box 457,    Fairport, NY 14450-0457
 91117848      +US IRS,    c/o Chuck Corbitt,    1900 Palm Beach Lakes Blvd.,    West Palm Beach, FL 33409-3504
 92363371      +World Springs 888 International, LLC,    Attn: Michael D. Tannenbaum, Esq.,
                 2161 Palm Beach Lakes Blvd, Suite 304,    West Palm Beach, FL 33409-6612
 91117846      +Zokaites Properties, LLC,    c/o Frank Zokaites,    375 Golfside Drive,    Wexford 15090-9419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg             EDI: FLDEPREV.COM Apr 26 2018 04:08:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallahassee, FL 32314-6668
 smg             EDI: IRS.COM Apr 26 2018 04:09:00      IRS,    POB 7346,    Philadelphia, PA 19101-7346
 ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 26 2018 00:15:20      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
 cr              E-mail/Text: legalservices@pbctax.com Apr 26 2018 00:15:33      Palm Beach County Tax Collector,
                 c/o James M. Brako, Esq.,    P. O. Box 3715,    West Palm Beach, FL 33402-3715
 cr             +EDI: RECOVERYCORP.COM Apr 26 2018 04:08:00      Recovery Management Systems Corp,
                 25 SE 2 Ave #1120,    Miami, FL 33131-1605
 91153141        EDI: ATTWIREBK.COM Apr 26 2018 04:08:00      AT&T,    PO Box 5014,    Carol Stream, IL 60197-5014
 91153140       +E-mail/Text: Bankruptcy@fpl.com Apr 26 2018 00:14:59      FP&L,    PO Box 025576,
                 Miami, FL 33102-5576
 91189892        E-mail/Text: legalservices@pbctax.com Apr 26 2018 00:15:33      Palm Beach County Tax Collector,
                 PO Box 3715,    West Palm Beach, FL 33402-3715
```

```
District/off: 113C-9            User: eisenberg              Page 3 of 4               Date Rcvd: Apr 25, 2018
                                Form ID: pdf001              Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
92724682        EDI: ECMC.COM Apr 26 2018 04:08:00      US Department of Education,    P O Box 16448,
                 Saint Paul MN 55116-0448
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92559386          Christiana Trust, Div. Wilmington Sav. Fund Soc'y,    *DELETE PER ECF#670*
91117845          Fiore at the Gardens Condominium Assoc.,    *DELETE PER ECF#670*
cr*              +Estate of Robin Disston,    c/o Todd Disston,    26 Winnetou Road,    White Plains, NY 10603-2831
aty            ##+Jourdan D Neal,    Stern & Eisenberg Mid Atlantic, PC,    9409 Philadelphia Road,
                 Baltimore, MD 21237-4103
cr             ##+OB Real Estate Holdings 1732, LLC,    c/o Joshua Hauserman,    Hauserman Law Group, PLLC,
                 1771 S. Congress Ave.,    Suite 7,    West Palm Beach, FL 33406-6606
                                                                                     TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2018 at the address(es) listed below:

```
              Alexis S Read    on behalf of Creditor    World Springs 888 International, LLC
               alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
              Anila  Rasul     on behalf of Creditor    US BANK, N.A., et al arasul@shdlegalgroup.com,
               southerndistrict@shdlegalgroup.com
              Anthony  Kang    on behalf of Creditor    Trump Plaza of the Palm Beaches Condominium Association,
               Inc. Anthony.kang@saul.com
              Brian K. McMahon, Esq.    on behalf of Creditor    Belmar Winds Inc briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Brian K. McMahon, Esq.    on behalf of Defendant Varoujan  Khorozian briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Brian K. McMahon, Esq.    on behalf of Defendant    Belmar Winds Inc briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Brian K. McMahon, Esq.    on behalf of Attorney Brian K McMahon briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Brian K. McMahon, Esq.    on behalf of Defendant Teresa  Santalucia briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Brian M Guertin    on behalf of Creditor    JPMorgan Chase Bank N.A bk@exllegal.com,
               guertin.brian@yahoo.com
              Daniel L. Gold, Esq.    on behalf of Creditor    HSBC Bank USA, N.A. dgold@goldbergsegalla.com,
               mmartinez@goldbergsegalla.com
              Eugene R Martell    on behalf of Creditor    Christiana Trust emartell@lenderlegal.com
              Harry J Ross, Esq    on behalf of Mediator Harry J Ross hross@hjrlaw.com,  jerri@hjrlaw.com
              Heidi A Feinman    on behalf of U.S. Trustee    Office of the US Trustee Heidi.A.Feinman@usdoj.gov
              Jed L Frankel    on behalf of Creditor    Ocean Reef Community Association, Inc.
               jfrankel@eisingerlaw.com, sorta@eisingerlaw.com
              Jeffrey M Siskind    on behalf of Debtor Jeffrey Marc Siskind jeffsiskind@msn.com,
               jmsesq500@gmail.com
              Jeffrey M Siskind    on behalf of Defendant    TP5 LLC jeffsiskind@msn.com,  jmsesq500@gmail.com
              Jeffrey M Siskind    on behalf of Plaintiff Jeffrey Marc Siskind jeffsiskind@msn.com,
               jmsesq500@gmail.com
              Jeffrey M Siskind    on behalf of Defendant Jeffrey M Siskind jeffsiskind@msn.com,
               jmsesq500@gmail.com
              John C. Brock, Esq.    on behalf of Creditor    U.S. Bank National Association
               jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
              Joseph B Towne    on behalf of Creditor    Christiana Trust jtowne@lenderlegal.com
```

```
District/off: 113C-9               User: eisenberg              Page 4 of 4                  Date Rcvd: Apr 25, 2018
                                   Form ID: pdf001              Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joshua T Hauserman  on behalf of Creditor  OB Real Estate Holdings 1732, LLC
     joshua@hlgflorida.com, jessica@hlgflorida.com
    Larry M Mesches  on behalf of Creditor  Trisun Financial Group, LLC lmesches@kmjlawgroup.com,
     service@kmjlawgroup.com
    Michael D Lessne  on behalf of Interested Party  JPMorgan Chase Bank, N.A.
     mlessne@broadandcassel.com, jphillips@broadandcassel.com
    Nicole Grimal Helmstetter  on behalf of Creditor  HSBC Bank USA, N.A. ngh@agentislaw.com,
     nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com
    Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov
    Orfelia M Mayor  on behalf of Creditor  Palm Beach County Tax Collector omayor@ombankruptcy.com,
     legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
    Robert M Peery  on behalf of Creditor  U.S. Bank National Association rpeery@sterneisenberg.com,
     rmarkpeeryesq@gmail.com
    Robert P. Charbonneau, Esq.  on behalf of Creditor  HSBC Bank USA, N.A. rpc@agentislaw.com,
     nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
    Stephen P. Drobny, Esq.  on behalf of Plaintiff  Optimumbank sdrobny@joneswalker.com,
     tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com;bturner@joneswalker.com;
     mvelapoldi@joneswalker.com
    Steven G. Powrozek, Esq.  on behalf of Creditor  JPMorgan Chase Bank N.A spowrozek@logs.com,
     electronicbankruptcynotices@logs.com
    Steven S Newburgh  on behalf of Defendant Steven  Newburgh snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Interested Party Steven S. Newburgh, Esq.
     snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Christopher  George snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Carl  Stone snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Interested Party  McLaughlin & Stern PLLC
     snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Richard  Fairchild snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Fredrick  Volkwein snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor David  Fiore snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Dianna  George snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor Robert  Gibson snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Creditor  3485 Lago De Talavera Trust
     snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Defendant  Mclaughlin & Stern, LLP
     snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Steven S Newburgh  on behalf of Interested Party  AXYS TCP, LLC snewburgh@mclaughlinstern.com,
     ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlin
     stern.com;vrhaburn@mclaughlinstern.com
    Teresa M Hair  on behalf of Creditor  HSBC Bank USA, National Association as Trustee for Nomura
     Home Equity Loan, Inc., Asset Backed Certificates, Series 2007-1
     FloridaBKLegal@brockandscott.com, FLBKECF@brockandscott.com;WBECF@brockandscott.com
    Thomas E Rossin  on behalf of Creditor  Fiore at the Gardens Condominium Association, Inc.
     ter@stjohnrossin.com, linda@stjohnrossin.com

                                           TOTAL: 45



**ORDERED in the Southern District of Florida on April 25, 2018.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 13-13096-BKC-MAM |
| JEFFREY SISKIND, | Chapter 11 |
| Debtor.<br>_____/ | |

### ORDER DISMISSING CASE

This matter came before the Court on April 19, 2018 at 9:30 a.m. upon (1) the *United States Trustee's Motion to Dismiss or Convert* (D.E.#681) (the "UST Motion"); (2) the *Debtor's Joinder in the U.S. Trustee's Motion to Dismiss Case, or in the alternative, Motion to Extend Chapter 11 Plan Payments* (D.E.#785) (the "Joinder", and together with the UST Motion, "the Motion to Dismiss"); and (3) the *Motion to Convert Individual Chapter 11 Case to Chapter 7 and Limited Joinder in United States Motion to Dismiss/Convert* (D.E.#708) (the "Motion to Convert"). The Court having reviewed the Motion to Dismiss, the Motion to Convert and the record, heard the argument of counsel, noted the agreement of the parties, and for the reasons stated on the record, it is

**ORDERED** as follows:

1. The *Motion to Dismiss* is **GRANTED** and the *Motion to Convert* is **DENIED** as **MOOT.**

2. This case is **DISMISSED** with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of six (6) months from the date of this Order.

3. The debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

4. The debtor, shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

5. The *Debtor's Objection to Proofs of Claim Nos. 22 & 23* (D.E. #739); the *Emergency Motion to Disqualify Steven S. Newburgh and McLaughlin & Stern, PLLC Due to Unwaivable Conflicts of Interest and Continuing Interference* (D.E. #746); the *Debtor's Objection to Proofs of Claim Nos. 24, 25, 26 & 27* (D.E. #749); the *Motion for Sanctions Under Rule 9011B) and Bankruptcy Code Section 105 for Attorney Misconduct Against Steven Newburgh* (D.E. #753) are all **DENIED** as **MOOT**.

6. All other pending motions, including any motions that were filed but not set for hearing, are **DENIED** as **MOOT**.

7. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by: Zana M. Scarlett, Esq.
U.S. Trustee's Office
51 SW 1st Ave., Rm. 1204
Miami, FL 33130

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**